IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, JAHAT EVELYN, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL, On behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | Docket No. 3:22-cv-50115 |
| Plaintiffs, vs. | ) ) ) | Judge Iain Johnston |
| MCHENRY COUNTY, MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK, | ) ) ) ) ) ) | Magistrate Judge Margaret Schneider |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEYS

Defendants McHenry County, McHenry County Sheriff's Department, Bill Prim, Sheriff of McHenry County, Keith Nygren, Michael Clesceri, Daniel Sitkie, David Devane and Daniel Sedlock by their attorneys, Patrick Kenneally, McHenry County State's Attorney, and his duly appointed Assistant State's Attorneys, Eric Seeleman and Andrew Hamilton, pursuant to Local Rule 83.12, hereby move this Court for an order withdrawing the appearance of Eric Seeleman as Lead and Trial Counsel and substituting the appearance of Tom Cahill as Lead and Trial Counsel in this matter. In support of this motion, defendants state as follows:

1. Eric Seeleman is leaving the McHenry County State's Attorney's Office on November 14, 2022 and will be unable to continue representation in this matter.

2. Tom Cahill, whose appearance is on file in this matter, is a member of this Court's Trial Bar, and will continue to represent defendants herein.

WHEREFORE, Defendants McHenry County, McHenry County Sheriff's Department, Bill Prim, Sheriff of McHenry County, Keith Nygren, Michael Clesceri, Daniel Sitkie, David Devane and Daniel Sedlock, request this Court to enter an order withdrawing the appearance of Eric Seeleman as Lead and Trial Counsel and substituting Tom Cahill as Lead and Trial Counsel in this matter.

          McHenry County, McHenry County Sheriff's Office, Bill Prim, Keith Nygren, Michael Clesceri, Daniel Sitkie, David Devane, and Daniel Sedlock,      .

By: /s/ Eric Seeleman
     One of their Attorneys

Patrick D. Kenneally
McHenry County State's Attorney
Eric Seeleman (ARDC No. 6334936)
Andrew Hamilton (ARDC No. 6325652)
Tom Cahill (ARDC No. 6230811)
Assistant State's Attorneys
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, Illinois 60098
815·334·4159 (phone)
815·334·0872 (fax)
etseeleman@mchenrycountyil.gov
aghamilton@mchenrycountyil.gov
tpcahill@mchenrycountyil.gov

## **CERTIFICATE OF SERVICE**

The undersigned attorney, Eric Seeleman, hereby certifies that a copy of the foregoing **Motion for Leave to Withdraw and Substitute Attorneys** was served on

    Jay Kumar, Esq.                          *Attorneys for the Plaintiffs and the Proposed Class*
    Jay Kumar Law
    73 W. Monroe St., #100
    Chicago, IL 60603
    Jay@JayKumarLaw.com

    Raphael Janove, Esq.                 *Attorneys for the Plaintiffs and the Proposed Class*
    Adam Pollock, Esq.
    Agatha Cole, Esq.
    Pollock Cohen LLP
    60 Broad St., 24th Fl.
    New York, NY 10004
    Rafi@PollockCohen.com
    Adam@PollockCohen.com
    Agatha@PollockCohen.com

    Jacob Briskman, Esq.                *Attorneys for the Plaintiffs and the Proposed Class*
    A. <u>Ross Cassingham, Esq.</u>
    2054 N. California Ave.
    Chicago, IL 60647
    Jacob.Briskman@gmail.com
    A.Ross.Cassingham@gmail.com

    Charles Wysong
    Elizabeth Mazur
    Margaret Truesdale
    Hughes Socol Piers Resnick & Dym. Ltd.
    70 W Madison Street Suite 4000
    Chicago, IL 60602
    cwysong@hsplegal.com
    emazur@hsplegal.com
    mtruesdale@hsplegal.com

by electronic filing via the ECF system, on November 10, 2022.

                                                                                 /s/ Eric Seeleman