IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, JAHAT EVELYN, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL, On behalf of themselves and all others similarly situated, | Docket No. 3:22-cv-50115 |
| Plaintiffs, | Judge Iain Johnston |
| vs. | |
| MCHENRY COUNTY, MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK, | Magistrate Judge Margaret Schneider |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

Defendants McHenry County, McHenry County Sheriff's Department, Bill Prim, Sheriff of McHenry County, Keith Nygren, Michael Clesceri, Daniel Sitkie, David Devane and Daniel Sedlock by their attorneys, Patrick Kenneally, McHenry County State's Attorney, and his duly appointed Assistant State's Attorneys, Troy Owens and Andrew Hamilton, pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, hereby request that this Court grant leave for the parties to file a Third-Party Complaint against the United States Immigration and Customs Enforcement ("ICE"), its agents and Officers, and the Department of Homeland Security and its agents and Officers. In support thereof, Defendants state as follows:

1. Plaintiffs in this action have filed a complaint against the above-named Defendants alleging that Defendants unlawfully forced civil immigrant detainees to perform uncompensated labor to clean and maintain the premises of the McHenry County Jail.

2. Plaintiffs bring this action pursuant to the federal Trafficking Victims Protection Act (the "TVPA") cited as 18 U.S.C. §§ 1589. 1595.

3. Defendants and third-party plaintiffs have filed their answer to Plaintiff's First Amended Complaint denying all liability.

4. The deadline to file third-party complaints is March 14, 2024.

5. Defendants submit this third-party complaint for indemnity and contribution and specifically deny all allegations of wrongdoing contained in plaintiff's complaint, and by asserting this third-party complaint, in no way admit liability for plaintiff's damages.

6. A claim may be brought by a defendant under Rule 14(a) "on a nonparty who is or may be liable to it for all or part of the claim against it." *Fed. R. Civ. P. 14(a)*. A third- party plaintiff must, by motion, obtain the court's leave if it files a third-party complaint more than 14 days after serving its original answer. *Id*. The Court has substantial discretion in deciding whether to grant such leave. *Highlands Ins. Co. v. Lewis Rail Serv. Co.*, 10 F.3d 1247, 1251 (7th Cir. 1993). Rule 14 is meant to avoid circuity of action and multiplicity of suits, to prevent the necessity of trying several related claims in different lawsuits, and to enable all related claims to be disposed of in one action, thereby simplifying and expediting litigation, eliminating unnecessary expense, and saving the court's time. *See Colton v. Swain*, 527 F.2d 296, 299 (7th Cir. 1975).

7. Jurisdiction is conferred upon this Court by 28 U.S.C § 1331 as the Plaintiffs bring suit under the Federal TVPA, and third-party Plaintiffs seek indemnification and contribution as a result.

8. The state law claims in this action are so related to the claims in the action within the original jurisdiction of this Court that they form part of the same case or controversy in

Article III of the United States Constitution. The Court's jurisdiction over these claims is invoked under 28 U.S.C. §1367.

9. Venue is proper in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §1391(b)(1).

10. A copy of Third-Party Plaintiff's proposed Complaint is attached as Exhibit A.

WHEREFORE, third party Plaintiff, County Defendants, respectfully request this Honorable Court grant third party plaintiff's leave to file its proposed Third-Party Complaint against proposed third party Defendant ICE.

Respectfully submitted,

Dated:     March 12, 2024

By: /s/ Andrew Hamilton

Patrick D. Kenneally
McHenry County State's Attorney
Troy Owens
Andrew Hamilton
Assistant State's Attorneys
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, IL 60098
815-334-4159 (phone)
815-334-0872 (fax)
aghamilton@mchenrycountyil.gov