

November 28, 2016

McHenry Adult Corr Facility
2200 N Seminary Avenue
Woodstock, IL 60098

Dear Facility Administrator:

    Attached is a modification to Intergovernmental Agreement # 24-02-0052.  The purpose of this modification is to incorporate the Affordable Care Act and the Prison Rape Elimination Act language.  If you have any questions, please contact Maiya Morales, Grants Specialist at (202) 353-1302.

    Sincerely,

Tiffani Eason
Chief
Intergovernmental Agreements Branch

Enclosure

cc:   Thomas Smith
      Chief Deputy US Marshal
      Northern District of Illinois

EXHIBIT A

**U. S. Department of Justice**
**United States Marshals Service**

**Modification of Intergovernmental Agreement**

| 1. Agreement No.<br>24-02-0052 | 2. Effective Date<br>November 28, 2016 | 3. Facility Code(s)<br>5DX | 4. PREA-ACA<br>Modification | 5. DUNS No.<br>N/A |
|---|---|---|---|---|

| 6. Issuing Federal Agency | 7. Local Government |
|---|---|
| United States Marshals Service<br>Prisoner Operations Division<br>Office of Detention Services<br>CG-3, 3rd Floor<br>Washington, DC 20530-0001 | McHenry Adult Corr Facility<br>2200 N Seminary Avenue<br>Woodstock, IL 60098 |

8. EXCEPT AS PROVIDED SPECIFICALLY HEREIN, ALL TERMS AND CONDITIONS OF THE IGA DOCUMENT REFERRED TO IN BLOCK 1, REMAIN UNCHANGED. TERMS OF THIS MODIFICATION:

THE PURPOSE OF THIS MODIFICATION IS TO ADD THE PRISON RAPE ELIMINATION ACT (PREA) AND THE AFFORDABLE CARE ACT TO THE CURRENT IGA (SEE PAGE 2-4).

The Facility must post the Prison Rape Elimination Act brochure/bulletin in each housing unit of the Facility. (See Attachment) The Facility must abide by all relevant PREA regulations.

NO OTHER TERMS OR CONDITIONS OF THIS AGREEMENT ARE AFFECTED.

**9. INSTRUCTIONS TO LOCAL GOVERNMENT FOR EXECUTION OF THIS MODIFICATION:**

| A. ☒ LOCAL GOVERNMENT IS NOT REQUIRED<br>TO SIGN THIS DOCUMENT | B. ☐ LOCAL GOVERNMENT IS REQUIRED TO SIGN<br>THIS DOCUMENT AND RETURN ALL COPIES TO<br>U. S. MARSHAL |
|---|---|

**10. APPROVALS**

| A. LOCAL GOVERNMENT | B. FEDERAL GOVERNMENT |
|---|---|
| _____<br>*Signature* | *maiyas morales*<br>_____<br>*Signature* |
| _____ _____<br>TITLE      DATE | Grants Specialist     Nov 18, 2016<br>TITLE      DATE |

| Agreement Number: 24-02-0052 | Page 2 of 4 |
|---|---|

**Rape Elimination Act Reporting Information**

### SEXUAL ASSAULT AWARENESS
This document is requested to be posted in each Housing Unit Bulletin Board at all Contract Detention Facilities. This document may be used and adapted by Intergovernmental Service Agreement Providers. While detained by the Department of Justice, United States Marshals Service, you have a right to be safe and free from sexual harassment and sexual assaults.

### Definitions

#### A. Detainee-on-Detainee Sexual Abuse/Assault
One or more detainees engaging in or attempting to engage in a sexual act with another detainee or the use of **threats, intimidation, inappropriate touching** or other actions and/or communications by one or more detainees aimed at **coercing and/or pressuring** another detainee to engage in a sexual act.

#### B. Staff-on-Detainee Sexual Abuse/Assault
Staff member engaging in, or attempting to engage in a sexual act with any detainee or the intentional touching of a detainee's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desires of any person. **Sexual abuse/assault of detainees by staff or other detainees is an inappropriate use of power and is prohibited by DOJ policy and the law.**

#### C. Staff Sexual Misconduct is:
Sexual behavior between a staff member and detainee which can include, but is not limited to indecent, profane or abusive language or gestures and inappropriate visual surveillance of detainees.

### Prohibited Acts
A detainee, who engages in inappropriate sexual behavior with or directs it at others, can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy.

- **Using Abusive or Obscene Language**
- **Sexual Assault**
- **Making a Sexual Proposal**
- **Indecent Exposure**
- **Engaging in Sex Act**

### Detention as a Safe Environment
While you are detained, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior regardless of your age, size, race, or ethnicity. Regardless of your sexual orientation, you have the right to be safe from unwanted sexual advances and acts.

| Agreement Number: 24-02-0052 | Page 3 of 4 |
|---|---|

## Confidentiality
Information concerning the identity of a detainee victim reporting a sexual assault, and the facts of the report itself, shall be limited to those who have the need to know in order to make decisions concerning the detainee-victim's welfare and for law enforcement investigative purposes.

## Report All Assaults!
If you become a victim of a sexual assault, you should report it immediately to any staff person you trust, to include housing officers, chaplains, medical staff, supervisors or Deputy U.S. Marshals. Staff members keep the reported information confidential and only discuss it with the appropriate officials on a need to know basis. If you are not comfortable reporting the assault to staff, you have other options:

- Write a letter reporting the sexual misconduct to the person in charge or the United States Marshal. To ensure confidentiality, use special (Legal) mail procedures.
- File an Emergency Detainee Grievance - If you decide your complaint is too sensitive to file with the Officer in Charge, you can file your Grievance directly with the Field Office Director. You can get the forms from your housing unit officer, or a Facility supervisor.
- Write to the Office of Inspector General (OIG), which investigates allegations of staff misconduct. The address is: Office of Inspector General, U.S. Department of Justice, 950 Pennsylvania Ave. Room 4706, Washington, DC. 20530
- Call, **at no expense to you,** the Office of Inspector General (OIG). The phone number is 1-800-869-4499.

**Individuals who sexually abuse or assault detainees can only be disciplined or prosecuted if the abuse is reported.**

A publication of the Office of the
Federal Detention Trustee
Washington, DC

Published February 2008

| Agreement Number: 24-02-0052 | Page 4 of 4 |
|---|---|

**Affordable Care Act**

The Local Government shall provide Federal detainees, upon release of custody; information regarding the Affordable Care Act, The Affordable Care Act website is located at http://www.hhs.gov/opa/affordable-care-act/.



