**From:** Eric Seeleman <ETSeeleman@mchenrycountyil.gov>
**Sent:** Friday, October 7, 2022 12:20 PM
**To:** Daniel.H.Rah@ice.dhs.gov
**Cc:** Andrew Hamilton <AGHamilton@mchenrycountyil.gov>
**Subject:** Discovery Request for "Identifying Information" Related to ICE detainees held at McHenry County Jail

Dear Mr. Rah:

We are defending against the attached "forced labor" lawsuit which was filed against various McHenry County defendants in relation to the operation of the ICE detention center. In short, plaintiffs argue that requiring detainees to perform routine housekeeping in their cells and the common areas of their pods constituted forced labor under the federal and state anti-trafficking laws. Our motion to dismiss is currently being litigated.

Meanwhile, Plaintiffs have propounded limited discovery on us, including a request that we find problematic and believe ICE may also take issue with. We are hoping to get ICE's position on the following request so that we can prepare a fully informed response:

"For all civil immigration detainees held in the McHenry County Detention Center at any point from April 14, 2012, to February 28, 2022, documents that contain identifying information. For the purpose of this request, "identifying information" means any/all personal identifiers and contact information the McHenry County Detention Center collected and/or maintained about civil immigration detainees, i.e., their names; dates of birth; state or federal government identification numbers; IR numbers; jail ID numbers; last known residential and e-mail addresses; last known phone number; names, last known residential and e-mail addresses, and last known phone numbers for their family members or spouses; as well as any additional available contact information and standard booking data."

Please let me know if there are any limitations from ICE's perspective that would prevent us from providing any/all of the requested information.

Happy to discuss further if you wish.

Sincerely,
Eric

**Eric Seeleman**
**Assistant State's Attorney**
Civil Division
McHenry County State's Attorney's Office
2200 North Seminary Avenue, Suite 150

<span style="color:red">**EXHIBIT C**</span>

Woodstock, IL 60098
Office: (815) 334-4144
Fax: (815) 337-0872
E-Mail: etseeleman@mchenrycountyil.gov

The information contained in this e-mail message and any attachments hereto is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, the reader is hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and delete this message. Thank you for your assistance.