*Washington, DC 20530-1000*

APR 1 4 2008

| | |
|---|---|
| **MEMORANDUM TO:** | John O'Malley |
| | Chief Deputy United States Marshal |
| | Northern District of Illinois |
| | |
| **FROM:** | Renita L. Barbee  ~Renita L. Barbee~ |
| | Grants Analyst, Programs & Assistance Branch |
| | Witness Security & Prisoner Operations |
| | |
| **SUBJECT:** | McHenry County Adult Correctional Facility |

The above mentioned IGA modification is attached.  A copy should also be sent to the appropriate Bureau of Prisons (BOP) Community Corrections Manager and Immigration and Customs Enforcement (ICE) regional office, if included in the IGA.

Please make sure that the Administrative Officer and Criminal Clerk has a copy of the executed documents so that they are aware of the current jail day rate and any special terms and conditions (i.e. guard/transportation services, mileage, etc.).

If you have questions, please contact Renita L. Barbee, Grants Analyst at (202) 616-0559.

Cc:  McHenry County Adult Correctional Facility

**U. S. Department of Justice**
**United States Marshals Service**

**Detention Services**
**Intergovernmental Agreement**

| 1. Agreement Number 24-02-0052 | 2. Effective Date **See Block 19.** | 3. Facility Code(s) 5DX | 4. DUNS Number 08-204-4694 |
|---|---|---|---|
| 5. Issuing Federal Agency<br><br>United States Marshals Service<br>Witness Security & Prisoner Operations Division<br>Programs & Assistance Branch<br>Washington, DC 20530-1000 | | 6. Local Government<br>McHenry County Adult Correctional Facility<br>2200 N. Seminary Avenue<br>Woodstock, IL. 60098<br><br>Tax ID # 36-6006623 | |
| 7. Appropriation Data<br><br>15X1020 | | 8. Local Contact Person<br><br>Daniel Sedlock, Chief of Corrections | |
| | | 9. Tel: (815) 334-4090<br>Fax:(815)<br>Email: DJSedlock@co.mchenry.il.us | |

| Services | Number of Federal Beds | Per-Diem Rate |
|---|---|---|
| 10. This agreement is for the housing, safekeeping, and subsistence of federal prisoners, in accordance with content set forth herein. | 11.<br>200<br><br>(Estimated Federal Beds) | 12.<br><br>$ 85.00 |

| 13. Optional Guard/Transportation Services:<br><br>_X__ Medical Services<br><br>_X__ U. S. Courthouse | 14.<br><br>Guard/Transportation Hourly Rate: $ 34.00<br><br>Mileage shall be reimbursed by the Federal Government at the GSA Federal Travel Regulation Mileage Rate. |
|---|---|

| 15. Local Government Certification<br><br>*To the best of my knowledge and belief, information submitted in support of this agreement is true and correct, this document has been duly authorized by the body governing of the Department or Agency and the Department or Agency will comply with all provisions set forth herein.* | 16. Signature of Person Authorized to Sign (Local)<br><br>Signature<br><br>Keith Nygren<br>Name<br><br>Sheriff                    03/28/08<br>Title                    Date |
|---|---|

| 17. Prisoner & Detainee Type Authorized<br><br>_X_ Adult Male<br><br>_X_ Adult Female<br><br>____ Juvenile Male<br><br>____ Juvenile Female | 18. Other Authorized Agency User<br><br>_X__ BOP<br><br>_X_ ICE | 19. Signature of Person Authorized to Sign (Federal)<br><br>Renita L. Barbee<br>Signature<br><br>RENITA L. BARBEE<br>Name<br><br>Grants Analyst        4/7/2008<br>Title                    Date |
|---|---|---|

Authority ................................................................................ 3

Purpose of Agreement and Security Provided ................................... 3

Period of Performance .................................................................. 3

Assignment and Outsourcing of Jail Operations ............................... 4

Medical Services......................................................................... 4

Receiving and Discharge of Federal Detainees................................. 5

Optional Guard/Transportation Services to Medical ......................... 6

Optional Guard/Transportation Services to U.S. Courthouse.............. 7

Special Notifications.................................................................... 7

Service Contract Act ................................................................... 9

*Per-Diem* Rate .......................................................................... 9

Billing and Financial Provisions ....................................................10

Payment Procedures ...................................................................11

Modifications and Disputes...........................................................12

Inspection of Services .................................................................12

Litigation .................................................................................12

**Authority**

Pursuant to the authority of Section 119 of the Department of Justice Appropriations Acts of 2001 (Public Law 106-553), this Agreement is entered into between the United States Marshals Service (hereinafter referred to as the "Federal Government") and the McHenry County Adult Correctional Facility (hereinafter referred to as "Local Government"), who hereby agree as follows:

**Purpose of Agreement and Security Provided**

The Federal Government and the Local Government establish this Agreement that allows the United States Marshals Service (USMS) to house federal detainees with the Local Government at the McHenry County Jail (hereinafter referred to as "the facility").

The population, hereinafter referred to as "federal detainees," will include individuals charged with federal offenses and detained while awaiting trial, individuals who have been sentenced and are awaiting designation and transport to a BOP facility, and individuals who are awaiting a hearing on their immigration status or deportation.

The Local Government shall accept and provide for the secure custody, safekeeping, housing, subsistence and care of federal detainees in accordance with all state and local laws, standards, regulations, policies and court orders applicable to the operation of the facility. Detainees shall also be housed in a manner that is consistent with federal law and the Federal Performance-based Detention Standards.

At all times, the Federal Government shall have access to the facility and to the federal detainees housed there, and to all records pertaining to this Agreement, including financial records, for a period going back 3 years from the date of request by the Federal Government.

**Period of Performance**

This Agreement is effective upon the date of signature of both parties, and remains in effect unless terminated by either party with written notice. The Local Government shall provide no less than 120 calendar days notice of their intent to terminate. Where the Local Government has received a Cooperative Agreement Program (CAP) award, the termination provisions of the CAP prevail.

**Assignment and Outsourcing of Jail Operations**

Overall management and operation of the facility housing federal detainees may not be contracted out without the prior express written consent of the Federal Government.

**Medical Services**

The Local Government shall provide federal detainees with the full range of medical care **inside** the detention facility. The level of care inside the facility should be the same as that provided to state and local detainees. The Local Government is financially responsible for all medical care provided **inside** the facility to federal detainees. This includes the cost of all medical, dental, and mental health care as well as the cost of medical supplies, over the counter prescriptions and, any prescription medications routinely stocked by the facility which are provided to federal detainees. The cost of all of the above referenced medical care is covered by the federal per diem rate. However, if dialysis is provided within the facility, the Federal Government will pay for the cost of that service.

The Federal Government is financially responsible for all medical care provided **outside** the facility to federal detainees. The Federal Government must be billed directly by the medical care provider **not** the Local Government. In order to ensure that Medicare rates are properly applied, medical claims for federal detainees must be on Centers for Medicare and Medicaid (CMS) Forms in order to be re-priced at Medicare rates in accordance with Title 18, USC Section 4006. The Local Government is required to immediately forward all medical claims for federal detainees to the Federal Government for processing.

All **outside** medical care provided to federal detainees must be pre-approved by the Federal Government. In the event of an emergency, the Local Government shall proceed immediately with necessary medical treatment. In such an event, the Local Government shall notify the Federal Government immediately regarding the nature of the federal detainee's illness or injury as well as the types of treatment provided.

Medical care for federal detainees shall be provided by the Local Government in accordance with the provisions of USMS, Publication 100-Prisoner Health Care Standards

(www.usmarshals.gov/prisoner/standards.htm) and in compliance with USMS Inspection Guidelines, USM 218 Detention Facility Investigative Report. The Local Government is responsible for all associated medical record keeping.

The facility shall have in place an adequate infectious disease control program which includes testing of all federal detainees for Tuberculosis (TB) as soon as possible after intake (not to exceed 14 days). When Purified Protein Derivative (PPD) skin tests are utilized, they shall be read between 48 and 72 hours after placement.

TB testing shall be accomplished in accordance with the latest Centers for Disease Control (CDC) Guidelines and the result promptly documented in the federal detainee's medical record. Special requests for expedited TB testing and clearance (to include time sensitive moves) will be accomplished through advance coordination by the Federal Government and Local Government.

The Local Government shall immediately notify the Federal Government of any cases of suspected or active TB or any other highly communicable disease such as Severe Acute Respiratory Syndrome (SARS), Avian Flu, Methicillin-resistant Staphylococcus Aureus (MRSA), Chicken Pox, etc., which might affect scheduled transports or productions so that protective measures can be taken by the Federal Government.

When a federal detainee is being transferred and/or released from the facility, they will be provided with seven days of prescription medication which will be dispensed from the facility. When possible, generic medications should be prescribed. Medical records must travel with the federal detainee. If the records are maintained at a medical contractor's facility, it is the Local Government's responsibility to obtain them before a federal detainee is moved.

Federal detainees may be charged a medical co-payment by the Local Government in accordance with the provisions of Title 18, USC Section 4013(d). The Federal Government is not responsible for medical co-payments and cannot be billed for these costs even for indigent federal prisoners.

## Receiving and Discharge of Federal Detainees

The Local Government agrees to accept federal detainees only upon presentation by a law enforcement officer of the Federal Government with proper agency credentials.

The Local Government shall not relocate a federal detainee from one facility under its control to another facility not described in this Agreement without permission of the Federal Government.

The Local Government agrees to release federal detainees only to law enforcement officers of the Federal Government agency initially committing the federal detainee (i.e., Drug Enforcement Administration, Bureau of Immigration and Customs Enforcement, etc.) or to a Deputy United States Marshal (DUSM). Those federal detainees who are remanded to custody by a DUSM may only be released to a DUSM or an agent specified by the DUSM of the Judicial District.

USMS federal detainees sought for a state or local court proceeding must be acquired through a Writ of Habeas Corpus or the Interstate Agreement on Detainers and then only with the concurrence of the district United States Marshal (USM).

**Optional Guard/Transportation Services to Medical Facility**

If Medical Services in block 13 on page (1) of this Agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and escort guard services for federal detainees housed at their facility to and from a medical facility for outpatient care, and transportation and stationary guard services for federal detainees admitted to a medical facility.

These services should be performed by at least two armed qualified law enforcement or correctional officer personnel. If the Local Government is unable to meet this requirement, the Local Government may seek a waiver of this requirement from the local U.S. Marshal.

The Local Government agrees to augment this security escort if requested by the USM to enhance specific requirement for security, prisoner monitoring, visitation, and contraband control.

If an hourly rate for these services has been agreed upon to reimburse the Local Government it will be stipulated on page (1) of this Agreement. Mileage shall be reimbursed in accordance with the current GSA mileage rate.

**Optional Guard/Transportation Services to U.S. Courthouse**

If U.S. Courthouse in block 13 on page (1) of this Agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and escort guard services for federal detainees housed at its facility to and from the U.S. Courthouse.

These services should be performed by at least two armed qualified law enforcement or correctional officer personnel. If the Local Government is unable to meet this requirement, the Local Government may seek a waiver of this requirement from the local U.S. Marshal.

The Local Government agrees to augment this security escort if requested by the USM to enhance specific requirements for security, detainee monitoring, and contraband control.

Upon arrival at the courthouse, the Local Government's transportation and escort guard will turn federal detainees over to a DUSM only upon presentation by the deputy of proper law enforcement credentials.

The Local Government will not transport federal detainees to any U.S. Courthouse without a specific request from the USM who will provide the detainee's name, the U.S. Courthouse, and the date the detainee is to be transported.

Each detainee will be restrained in handcuffs, waist chains, and leg irons during transportation.

If an hourly rate for these services has been agreed upon to reimburse the Local Government it will be stipulated on page (1) of this Agreement. Mileage shall be reimbursed in accordance with the current GSA mileage rate.

## THE FOLLOWING SECTION APPLIES TO IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) DETAINEES ONLY

Transportation Services:

The Service Provider agrees to provide transportation services for Immigration and Customs Enforcement (ICE) detainees between the McHenry County Jail, located in Woodstock, Illinois, apprehension points, the ICE District office and other points determined as necessary by ICE. The purpose of such transportation shall be for booking detainees into or out of the facility or into the custody of ICE and booking new inmates from the custody of ICE into the facility. The Service Provider shall utilize transportation vehicles equipped with appropriate safety equipment as required by and in compliance with state of Illinois standard for prisoner transport. Two uniformed qualified law-enforcement or correctional security officers employed or contracted by the Service Provider under their policies, procedures and practices shall be assigned to each vehicle on each trip. These officers must be appropriately licensed and certified for those duties pursuant to the state of Illinois and the U.S. Department of Transportation regulations.

Reimbursement for transportation services shall be paid at a rate of thirty-four dollars ($34.00) per hour for each transporting officer and a round trip mileage rate equaling the General Services Administration approved mileage rate. **The Service Provider shall maintain a transportation log documenting all transportation service (date, origin, destination, time, mileage, etc). The Service Provider is to invoice ICE for services rendered as a separate line item on t he periodic billing for detention. A copy of the transportation log shall be attached to all invoices that obtain charges for transportation services.**

Bag Lunches: The Service Provider agrees to provide ICE detainees with bag lunch when detainees are transported during a meal period. Reimbursement for meals will be at the rate of ($2.00) two dollars per meal. The meal will include, at the minimum, a sandwich, fruit, potato chips, and beverage. **The Service Provider is to invoice ICE for services rendered as a separate line item on the periodic billing for detention.**

**Special Notifications**

The Local Government shall notify the Federal Government of any activity by a federal detainee which would likely result in litigation or alleged criminal activity.

The Local Government shall immediately notify the Federal Government of an escape of a federal detainee. The Local Government shall use all reasonable means to apprehend the escaped federal detainee and all reasonable costs in connection therewith shall be borne by the Local Government. The Federal Government shall have primary responsibility and authority to direct the pursuit and capture of such escaped federal detainees. Additionally, the Local Government shall notify the Federal Government as soon as possible when a federal detainee is involved in an attempted escape or conspiracy to escape from the facility.

In the event of the death or assault of a federal detainee, the Local Government shall immediately notify the Federal Government.

**Service Contract Act**

This Agreement incorporates the following clause by reference, with the same force and effect as if it was given in full text. Upon request, the full text will be made available. The full text of this provision may be accessed electronically at this address: **www.arnet.gov.**

Federal Acquisition Regulation Clause(s):

52.222-41 Service Contract Act of 1965, as Amended (July 2005)

52.222-42 Statement of Equivalent Rates for Federal Hires (May 1989)

52.222-43 Fair Labor Standards Act and the Service Contract Act – Price Adjustment (Multiyear and Option Contracts) (May 1989)

The current Local Government wage rates shall be the prevailing wages unless notified by the Federal Government.

**Per-Diem Rate**

The Federal Government will use various price analysis techniques and procedures to ensure the per-diem rate established by this Agreement is considered a fair and reasonable price. Examples of such techniques include, but are not limited to, the following:

1. Comparison of the requested per-diem rate with the independent government estimate for detention services, otherwise known has the Core Rate;

2. Comparison with per-diem rates at other state or local facilities of similar size and economic conditions;

3. Comparison of previously proposed prices and previous Federal Government and commercial contract prices with current proposed prices for the same or similar items;

4. Evaluation of the provided jail operating expense information;

The firm-fixed per-diem rate for services is $85.00, and shall not be subject to adjustment on the basis of **McHenry County Adult Correctional Facility** actual cost experience in providing the service. The per-diem rate shall be fixed for a period from the effective date of the Agreement forward for 36 months. The per-diem rate covers the support of one federal detainee per "federal detainee day", which shall include the day of arrival, but not the day of departure.

After 36 months, if a rate adjustment is desired, the Local Government shall submit a request through the Electronic Intergovernmental Agreements area of the Detention Services Network (DSNetwork). All information pertaining to the jail on DSNetwork will be required before a new per-diem rate can be considered.

**Billing and Financial Provisions**

The Local Government shall prepare and submit for certification and payment, original and separate invoices each month to each Federal Government component responsible for federal detainees housed at the facility.

Addresses for the components are:

United States Marshals Service
District of Northern Illinois
219 S. Dearborn Street
Room 2444
Chicago, IL 60604
(312) 353-5043

Federal Bureau of Prisons
Community Corrections Office
Federal Office Building
213 3rd Avenue, S. Room 135
Minneapolis, MN  55401
(612) 334-4073

Immigration & Customs Enforcement
Detention & Deportation Office – Central Regional Office
Skyline Center – Building C
N. Stemmons Freeway
Dallas, Texas  75247
(214) 905-8344

To constitute a proper monthly invoice, the name and address of the facility, the name of each federal detainee, their specific dates of confinement, the total days to be paid, the appropriate per diem rate as approved in the Agreement, and the total amount billed (total days multiplied by the rate per day) shall be listed, along with the name, title, complete address and telephone number of the Local Government official responsible for invoice preparation.

Nothing contained herein shall be construed to obligate the Federal Government to any expenditure or obligation of funds in excess of, or in advance of, appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. 1341.

**Payment Procedures**

The Federal Government will make payments to the Local Government on a monthly basis, promptly after receipt of an appropriate invoice. The Local Government shall provide a remittance address below:

McHenry County Adult Correctional Facility
220 N. Seminary Avenue
Woodstock, IL  60098
(815) 334-4744

**Modifications and Disputes**

Either party may initiate a request for modification to this Agreement in writing.  All modifications negotiated will be effective only upon written approval of both parties.

Disputes, questions, or concerns pertaining to this Agreement will be resolved between appropriate officials of each party.  Both the parties agree that they will use their best efforts to resolve the dispute in an informal fashion through consultation and communication, or other forms of non-binding alternative dispute resolution mutually acceptable to the parties.

**Inspection of Services**

The Local Government agrees to allow periodic inspections of the facility by Federal Government inspectors.  Findings of the inspection will be shared with the facility administrator in order to promote improvements to facility operations, conditions of confinement, and levels of services.

**Litigation**

The Federal Government shall be notified, in writing, of all litigation pertaining to this Agreement and provided copies of any pleadings filed or said litigation within 5 working days of the filing.

The Local Government shall cooperate with the Federal Government legal staff and/or the United States Attorney regarding any requests pertaining to Federal Government or Local Government litigation.

**U.S. Department of Justice**
**United States Marshals Service**
**Prisoner Operations Division**

**Detention Services**
**Intergovernmental Agreement**

| 1. Agreement Number 24-02-0052 | 2. Effective Date See Block 19 | 3. Facility Code(s) 5DX | 4. DUNS Number 082044694 |
|---|---|---|---|

| 5. Issuing Federal Agency | 6. Local Government |
|---|---|
| United States Marshals Service<br>Prisoner Operations Division<br>2604 Jefferson Davis Highway<br>Alexandria, VA 22301-1025 | McHenry County Sheriff's Office<br>2200 N. Seminary Avenue<br>Woodstock, Illinois<br>Tax ID#: 36-6006623 |

| 7. Appropriation Data | 8. Local Contact Person |
|---|---|
| 15-1020/X | Keith Nygren, Sheriff |
| | 9. Telephone:  815-338-2131<br>Fax:<br>Email: knygren@co.mchenry.il.us |

| Services | Estimated Number of Federal Beds | Per Diem Rate |
|---|---|---|
| 10. This agreement is for the housing, safekeeping, and subsistence of Federal detainees, in accordance with content set forth herein. | 11.<br><br>Male:50      Female: 0<br><br>Total: 50 | 12.<br><br>$95.00 |

| 13a. Optional Guard/Transportation Services to: | 14. |
|---|---|
| ☒ Medical Facility    ☐ Other _____ | Guard/Transportation Hourly Rate: $46.48 |
| ☒ U.S. Courthouse | |
| ☐ JPATS | |
| 13b. ☐ Department of Labor Wage Determination | |

| 15. Local Government Certification | 16. Signature of Person Authorized to Sign (Local) |
|---|---|
| *To the best of my knowledge and belief, information submitted in support of this agreement is true and correct. This document has been duly authorized by the governing authorities of their applying Department or Agency State or County Government and therefore agree to comply with all provisions set forth herein this document.* | Signature<br>Tina R.Hill<br>Print Name<br>County Board Chairwoman    5·6·14<br>Title                                          Date |

| 17.Federal Detainee Type Authorized | 18. Other Authorized Agency User | 19. Signature of Person Authorized to Sign (Federal) |
|---|---|---|
| ☒ Adult Male<br>☒ Adult Female<br>☐ Juvenile Male<br>☐ Juvenile Female | ☐ BOP<br>☒ ICE | Signature<br>Renita Jacobs<br>Print Name<br>Grants Specialist          5/6/2014<br>Title                                  Date |

Page **1** of 14

Agreement Number 24-02-0052

Authority ........................................................................................................... 3
Purpose of Agreement and Security Provided ................................................. 3
Period of Performance and Termination .......................................................... 3
Assignment and Outsourcing of Jail Operations.............................................. 4
Medical Services................................................................................................ 4
Affordable Care Act........................................................................................... 5
Receiving and Discharge of Federal Detainees .............................................. 6
Optional Guard/Transportation Services to Medical Facility........................... 6
Optional Guard/Transportation Services to U.S. Courthouse.......................... 7
Optional Guard/Transportation Services to Justice Prisoner & Alien Transportation
System (JPATS)................................................................................................. 7
Special Notifications.......................................................................................... 8
Special Management Inmates and Suicide Prevention.................................... 8
Prison Rape Elimination Act (PREA) ............................................................... 9
Service Contract Act ......................................................................................... 9
Per-Diem Rate................................................................................................... 9
Billing and Financial Provisions ..................................................................... 10
Payment Procedures ...................................................................................... 11
Hold Harmless................................................................................................. 11
Disputes .......................................................................................................... 11
Inspection of Services .................................................................................... 11
Modifications ................................................................................................... 12
Litigation ......................................................................................................... 12
Rape Elimination Act Reporting Information ................................................. 13

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

Local Government (initial): _____
Federal Government (initial): _RS_

Packet Pg. 179

15.2.D.1.a

## Authority

Pursuant to the authority of Section 119 of the Department of Justice Appropriations Act of 2001 (Public Law 106-553), this Agreement is entered into between the United States Marshals Service (hereinafter referred to as the "Federal Government") and the County of McHenry (Illinois) (hereinafter referred to as "Local Government"), who hereby agree as follows:

## Purpose of Agreement and Security Provided

The Federal Government and the Local Government establish this Agreement that allows the United States Marshals Service (USMS) or other authorized agency user as noted in block #18 on page (1) to house Federal detainees with the Local Government at the McHenry County Jail, 2200 N. Seminary Avenue, Woodstock, Illinois (hereinafter referred to as "the Facility") designated in #6 page 1.

The population(hereinafter referred to as "Federal detainees,") will include individuals charged with Federal offenses and detained while awaiting trial, individuals who have been sentenced and are awaiting designation and transport to a Bureau of Prisons (BOP) facility, and individuals who are awaiting a hearing on their immigration status or deportation.

The Local Government shall accept and provide for the secure custody, safekeeping, housing, subsistence and care of Federal detainees in accordance with all state and local laws, standards, regulations, policies and court orders applicable to the operation of the Facility. Detainees shall also be housed in a manner that is consistent with Federal law and the Core Detention Standards and/or any other standards required by an authorized agency whose detainees are housed by the Local Government pursuant to this Agreement.

The USMS ensures the secure custody, care, and safekeeping of USMS detainees. Accordingly, all housing or work assignments, and recreation or other activities for USMS detainees are permitted only within secure areas of the building or within the secure external recreational/exercise areas.

At all times, the Federal Government shall have access to the Facility and to the Federal detainees housed there, and to all records pertaining to this Agreement, including financial records, for a period going back three (3) years from the date of request by the Federal Government.

## Period of Performance and Termination

This Agreement is effective upon the date of signature of the authorized USMS Prisoner Operations Division official, and remains in effect unless inactivated in writing by either party. Either party may terminate this Agreement for any reason with written notice at

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 24-02-0052

least thirty (30) calendar days in advance of termination, unless an emergency situation requires the immediate relocation of Federal detainees.

Where the Local Government has received a Cooperative Agreement Program (CAP) award, the termination provisions of the CAP prevail.

## Assignment and Outsourcing of Jail Operations

The overall management and operation of the Facility housing Federal detainees may not be contracted out without the prior express written consent of the Federal Government.

## Medical Services

The Local Government shall provide Federal detainees with the same level and range of care **inside** the Facility as that provided to state and local detainees. The Local Government is financially responsible for all medical care provided **inside** the Facility to Federal detainees. This includes the cost of all medical, dental, and mental health care as well as the cost of medical supplies, over-the-counter medications and, any prescription medications routinely stocked by the Facility which are provided to Federal detainees. When possible, generic medications should be prescribed. The cost of all of the above-referenced medical care is covered by the Federal per diem rate. However, for specialized medical services not routinely provided within the Facility, such as dialysis, the Federal Government will pay for the cost of that service.

The Federal Government is financially responsible for all medical care provided **outside** the Facility to Federal detainees. The Federal Government must be billed directly by outside medical care providers pursuant to arrangements made by the Local Government for outside medical care. The Local Government should utilize outside medical care providers that are covered by the USMS's National Managed Care Contract (NMCC) to reduce the costs and administrative workload associated with these medical services. The Local Government can obtain information about NMCC covered providers from the local USMS District Office. The Federal Government will be billed directly by the medical care provider **not** the Local Government. To ensure that Medicare rates are properly applied, medical claims for Federal detainees must be on Centers for Medicare and Medicaid (CMS) Forms so that they can be re-priced to Medicare rates in accordance with the provisions of Title 18 U.S.C. Section 4006. If the Local Government receives any bills for medical care provided to Federal detainees outside the Facility, the Local Government should immediately forward those bills to the Federal Government for processing.

All **outside** medical care provided to Federal detainees must be pre-approved by the Federal Government except in a medical emergency. In the event of an emergency, the Local Government shall proceed immediately with necessary medical treatment. In such

Local Government (initial): _TRH_
Federal Government (initial): _RS_

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

an event, the Local Government shall notify the Federal Government immediately regarding the nature of the Federal detainee's illness or injury as well as the types of treatment provided.

Medical care for Federal detainees shall be provided by the Local Government in accordance with the provisions of USMS, Publication 100-Prisoner Health Care Standards (www.usmarshals.gov/prisoner/standards.htm) and in compliance with the Core Detention Standards or those standards which may be required by any other authorized agency user. The Local Government is responsible for all associated medical record keeping.

The Facility shall have in place an adequate infectious disease control program which includes testing of all Federal detainees for Tuberculosis (TB) within 14 days of intake.

TB testing shall be accomplished in accordance with the latest Centers for Disease Control (CDC) Guidelines and the result promptly documented in the Federal detainee's medical record. Special requests for expedited TB testing and clearance (to include time sensitive moves) will be accomplished through advance coordination by the Federal Government and Local Government.

The Local Government shall immediately notify the Federal Government of any cases of suspected or active TB or any other highly communicable diseases such as Severe Acute Respiratory Syndrome (SARS), Avian Flu, Methicillin-Resistant Staphylococcus Aureus (MRSA), Chicken Pox, etc., which might affect scheduled transports or productions so that protective measures can be taken by the Federal Government.

When a Federal detainee is being transferred and/or released from the Facility, they will be provided with seven (7) days of prescription medication which will be dispensed from the Facility. Medical records and the USM-553 must travel with the Federal detainee. If the records are maintained at a medical contractor's facility, it is the Local Government's responsibility to obtain them before a Federal detainee is moved.

Federal detainees may be charged a medical co-payment by the Local Government in accordance with the provisions of Title 18, USC Section 4013(d). The Federal Government is not responsible for medical co-payments and cannot be billed for these costs even for indigent Federal detainees.

## Affordable Care Act

The Local Government shall provide Federal detainees, upon release of custody, information regarding the Affordable Care Act, The Affordable Care Act website is located at http://www.hhs.gov/opa/affordable-care-act/.

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 24-02-0052

## Receiving and Discharge of Federal Detainees

The Local Government agrees to accept Federal detainees only upon presentation by a law enforcement officer of the Federal Government or a USMS designee with proper agency credentials

The Local Government shall not relocate a Federal detainee from one facility under its control to another facility not described in this Agreement without permission of the Federal Government. Additional facilities within the same Agreement shall be identified in a modification.

The Local Government agrees to release Federal detainees only to law enforcement officers of the authorized Federal Government agency initially committing the Federal detainee (i.e., Drug Enforcement Administration (DEA), Immigration and Customs Enforcement (ICE), etc.) or to a Deputy United States Marshal (DUSM) or USMS designee with proper agency credentials. Those Federal detainees who are remanded to custody by a DUSM may only be released to a DUSM or an agent specified by the DUSM of the Judicial District.

USMS Federal detainees sought for a state or local court proceeding must be acquired through a Writ of Habeas Corpus or the Interstate Agreement on Detainers and then only with the concurrence of the jurisdictional United States Marshal (USM).

## Optional Guard/Transportation Services to Medical Facility

If Medical Facility in block #13 on page one (1) of this Agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and escort guard services for Federal detainees housed at the Facility to and from a medical facility for outpatient care, and transportation and stationary guard services for Federal detainees admitted to a medical facility.

These services should be performed by at least two (2) armed qualified law enforcement or correctional officer personnel. Criteria as specified by the County Entity running the facility. In all cases these are part of a fulltime Law Enforcement Officer (LEO) or Correctional Officer (CO) that have met the minimum training requirements.

The Local Government agrees to augment this security escort if requested by the USM to enhance specific requirement for security, prisoner monitoring, visitation, and contraband control.

If an hourly rate for these services have been agreed upon to reimburse the Local Government, it will be stipulated in block #14 on page one (1) of this Agreement. After thirty-six (36) months, if a rate adjustment is desired, the Local Government shall submit a request. Mileage shall be reimbursed in accordance with the current GSA mileage rate.

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS (IGA)

Local Government (initial): ___
Federal Government (initial): ___

**Optional Guard/Transportation Services to U.S. Courthouse**

If U.S. Courthouse in block #13 on page one (1) of this Agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and escort guard services for Federal detainees housed at its facility to and from the U.S. Courthouse.

These services should be performed by at least two (2) armed qualified law enforcement or correctional officer personnel.

The Local Government agrees to augment this security escort if requested by the USM to enhance specific requirements for security, detainee monitoring, and contraband control.

Upon arrival at the courthouse, the Local Government's transportation and escort guard will turn Federal detainees over to a DUSM only upon presentation by the deputy of proper law enforcement credentials.

The Local Government will not transport Federal detainees to any U.S. Courthouse without a specific request from the USM or their designee who will provide the detainee's name, the U.S. Courthouse, and the date the detainee is to be transported.

Each detainee will be restrained in handcuffs, waist chains, and leg irons during transportation unless otherwise authorized by the USMS.

If an hourly rate for these services have been agreed upon to reimburse the Local Government, it will be stipulated in block #14 on page one (1) of this Agreement. After thirty-six (36) months, if a rate adjustment is desired, the Local Government shall submit a request. Mileage shall be reimbursed in accordance with the current GSA mileage rate.

**Optional Guard/Transportation Services to Justice Prisoner & Alien Transportation System (JPATS)**

If JPATS in block #13 on page one (1) of this Agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and escort guard services for Federal detainees housed at its facility to and from the JPATS.

These services should be performed by at least two (2) armed qualified law enforcement or correctional officer personnel.

The Local Government agrees to augment this security escort if requested by the USM to enhance specific requirements for security, detainee monitoring, and contraband control.

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

Local Government (initial): _TRH_
Federal Government (initial): _R S_

15.2.D.1.a

Upon arrival at JPATS, the Local Government's transportation and escort guards will turn federal detainees over to a DUSM only upon presentation by the deputy of proper law enforcement credentials.

The Local Government will not transport federal detainees to the airlift without a specific request from the USM who will provide the detainee's name, location (district), and the date the detainee is to be transported.

Each detainee will be restrained in handcuffs, waist chains, and leg irons during transportation.

If an hourly rate for these services has been agreed upon to reimburse the Local Government, it will be stipulated on in block #14 on page one (1) of this Agreement. After thirty-six (36) months, if a rate adjustment is desired, the Local Government shall submit a request. Mileage shall be reimbursed in accordance with the current GSA mileage rate.

**Special Notifications**

The Local Government shall notify the Federal Government of any activity by a Federal detainee which would likely result in litigation or alleged criminal activity.

The Local Government shall immediately notify the Federal Government of an escape of a Federal detainee. The Local Government shall use all reasonable means to apprehend the escaped Federal detainee and all reasonable costs in connection therewith shall be borne by the Local Government. The Federal Government shall have primary responsibility and authority to direct the pursuit and capture of such escaped Federal detainees. Additionally, the Local Government shall notify the Federal Government as soon as possible when a Federal detainee is involved in an attempted escape or conspiracy to escape from the Facility.

In the event of the death or assault or a medical emergency of a Federal detainee, the Local Government shall immediately notify the Federal Government.

**Special Management Inmates and Suicide Prevention**

The Local Government shall have written policy, procedure, and practice require that all special management inmates are personally observed by a correctional officer twice per hour, but no more than 40 minutes apart, on an irregular schedule. Inmates who are violent or mentally disordered or who demonstrate unusual or bizarre behavior receive more frequent observation; suicidal inmates are under constant observation.

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

Local Government (initial): _____
Federal Government (initial): _____

Packet Pg. 185

Agreement Number 24-02-0052

The Local Government shall have a comprehensive suicide-prevention program in place incorporating all aspects of identification, assessment, evaluation, treatment, preventive intervention, and annual training of all medical, mental health, and correctional staff.

**Prison Rape Elimination Act (PREA)**

The Facility must post the Prison Rape Elimination Act brochure/bulletin in each housing unit of the Facility. The Facility must abide by all relevant PREA regulations.

**Service Contract Act**

This Agreement incorporates the following clause by reference, with the same force and effect as if it was given in full text. Upon request, the full text will be made available. The full text of this provision may be accessed electronically at this address: http://www.dol.gov/oasam/regs/statutes/351.htm.

Federal Acquisition Regulation Clause(s):

52.222-41 Service Contract Act of 1965, as Amended (July 2005)

52.222-42 Statement of Equivalent Rates for Federal Hires (May 1989)

52.222-43 Fair Labor Standards Act and the Service Contract Act – Price Adjustment (Multiyear and Option Contracts) (May 1989)

The current Local Government wage rates shall be the prevailing wages unless notified by the Federal Government.

If the Department of Labor Wage Determination block #13b on page one (1) of this Agreement is checked, the Local Government agrees, in accordance with FAR PART 52.222.43 (f), must notify the Federal Government of any increase or decrease in applicable wages and fringe benefits claimed under this clause within 30 days after receiving a new wage determination.

**Per-Diem Rate**

The Federal Government will use various price analysis techniques and procedures to ensure the per-diem rate established by this Agreement is considered a fair and reasonable price. Examples of such techniques include, but are not limited to, the following:

1. Comparison of the requested per-diem rate with the independent Federal Government estimate for detention services, otherwise known as the Core Rate;

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

Page **9** of **14**

Local Government (initial): _____
Federal Government (initial): _____

2.  Comparison with per-diem rates at other state or local facilities of similar size and economic conditions;

3.  Comparison of previously proposed prices and previous Federal Government and commercial contract prices with current proposed prices for the same or similar items;

4.  Evaluation of the provided jail operating expense information;

The firm-fixed per-diem rate for services is stipulated in block #12 on page (1) of this agreement, and shall not be subject to adjustment on the basis of **McHenry County Jail's** actual cost experience in providing the service. The per-diem rate shall be fixed for a period from the effective date of this Agreement forward for thirty-six (36) months. The per-diem rate covers the support of one Federal detainee per "Federal detainee day", which shall include the day of arrival, but not the day of departure.

After thirty-six (36) months, if a per-diem rate adjustment is desired, the Local Government shall submit a request through the Office of the Federal Detention Trustee's (OFDT) electronic Intergovernmental Agreements (eIGA) area of the Detention Services Network (DSNetwork). All information pertaining to the Facility on the DSNetwork will be required before a new per-diem rate will be considered.

**Billing and Financial Provisions**

The Local Government shall prepare and submit for certification and payment, original and separate invoices each month to each Federal Government component responsible for Federal detainees housed at the Facility.

Addresses for the components are:

United States Marshals Service
Northern District of Illinois
219 S. Dearborn Street, Suite 2444
Chicago, Illinois 60604
(312) 353-5290

Immigration & Naturalization Service
Central Regional Office
Detention & Deportation Division
7701 N. Stemmons Freeway
Dallas, Texas 75247
(214) 767-7062

Local Government (initial): *[handwritten initials]*
Federal Government (initial): R S

Packet Pg. 187

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

15.2.D.1.a

Agreement Number 24-02-0052

To constitute a proper monthly invoice, the name and address of the Facility, the name of each Federal detainee, their specific dates of confinement, the total days to be paid, the appropriate per diem rate as approved in the Agreement, and the total amount billed (total days multiplied by the per-diem rate per day) shall be listed, along with the name, title, complete address, and telephone number of the Local Government official responsible for invoice preparation. Additional services provided, such as transportation and guard services, shall be listed separately and itemized.

Nothing contained herein shall be construed to obligate the Federal Government to any expenditure or obligation of funds in excess of, or in advance of, appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. 1341.

## Payment Procedures

The Federal Government will make payments to the Local Government at the address listed in block #6 on page one (1) of this Agreement, on a monthly basis, promptly, after receipt of an appropriate invoice.

## Hold Harmless

It is understood and agreed that the Local Government shall fully defend, indemnify, and hold harmless the United States of America, its officers, employees, agents, and servants, individually and officially, for any and all liability caused by any act of any member of the Local Government or anyone else arising out of the use, operation, or handling of any property (to include any vehicle, equipment, and supplies) furnished to the Local Government in which legal ownership is retained by the United States of America, and to pay all claims, damages, judgments, legal costs, adjuster fees, and attorney fees related thereto. The Local Government will be solely responsible for all maintenance, storage, and other expenses related to the care and responsibility for all property furnished to the Local Government.

## Disputes

Disputes, questions, or concerns pertaining to this Agreement will be resolved between appropriate officials of each party. Both the parties agree that they will use their best efforts to resolve the dispute in an informal fashion through consultation and communication, or other forms of non-binding alternative dispute resolution mutually acceptable to the parties.

## Inspection of Services

Inspection standards for detainees may differ among authorized agency users. The Local Government agrees to allow periodic inspections by Federal Government

Page **11** of **14**

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 24-02-0052

inspectors, to include approved Federal contractors, in accordance with the Core Detention Standards required by any or all of the Federal authorized agency users whose detainees may be housed pursuant to this Agreement    Findings of the inspections will be shared with the Facility administrator in order to promote improvements to Facility operations, conditions of confinement, and levels of services.

## Modifications

For all modifications except for full or partial terminations, either party may initiate a request for modification to this Agreement in writing.  All modifications negotiated will be effective only upon written approval of both parties.

## Litigation

The Federal Government shall be notified, in writing, of all litigation pertaining to this Agreement and provided copies of any pleadings filed or said litigation within five (5) working days of the filing.

The Local Government shall cooperate with the Federal Government legal staff and/or the United States Attorney regarding any requests pertaining to Federal Government or Local Government litigation.

Page 12 of 14

Local Government (initial): _____
Federal Government (initial): R S

# Rape Elimination Act Reporting Information

<u>SEXUAL ASSAULT AWARENESS</u>
This document is requested to be posted in each Housing Unit Bulletin Board at all Contract Detention Facilities. This document may be used and adapted by Intergovernmental Service Agreement Providers.
While detained by the Department of Justice, United States Marshals Service, you have a right to be safe and free from sexual harassment and sexual assaults.

<u>Definitions</u>

### A. Detainee-on-Detainee Sexual Abuse/Assault
One or more detainees engaging in or attempting to engage in a sexual act with another detainee or the use of threats, intimidation, inappropriate touching or other actions and/or communications by one or more detainees aimed at coercing and/or pressuring another detainee to engage in a sexual act.

### B. Staff-on-Detainee Sexual Abuse/Assault
Staff member engaging in, or attempting to engage in a sexual act with any detainee or the intentional touching of a detainee's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desires of any person. Sexual abuse/assault of detainees by staff or other detainees is an inappropriate use of power and is prohibited by DOJ policy and the law.

### C. Staff Sexual Misconduct is:
Sexual behavior between a staff member and detainee which can include, but is not limited to indecent, profane or abusive language or gestures and inappropriate visual surveillance of detainees.

<u>Prohibited Acts</u>
A detainee, who engages in inappropriate sexual behavior with or directs it at others, can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy.

- Using Abusive or Obscene Language
- Sexual Assault
- Making a Sexual Proposal
- Indecent Exposure
- Engaging in Sex Act

<u>Detention as a Safe Environment</u>
While you are detained, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior regardless of your age, size, race, or ethnicity. Regardless of your sexual orientation, you have the right to be safe from unwanted sexual advances and acts.

<u>Confidentiality</u>
Information concerning the identity of a detainee victim reporting a sexual assault, and the facts of the report itself, shall be limited to those who have the need to know in order to make decisions concerning the detainee-victim's welfare and for law enforcement investigative purposes.

<u>Report All Assaults!</u>
If you become a victim of a sexual assault, you should report it immediately to any staff person you trust, to include housing officers, chaplains, medical staff, supervisors or Deputy U.S. Marshals. Staff members keep the reported information confidential and only discuss it with the appropriate officials on a need to know basis. If you are not comfortable reporting the assault to staff, you have other options:

Page 13 of 14

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 24-02-0052

15.2.D.1.a

- Write a letter reporting the sexual misconduct to the person in charge or the United States Marshal. To ensure confidentiality, use special (Legal) mail procedures.
- File an Emergency Detainee Grievance - If you decide your complaint is too sensitive to file with the Officer in Charge, you can file your Grievance directly with the Field Office Director. You can get the forms from your housing unit officer, or a Facility supervisor.
- Write to the Office of Inspector General (OIG), which investigates allegations of staff misconduct. The address is: Office of Inspector General, U.S. Department of Justice, 950 Pennsylvania Ave. Room 4706, Washington, DC. 20530
- Call, at no expense to you, the Office of Inspector General (OIG). The phone number is 1-800-869-4499.

Individuals who sexually abuse or assault detainees can only be disciplined or prosecuted if the abuse is reported.

A publication of the Office of the
Federal Detention Trustee
Washington, DC

Published February 2008

Attachment: 4.30.14 REVISED McHenry IGA 24-02-0052 (3202 : USMS IGA)

Local Government (initial): _____
Federal Government (initial): _____

Packet Pg. 191

STATE OF ILLINOIS     )
                             SS
COUNTY OF MCHENRY     )

    I, Katherine C. Schultz, County Clerk within and for said County and State aforesaid, do hereby
certify the attached to be a true and complete copy of Resolution R-201405-32-120 Authorizing an
agreement with the U.S. Marshals Service and McHenry County
    WHEREOF I have hereunto subscribed my hand and affixed the official seal of said County, at
my office in Woodstock, Illinois this _____ day of _____ A.D, _____ .

                                       _____
                                     McHenry County Clerk

RS

R-201405-32-120

# RESOLUTION

## RESOLUTION AUTHORIZING AN AGREEMENT WITH THE UNITED STATES MARSHALS SERVICE AND MCHENRY COUNTY

WHEREAS, McHenry County is currently participating in a ten-year jail capacity agreement with the Federal Government to provide detention space for Federal detainees (Intergovernmental Cooperative Agreement No. 03-24-03; and

WHEREAS, inside of that capacity agreement, the County is allowed to request per diem rate adjustments; and

WHEREAS, McHenry County applied for a per diem rate adjustment in the Summer of 2012 and again in the Summer of 2013; and

WHEREAS, the United States Marshals Services has now agreed to allow for a per diem rate adjustment from $85 per day to $95 per day, and a transportation rate adjustment from $34.00 per hour to $46.48 per hour.

NOW, THEREFORE BE IT RESOLVED, by this County Board of McHenry County, Illinois hereby authorizes the County Board Chairwoman to sign an Intergovernmental Agreement with the United States Marshals Service setting the new per diem rate of $95 per day and the new transportation rate at $46.48 per hour; and

BE IT FURTHER RESOLVED, that the term of this Intergovernmental Agreement with the United States Marshals Service shall be three years, and

BE IT FURTHER RESOLVED, it is understood that the rate adjustments do not alter any other terms of the Intergovernmental Cooperative Agreement No. 03-24-03; and

BE IT FURTHER RESOLVED, that the County Clerk is hereby authorized to distribute a certified copy of this Resolution to the County Administrator, McHenry County Sheriff, Associate County Administrator-Finance and the County Clerk.

DATED at Woodstock, Illinois, this 6th day of May, A.D., 2014.

TINA R. HILL, Chairwoman
McHenry County Board

ATTEST:

KATHERINE C. SCHULTZ, County Clerk

ATTACHMENTS:
- 4.30.14 REVISED McHenry IGA 24-02-0052 (PDF)