# McHENRY COUNTY ADULT CORRECTIONAL FACILITY

## ICE DETAINEE HANDBOOK

 

## DO NOT WRITE OR MARK ON THIS HANDBOOK

McHenry County Sheriff's Department
2200 N. Seminary Avenue
Woodstock, IL 60098

GROUP EXHIBIT D

# <u>REWARD!</u>

Your information can earn you up to $1,000 while you are here.  If you would like to speak with an investigator from the McHenry County Sheriff's Department Investigations Bureau, you can contact them now by filling out a request form, or by placing a free phone call from any inmate phone.

Follow the prompts on the phone to make a 'speed dial' call and dial *311 to be connected to the tip line.  Please relay what type of crime you have information on, who is committing the crime and any remarks on how you obtained this information.  In addition, we would need your name and Booking ID number.  You and your information will remain confidential.  A member of the Investigations Bureau will be in contact with you.

# **Contents**

INTRODUCTION / MISSION / PURPOSE ............................................................................ 1

SAFETY / SECURITY ........................................................................................................ 1

    LOCKDOWN PROCEDURES ........................................................................................ 1

    EVACUATION DRILLS ................................................................................................ 1

    SMOKING POLICY ...................................................................................................... 2

    HEADCOUNTS ............................................................................................................. 2

    CONTRABAND ............................................................................................................. 2

    INSPECTIONS OF PERSONS AND PROPERTY ...................................................... 2

FACILITY OPERATIONS ................................................................................................. 3

    DETAINEE PROPERTY .............................................................................................. 3

    AUTHORIZED PROPERTY ........................................................................................ 4

    CLOTHING EXCHANGE ............................................................................................ 6

    CLASSIFICATION ....................................................................................................... 7

    LIVING CONDITIONS ................................................................................................ 8

    SPECIAL MANAGEMENT UNITS............................................................................ 8

    PRISION RAPE ELIMINATION ACT (PREA) ........................................................ 9

    JAIL & ICE STAFF-DETAINEE COMMUNICATION ........................................... 10

ORDER .............................................................................................................................. 10

    HOUSING UNIT RULES & REGULATIONS .......................................................... 10

    CELL BOSS SYSTEM................................................................................................ 13

    BASIC DETAINEE RESPONSIBILITIES ................................................................ 13

    DISCIPLINARY POLICY: .......................................................................................... 14

    MINOR VIOLATION SANCTIONS .......................................................................... 14

    MINOR VIOLATIONS ............................................................................................... 14

    MAJOR VIOLATION SANCTIONS.......................................................................... 16

    MAJOR VIOLATIONS............................................................................................... 17

    HEARING AND APPEAL PROCEDURE ................................................................. 18

CARE .................................................................................................................................. 19

    MEALS ........................................................................................................................ 19

    MEDICAL CARE........................................................................................................ 19

SICK CALL ........................................................................................................ 20

MENTAL HEALTH ........................................................................................... 21

SLEEPING AREA / SANITATION ............................................................... 21

PERSONAL HYGIENE .................................................................................. 22

ACTIVITIES.......................................................................................................... 23

CORRESPONDENCE & MAIL .................................................................... 23

MARRIAGE REQUESTS ............................................................................... 25

PROGRAMS..................................................................................................... 25

RECREATION ACTIVITIES ......................................................................... 26

RELIGIOUS SERVICES ................................................................................ 26

TELEPHONE ACCESS .................................................................................. 26

VISITATION .................................................................................................... 27

VOLUNTARY WORK PROGRAM.............................................................. 29

BARBER SERVICE ........................................................................................ 29

COMMISSARY ................................................................................................ 30

LIBRARY ......................................................................................................... 31

JUSTICE ............................................................................................................... 31

RIGHTS AND RESPONSIBILITIES ........................................................... 31

GRIEVANCE PROCEDURE.......................................................................... 33

LAW LIBRARY ............................................................................................... 34

TYPEWRITER AND COMPUTERS.............................................................. 35

ATTORNEY VISITS....................................................................................... 36

GROUP LEGAL PRESENTATIONS ............................................................ 36

NOTARY, CERTIFIED MAIL, AND MISC. LEGAL MATTERS .............. 36

WRIT OF HABEAS CORPUS........................................................................ 36

ADMINISTRATION & MANAGEMENT .......................................................... 37

LEGAL FILE ................................................................................................... 37

DETENTION FILE .......................................................................................... 37

# INTRODUCTION / MISSION / PURPOSE

The **McHenry County Adult Correctional Facility** provides detention space under contract to the United States Immigration and Custom Enforcement. The mission of this facility is to provide an environment that is safe, clean, and sanitary for ICE detainees awaiting their administrative hearing, as well as to safeguard the life, health, and safety of the public, staff and detainees.

The purpose of this handbook is to explain the specific rules, regulations, policies, and procedures that must be followed while in custody at this facility. The handbook will also help provide you with a general overview of the programs, rules and regulations and services of the Facility and Service. You will be held accountable for your actions while in custody at this facility. Therefore, it is each detainee's responsibility to become familiar with the contents of this handbook.

A copy of this handbook will be available to each detainee and certain sections are posted on the bulletin boards in each housing unit. All detainees will be held responsible for the handbook in your assigned cell. You are required to acknowledge, by signature, the receipt of the handbook. If you are unable to read, notify a staff member who will provide you with an audio version of this handbook.

# SAFETY / SECURITY

## LOCKDOWN PROCEDURES

In the event of an altercation between detainees, verbal or physical, all detainees not involved will lockdown immediately when ordered to do so by any officer. Failure to lockdown or being slow to respond to an order to lockdown will result in a minimum of a twenty-three (23) hour lockdown. Lockdowns are also ordered for the following: medical emergencies or if repair work needs to be done. Once the situation is under control, everyone not involved will be allowed out of their cell.

## EVACUATION DRILLS

Per Local, State and Federal laws, we are required to perform evacuation drills at this facility. These drills are not designed to inconvenience you, but rather to ensure that you know where the exits are located in case of an actual emergency such as; a fire, gas leak, civil disaster, or other dangers.

In the event of a drill, facility emergency, or an order for evacuation, all detainees will leave their cells when instructed by any officer and go to the lower level (dayroom) of their section and wait for further instructions from officers. **DETAINEES WILL LEAVE ALL PERSONAL PROPERTY IN THEIR CELLS.**

Detainees will follow all instructions from officers. Talking between detainees during a drill or an actual emergency **IS NOT** allowed. **ANY DETAINEE FAILING TO COMPLY WITH THESE GUIDELINES WILL RECEIVE AN AUTOMATIC AND IMMEDIATE FIFTEEN (15) DAY LOCKDOWN.**

Besides the main door you entered the section through, there are two (2) other doors, one (1) at the top and one (1) at the bottom of the stairs. These doors are used in emergencies only. Do not cross the red lines on the floor by these doors until you are instructed to do so by an officer.

## SMOKING POLICY

Smoking is prohibited in all areas of the facility, including detainee-housing units.

## HEADCOUNTS

In order to maintain proper accountability of detainees at this facility, headcounts are conducted at various times.

Official headcounts are done at 6:00 a.m., 2:00 p.m., 10:00 p.m. Additional, unscheduled headcounts maybe conducted at any time it is deemed necessary.

There may be occasions when a Standing Headcount will be taken. When instructed to prepare for a Standing Headcount, you are required to stand at your cell door until the count is concluded.

During all headcounts, no movement or talking is permitted. Disruptions during counts will result in disciplinary action being initiated.

## CONTRABAND

Contraband is any item in your possession or under your control that has not been issued by the McHenry County Adult Correctional Facility, purchased from the commissary, or having excessive amounts of commissary or County issued property. Items that have been issued or purchased and have been altered from their original condition are considered contraband.

## INSPECTIONS OF PERSONS AND PROPERTY

You are subject to a search upon admission into the facility and when there is reasonable cause to believe you may have contraband concealed on your person. Searches are routine requirements when entering the housing units or when leaving the visiting area after a visit. Routine unscheduled searches of the facility, detainees, and property will be conducted as

deemed necessary. There are occasions when random searches will be conducted when entering or leaving a building or area.

All searches are used as a means of locating contraband and ensuring that safe and sanitary conditions exist within the facility. Searches are not punitive in nature.

- For the safety and security of all detainees and staff, inspections of the cells and housing units will be conducted.
- Detainees do not have the right to be present during inspections.
- Detainees will cooperate during these inspections or disciplinary action will be taken.

# FACILITY OPERATIONS

## DETAINEE PROPERTY

Prior to arriving at this facility your property was inventoried. Any items that you were not allowed to have were sealed and placed in storage until you are released or transferred to another facility. Identity documents, such as passports, birth certificates, etc., will be inventoried and given to ICE.

Once sealed, property bags will not be opened. Detainees may request that items be retrieved from their property by submitting an ICE Detainee Request form indicating what items are needed. Once approved, arrangements will be made to transport the detainee and property bag to Broadview in order to retrieve the property.

If you are released from our custody or transferred to another facility, all of your property at this facility will be sent with you. In the event that you leave property at this facility, it will be sent to Broadview so that the staff there can forward it to you at your current location. A check will be written for any funds on your account and you will be given information on how to receive a refund of any remaining phone debit time.

To file a lost/damaged property claim a *McHenry County Detainee Request Form* must be filled out by checking "Other" and placing "Property Officer" on the line. In the comment area, write specific information and give the request form to your Housing Unit Officer. The Housing Unit Officer will forward your request to the Property Officer (if you are no longer at our facility you may accomplish this by writing to the address above). The following information should be included on the request form:

- Type of claim
- Full description of property
- Quantity of each type of item
- McHenry County Jail I.D. number
- Date of arrival and departure from McHenry County

# AUTHORIZED PROPERTY

- Upon intake, each detainee will be issued the following:

  - Clothing

    - one (1) uniform top
    - one (1) uniform pant
    - one (1) pair of shoes
    - three (3) t-shirts
    - three (3) pairs of shorts/panties
    - three (3) pairs of socks
    - three (3) bras (female detainees)

  - Hygiene

    - one (1) toothbrush
    - one (1) container of toothpaste
    - one (1) bar of soap
    - one (1) comb
    - one (1) container of shampoo
    - one (1) plastic tumbler

  - Bedding

    - Two (2) sheets
    - Two (2) blankets
    - One (1) washcloth
    - One (1) towel

- In addition to this handbook, each detainee will receive and sign for a copy of the *ICE National Detention Handbook.*

- Writing material and additional hygiene items will be provided as outlined under the Commissary section of this handbook.

- While at this facility you are not permitted to retain any personal items.

- Approved items detainees can have in their possession are:

  - Quantity of ten (10) photos no larger than 4" X 6" (no Polaroid pictures);
  - Quantity of ten (10) letters or cards;
  - One (1) copy of your legal documents, with the exception of duplicate copies for mailing to the courts, attorneys, or other legal/governmental entities;
  - Prescription eyeglasses or prescription contact lenses;
  - One (1) comb;
  - Two (2) each of hygiene items sold in the Facility Commissary;

- Food items purchased from the Facility Commissary;
- Dentures;
- One (1) softbound Religious book of your specified religion;
- Three (3) books from the jail library;
- Specialty item(s) can be approved by the Corrections Bureau Chief or Deputy Chief of Corrections, and if required, with the approval of ICE.

- Examples of items detainees **shall not** retain in their possession:

  - Cash
  - All negotiable instruments
  - Jewelry
  - Any item(s) of value
  - Personal clothing and personal hygiene items. Hygiene items are available through commissary.
  - Prohibited publications (see Mail section for details)
  - Drugs/medication not prescribed or authorized by the facility medical staff

The basic orange uniform will be furnished for detainees. Wristbands shall be distinctive in appearance as to identify the detainee according to this/her security level.

- **Solid Blue** wristbands – level 1 detainees
- **Solid Orange** wristbands – level 2 detainees
- **Solid Red** wristbands – level 3 detainees
- Detainees will wear a complete uniform (shirt, pants, underwear, sock and shoes) at all times during the day.
- Pants will be worn at a point about the waist that prevents the crease of the buttocks from showing, despite the length of the shirt. Pant legs may not drag on the ground and must be rolled up.
- Detainees are not to walk about the facility with their hands inside their shirt or waistband of their pants regardless of weather conditions.
- No article of clothing will be worn in a manner not normally intended for that item (using a shirt as a head band or head cover, etc.).

# CLOTHING EXCHANGE

Clothing exchange for male and female detainees will be made on a one for one basis according to the posted schedule.

In order to ensure an adequate supply of clothing for all detainees, the hoarding of clothing is prohibited. Generally, detainees are NOT permitted to wash clothing in their cell.

Posted Schedule for Laundry (subject to change)

**Monday** – Uniforms
**Tuesday** – Personal Laundry
**Wednesday** – Towels
**Thursday** – Uniforms
**Friday** – Personal Laundry
**Saturday** – Sheets and Pillowcases
**Sunday** – Towels and per schedule listed below for blankets

**1st Sunday** – Block 2 / Block 6
**2nd Sunday** – Block 3
**3rd Sunday** – Block 4
**4th Sunday** – Block 5

# CLASSIFICATION

All detainees are classified by ICE prior to arrival and before being admitted into the general population. The classification system will ensure that you are placed in the appropriate category and physically separated from detainees in other categories. The three levels of classification are:

**Level 1 Classification (Lowest)**

    a.     May not be housed with Level 3 Detainees.
    b.     May not include any detainee with a felony conviction that included an act of physical violence.
    c.     May not include any detainee with an aggravated felony conviction.
    d.     May include detainees with minor criminal records and non-violent felonies.

**Level 2 Classification (Medium)**

    a.     May not include any detainee whose most recent conviction was for any offense listed under the "HIGHEST" section of the Severity of Offense Guideline.
    b.     May not include any detainee with a pattern or history of violent assaults, whether convicted or not. A pattern is considered established for purposes of this guideline when an arrest record reveals two (2) or more arrests in a five (5) year period for assault where force was used against another person with the intent to commit bodily injury.
    c.     May not include any detainee convicted for assault on a Corrections Officer while in custody or where a previous institutional record suggests a pattern of assaults while in custody.

**Level 3 Classification (Highest)**

    a.     May include those detainees reclassified from Level 1 and Level 2 due to institutional incidents or changes in classification information.
    b.     May be reclassified to Level 2 only based on institutional behavior, provided number 2.a. though 2.c. above do not apply (detainee must be in custody for a minimum of sixty (60) days before reclassification).

Level 3 detainees are considered a high-risk category requiring medium to maximum security housing. Level 3 detainees are always monitored and escorted.

Detainees may appeal their classification status by submitting an ***ICE Detainee Request Form*** to ICE.

# LIVING CONDITIONS

Detainees are required to keep their assigned living areas clean at all times. Your bed must be made immediately upon waking and remain made until 10:00 p.m. Although you may lay on the top of your bed, you are not permitted to be under your blanket before 10:00 p.m. Keep your floor clean and free of property. Nothing except your property bin and shoes may be stored on the floor. (All personal property must be stored in the property bin. Towels, washcloth and/or wet items are to be hung on the hooks for drying.

The bed in your cell will be made as follows:

- The sheet will be placed so it is tucked under (not tied) at the head of the bed and both sides.
- The blanket will be placed on top of the sheet and tucked in at the foot of the bed and both sides.
- If you have been issued two (2) sheets, use one sheet to cover the mattress and the second as a top sheet.

It is in your best interest to maintain a clean living area and avoid many of the problems associated with unsanitary living conditions. Red biohazard containers will be provided in female sections for sanitary hygiene items. Biohazard fluid spills should be reported to a Housing Unit Officer immediately.

# SPECIAL MANAGEMENT UNITS

Segregation is a form of separation from the general population. It is used when the continuing presence of a detainee or group of detainees, in general population would pose a serious threat to the safety of detainees (you or others), property, or staff and/or the security or orderly running of the facility. Detainees in segregation status are reviewed weekly by the Classification Committee to determine the appropriateness of continued segregation.

**Administrative Segregation** is special housing for detainees who are:

- Pending investigation/hearing of prohibited act(s)
- Pending a transfer or release within twenty-four (24) hours
- A Security risk / Protective custody

**Disciplinary Segregation** is special housing for detainees who:

- Are serving a sanction by the Institutional Disciplinary Panel
- Are a disruption to general population or require additional physical confines

**Medical Segregation** is special housing for detainees who:

- Require closer observation for medical or mental health reasons

# PRISION RAPE ELIMINATION ACT (PREA)

The Prison Rape Elimination Act (PREA) was passed by Congress on 04 September 2003. The McHenry County Adult Correctional Facility has established a zero tolerance policy concerning sexual misconduct or abuse of inmates. You have the right to be free from intimidation or pressure from staff, inmates, or any other person to perform or engage in sexual behavior regardless of your current situation or sexual orientation. Sexual assault/abuse or sexual harassment will not be tolerated in any form. If you feel that you have been sexually assaulted/abused or harassed, report this IMMEDIATELY TO anyone (i.e. staff member, clergy, volunteer).

Sexual misconduct is defined as any behavior or act of a sexual nature directed towards an inmate by a member, volunteer, visitor, agency representative, or other person while within the McHenry County Adult Correctional Facility. This includes acts or attempts to commit acts including, but not limited to:

1. Sexual battery, sexual assault, sexual abuse, activities to provide for the sexual gratification of another, sexual harassment, sexual conduct, obscenity, or an unreasonable invasion of privacy; and
2. Also includes conversations or correspondence that suggests a romantic sexual relationship between an inmate and any person referenced above.

**PREVENTION:** Prevention of sexual misconduct can be accomplished by being aware of your surroundings. Do not accept gifts or favors, most come with strings attached. Do not accept offers for protection, this is what staff is here for. Be alert; do not tamper with or misuse medications as it may impair judgment. Be direct and firm when saying "no" to unwanted activity. If you fear for your safety, report it to an officer.

**REPORTING:** Reporting of sexual misconduct can be done verbally or by using an *Inmate Request Form*. You will be protected from the assailant and the incident will be referred to supervisory staff to investigate the incident. You may need a medical exam. Do not clean up; it is important to be examined prior to washing, changing clothes, or using the restroom. All reports concerning the identity of the victim of sexual battery and the facts of the report are only limited to those who have a need to know to make decisions concerning your welfare and for investigative purposes.

**INVESTIGATION:** The McHenry County Sheriff's Office will conduct the investigation. The purpose of the investigation is to determine the nature and extent of the misconduct. You may be asked to give a statement and if criminal charges are brought against the assailant you may be asked to testify.

**TREATMENT AND COUNSELING:** Medical staff will provide treatment. In the event you need more assistance coping, the Chaplain or Mental Health staff can help.

## JAIL & ICE STAFF-DETAINEE COMMUNICATION

Schedules will be posted in your living area listing when ICE staff will be available on-site. Detainees may submit written questions, requests, or concerns to ICE staff by filling out an *ICE Detainee Request Form* and placing the form in the designated ICE Detainee Request mailbox located in housing unit at any time prior to ICE Staff visits. If there is not any ICE staff on site, your request form will be faxed to ICE for handling. Request forms may be sealed.

Any *McHenry County Detainee Request Forms* that pertain to the jail operation only may be handed to a Housing Unit Officer. Request forms may be sealed. The Housing Unit Officer will direct your request to the appropriate person.

If you need assistance in filling out a request form, please notify your Housing Unit Officer.

# ORDER

## HOUSING UNIT RULES & REGULATIONS

- Housing Unit Officers in this facility control when the televisions are turned on, turned off, volume level, and programs that are viewed.

- Detainees will address staff by title, rank, or as Officers and not by first or last names only.

- Report immediately when called by a Housing Unit Officer.

- Do not enter any cell except for your own.

- Keep your cell clean and orderly.

- Do not tape, paste, or attach anything to the walls, over the vents, light fixtures, or place anything on the window ledge.

- Do not sit on or use your desk for exercising.

- Do not lean forward or backward on chairs.

- Wristbands are to be worn at all times on the right wrist with the photo and identifying information facing out and visible.

- Sections will be locked down from 1700-1800 daily so that dayrooms floors may be cleaned and mopped. Responsibility for the cleaning of each dayroom will be the responsibility of everyone assigned to that area.

- There is a cell inspection at 9:00 a.m. daily. You are to be in the dayroom during the cell inspection. Your room will be clean and neat; the clothes you are not wearing will be neatly folded and placed in the bin under the bed (when provided), or in the desk storage areas. Trash will be emptied, and all hard surfaces in the cell cleaned. Your bed will be made with blanket edges tucked under the mattress. Towels and wash cloths are to be on the hooks provided.

- Do not cover up the light fixture in the room. Do not place any articles on the windows, walls, ceiling, or vents.

- No food, other than commissary, is allowed in your room. Nothing is to be saved from the three (3) daily meals or kept in your cell or the dayroom for later use. This includes salt, pepper, sugar, jelly, fruit, sandwiches, etc. Leave what you do not eat on the food tray and return it to the food cart. Do not put food in the section wastebasket.

- You are to pick up your own tray at mealtime and return your own tray to the food cart after meals. When returning the food tray to the food cart, spoons are to be separated from the food trays and placed separately on the food cart or handed to the section worker.

- Unless you are on lockdown status, all meals are to be eaten at the dayroom tables.

- Do not use the toilet as a garbage can. Use your wastebasket and empty it daily, in the large wastebasket in the dayroom. Do not use your wastebasket as a chair, stool, or for weight lifting.

- Toilets are to be flushed after each use.

- Do not wash your uniforms, personal laundry, T-Shirt, shorts, or socks in your cell. There is a laundry schedule posted in the section. On personal laundry day turn in all sets of personal laundry and clean personal laundry will be returned to you. When clean uniforms or clean personal laundry is passed out you will not be allowed to pick and choose. **If it is clean and it fits, it is yours.**

- No extra clothing is allowed, anything in excess of issue is contraband, unless approved by the Medical Services Unit.

- Leave the newspaper in the dayroom at all times. Do not remove articles, cartoons, etc., so everyone can read the whole paper.

- Always be fully dressed (top, T-Shirt, pants, socks, and shoes) when in the dayroom area. T-Shirts are mandatory. Do not tuck your uniform top into your pants; do not wrap the pant legs around your ankles. If your pant legs are too long, roll them up so they do not touch the floor so you will not trip on them. Do not roll them up past your ankles. Do not roll up the sleeves on your uniform. Keep your hands out of your pants at all times. Keep your pants at your waistline. Do not walk on the heels of your shoes.

- T-Shirts, towels, socks, and combs are not to be used as headgear.

- Nothing from the cell comes into the dayroom to be used as a cushion including extra clothing, towels, blankets, mattresses, etc.

- Mattresses will remain in the cell at all times. Detainees **will not** take them when being transferred to a new housing location.

- Do not bring score sheets into your cell when playing cards or board games. They will be considered as gambling markers and contraband. Use them up and dispose of them into the dayroom wastebasket.

- Do not sit on top of the tables in the dayroom area, use the seats provided.

- Do not put your feet on furniture.

- Do not loiter on the mezzanine (second floor) it is to be used for leaving and returning to your cell only. No sliding down the handrails, sitting on, or running up and down the stairs.

- Do not lean over the rail or yell to others from one level to another.

- Do not throw items from one level to another or across the dayroom.

- No profanity, loud yelling, or unnecessary noise is allowed.

- You can take a shower when the cell doors are open. Do not wash your hair in the sink, use the shower stalls. You must be fully clothed to and from the shower.

- Do not leave soap, empty containers, or garbage in the shower area.

- Razors are passed out starting at 10:30 p.m. and picked up approximately thirty (30) minutes later. Wake up is at 6:30 a.m. when cell doors are opened. Cleaning supplies will be in the section daily for you to clean your cell after breakfast.

- Both *McHenry County Detainee Request Forms* and *ICE Detainee Request Forms* are available from your Housing Unit Officer.

- Intercoms in the cells and the one in the dayroom are there for **EMERGENCIES ONLY.** Non-emergency use will result in disciplinary action.

- Respect the Housing Unit Officer's authority. The Housing Unit Officer is in charge of your housing unit.

- Do not cross the red zones on the floor without permission from the Housing Unit Officer. You are not allowed within three (3) feet of a section entry door without permission.

- Do not touch anything on or around the Housing Unit Officer's desk.

- Books and commissary items are not allowed in the Exercise Room. You may remove your uniform top and wear a T-Shirt in the Exercise Room only. Do not use clothing (i.e., rolled up socks) as a ball. Violations of the Exercise Room may result in one (1) or all of the following: removal from the Exercise Room, lockdown in your cell, and losing the privilege of using the Exercise Room for up to three (3) days.

- **It is your responsibility to read and understand the contents of the rulebook.** If you have any questions, ask your Housing Unit Officer.

- Be sure to familiarize yourself with the minor and major rule violations and what happens when you violate them. Familiarize yourself with the grievance procedure.

## CELL BOSS SYSTEM

- This facility and the Corrections Bureau staff will not tolerate any type of "cell boss" system or "kangaroo court." This includes the practice of "gangstering" other inmate's food trays, commissary, or acts of sexual advances.

- Violators will receive the fullest extent of disciplinary action, which may include criminal charges being filed.

## BASIC DETAINEE RESPONSIBILITIES

It is the policy of the McHenry County Sheriff and Immigration Customs Enforcement to treat detainees with dignity and respect while maintaining a safe, secure, and sanitary detention facility. It is expected that staff will receive your full cooperation while you are waiting the processing of your case. In the simplest terms, you are expected to:

- Follow and obey rules, laws, policies, and procedures.
- Obey **all** orders as given by staff members.
- Respect staff and other detainees at all times.
- Respect government property and the property of others.
- Keep yourself, your clothing, and living area clean at all times.
- Obey **all** safety, security, and sanitation rules, policies, and procedures.

If you observe and comply with the above guidelines, you should have no problems while living at this facility awaiting the outcome of your hearing.

# DISCIPLINARY POLICY:

In a facility where many individuals live together in a relatively small amount of space, it is extremely important that order and discipline be maintained. Discipline and order are not only for the benefit of the staff, but also for the safety and welfare of you and all other detainees. While many problems can be solved informally through counseling, disciplinary measures must occasionally be imposed.

The McHenry County Sheriff's Adult Correctional Facility encourages the informal resolution of a disciplinary problem whenever possible. An *INCIDENT REPORT* may be written by any staff member having reason to believe a detainee has committed some prohibited act. The two (2) levels of severity for prohibited acts are categorized as either a minor or major violation.
Denial of clothing, bedding or personal hygiene items will not be imposed on any detainee unless authorized by Administration for the security and safety of the detainee or facility. The facility rules state that disciplinary action shall not be capricious or retaliatory.

# MINOR VIOLATION SANCTIONS

If you are charged with a minor violation, you will be advised of the action you took (or neglected to take) which was a violation and what minor violation you are alleged to have committed. Actions that may be taken by the Block Officer with the approval of an on-duty Supervisor include:

- Counsel / Verbal Warnings
- Cell restriction for twenty-three (23) hours per day for up to three (3) days.
- Loss of one (1) or more privileges for up to three (3) days.
- Change in work assignment or living quarters.

# MINOR VIOLATIONS

Three (3) or more minor violations in a thirty (30) day period will be considered a major violation. All in-section sanctions are reviewed and approved by a Command Officer for fairness and impartiality. The following is a partial list of minor violations:

1. Using abusive language, disrespectful language, or disrespectful gestures towards Corrections Bureau staff, any other facility staff, visitors, or any other persons.
2. Failure to comply with any order.
3. Failure to properly wear a wristband at all times and on the right-hand wrist.
4. Failure to perform routine cleaning duties (cleaning floors, walls, sinks, toilets, empty waste paper baskets, or making your bed).
5. Failure to maintain personal hygiene.
6. Trading food or barn bossing.
7. Gang activity such as displaying, wearing, or using gang insignia.

8. Failure to wear uniforms at all times.
9. Non-emergency use of the intercoms.
10. Failure to pick-up or return your food tray.
11. Trafficking, attempting to traffic letters/notes (through in-house note passing or the mail), or attempting to communicate verbally through section or dayroom doors.
12. Placing obstructing materials on windows, security lights, housing unit doors, or monitors.
13. Standing or loitering on the mezzanine level of the housing unit/pod.
14. Failure to keep hands outside of the uniform and visible at all times.
15. Failure to make bed prior to daily inspection or turning down bed prior to 10:00 p.m.
16. Crossing the red lines in any section.
17. Wearing of head cover or headbands.
18. Placing bows, ornaments, pencils, combs, picks, other materials, and homemade jewelry in hair.
19. Gambling of any sort.
20. Possession of unauthorized clothing, linens, or bedding. Possession of issued items in excess of the amount issued.
21. Horseplay.
22. Sitting on dayroom tables, in front of cell doors, or using books or any item(s) for pillows in the dayroom.
23. Pounding on doors, walls, windows, or any act that creates loud noises and is disturbing the peace.
24. Any act that disrupts the orderly operation of the facility.

The above are considered informal and does not require a *Notice of Rule Violation* form. However, the officer issuing the sanction will issue a *Disciplinary Lockdown Review/Notification* form after an on-duty Supervisor reviews the minor violation sanction. You will be requested to sign the form to acknowledge that you have been notified of the reason for your lockdown. By signing this form you are not admitting guilt or in agreement to the lockdown being imposed.

# MAJOR VIOLATION SANCTIONS

- Criminal prosecution.
- Placement in Administrative Segregation until hearing.
- Disciplinary Segregation for up to fifteen (15) days per incident/charge.
- Loss of out of pod/section activities and the purchase of commissary luxury items.
- Loss of one or more privileges for no more than fifteen (15) days.
- Loss of personal visitation (only for violations which involve visitation).
- Change in work assignment and/or living quarters.
- Loss of good time (up to thirty (30) days per infraction).
- Restitution. Costs that will be charged for County issued property are listed below (prices listed below are subject to change without notice). Items not on the list will be charged at replacement cost.
- If, while serving a disciplinary sanction in segregation, you are released from the facility, you will be placed back into disciplinary segregation if you later return to the facility. Your disciplinary status will be discussed at the next Classification Committee meeting to determine the appropriateness of completing your disciplinary sentence in segregation.

| | | | |
|---|---|---|---|
| Blanket – Cotton | $14.00 | Sandals | $2.50 |
| Blanket – Wool | $20.00 | Sheets | $5.00 |
| Bras | $6.50 | Socks (Pair) | $1.75 |
| Briefs | $3.00 | T-Shirts | $4.25 |
| Briefs (3x & Up) | $5.00 | T-Shirts (3X & Up) | $9.00 |
| Canvas Shoes | $6.50 | Towels | $3.50 |
| Cup | $1.00 | Uniform Bottom | $9.00 |
| Mattress – Blue | $115.00 | Uniform Bottom (3X & Up) | $13.50 |
| Mattress – Green | $45.00 | Uniform Top | $9.00 |
| Pillow | $4.00 | Uniform Top (3X & Up) | $16.00 |
| Pillowcase | $2.00 | Wash Cloth | $1.75 |
| Rule Book | $4.00 | Wristband | $5.00 |

# MAJOR VIOLATIONS

Should a major violation be committed, you will be served with a *Violation of Rules Form*. This report will be turned over to the Disciplinary Board who will investigate the charges and then allow you to appear before and address the Board. The Board may also allow witnesses or persons with relevant knowledge to testify and be asked questions submitted to the Board by the detainee charged. The Board will then decide on what sanctions to impose, if any. You will then be informed in writing of the results of the Board's findings within fourteen (14) days. Major violations include, but are not limited to the following:

1.  Murder or attempted murder.
2.  Arson or attempted arson by setting a fire in any part of this facility.
3.  Mob action.
4.  Destroying or defacing any property of the County.
5.  Fighting / Battery
6.  Failure to comply with any order resulting in officer assistance (calling of a CODE or C.E.R.T.).
7.  Possession or misuse of medication.
8.  Possession of any item that has not been issued, purchased from this facility's commissary, or has been altered from its original form.
9.  Making sexual proposals or threats to another person.
10. Inciting a riot or participation in a riot.
11. Tampering with or blocking any alarm, safety monitoring, or locking device.
12. Tampering with any ventilation, plumbing, electrical, recreational, or communications system.
13. Tampering with or continuous pushing of the intercom "call" button.
14. Escape or attempting to escape.
15. Stoppage of any drains or the flooding of any area of the facility.
16. Abuse of phone privileges, phone harassment, use of phones for scams or phishing, or any criminal activity.
17. Tattooing or the possession of tattooing materials.
18. Making or giving false statements or testimony to staff.
19. Smoking or the possession of any tobacco products/materials.
20. Indecent exposure.
21. Being in another detainee's cell/housing unit is not permitted at any time.
22. Using or possessing another detainee's I.D. or PIN number.
23. Habitual violations of minor offenses. Three (3) minor violations within a thirty (30) day period.
24. Disrupting the orderly operation of the facility.
25. Possessing the address, personal telephone number or any other personal information of any staff member, regardless of the source of that information.
26. Contacting or attempting to contact any staff member outside the facility via telephone or correspondence.
27. Threatening harm to another person.

# HEARING AND APPEAL PROCEDURE

If you are charged with a major violation, you will be afforded the following during the disciplinary hearing process:

1. You will be given written notice of the charges within seventy-two (72) hours of the incident or discovery of the alleged violation.
2. The written notification will state what major violation you are alleged to have committed with a brief statement of what happened. You are requested to sign the notification when delivered to you to acknowledge that you received it and are aware of the charge. **Your signature is not an admission of guilt.**
3. You may be locked down in your cell, placed in Segregation pending the Disciplinary Hearing, or moved to a different housing assignment. This procedure cannot be appealed and is strictly at the discretion of the on-duty personnel.
4. You will be scheduled for a Disciplinary Hearing no more than eight (8) days from the incident or discovery of the alleged violation unless you are unable or unavailable for any reason to participate in the disciplinary procedure.
5. You will be asked to attend the hearing, but have the option of waiving your right to appear in writing or refusing to attend. If you refuse, the hearing will be held as scheduled without your presence. You will not have any right to an appeal based on any disciplinary action in which you failed or refused to attend.
6. You may present evidence or witnesses in your behalf and submit questions that you want the witnesses to be asked. However, witnesses may be denied if their testimony would be irrelevant or cumulative or jeopardize the safety and security of the facility.
7. You may request a staff member, designated by the Disciplinary Board, to assist you or interpret for you during the hearing process.
8. At the end of the hearing the Board will review the facts and testimony given and make a finding.
9. The findings will be submitted to the Jail Administrator or his/her designee for review of evidence, findings, and adherence to procedure.
10. A written copy of the Board's findings will be forwarded to you. It will show approval by the reviewer and the dates, if applicable, of the sanction(s) recommended by the Board. If the Board finds that you did not commit the alleged violation(s), all reference to the charges shall be removed from your file.
11. You may file an appeal regarding any findings or sanctions imposed by the Disciplinary Board, unless you refused to attend the hearing. The appeal must be submitted in writing on a *McHenry County Detainee Request Form* to the Jail Administrator or designated officer within three (3) days of being served with the disciplinary board findings. Your appeal will be reviewed and a decision made within five (5) business days of the filing of your appeal. ***That decision is final.***

# CARE

## MEALS

1. There are three (3) meals served per day, of which at least two (2) are a hot meal.
2. The menu is prepared to provide a balanced and nutritional diet for a minimum of 1,800 to 2,000 calories per day.
3. All detainees are expected to eat their meals at the tables in their dayroom. Detainees that are on lock down status will eat in their cells.
4. Detainees are not allowed to trade food with other detainees. If you do not eat any portion of your meal, it is to be returned when trays are collected or it will be considered contraband if found in your cell or the dayroom area.
5. Times meals are served: breakfast at 6:30 a.m., lunch at 11:30 a.m., and dinner is 4:00 p.m.

All meals are nutritionally balanced, dietician approved, properly prepared and attractively served in wholesome, clean and safe surroundings. ***This facility does not use any pork products***. You will be issued an appropriate eating utensil(s). The utensil(s) must be accounted for at meals end. The use of food, i.e., withholding of, or variation from the standard menu, as a disciplinary measure or reward is prohibited. Special diets as required for medical reasons or adherence to religious dietary law are provided by the Food Service Unit upon receipt of a Special Diet Card. Please direct your "special diet" request to your Housing Unit Officer by filling out "Medical" on a ***McHenry County Detainee Request Form***. All special diets need to be approved by the appropriate office; Medical, Chaplin, Jail Administration, and may also include ICE.

## MEDICAL CARE

ICE detainees **will not** be charged for any medical care or prescription medicine received.

Contract medical staff provides medical care at this facility. If you are ill or in need of medical attention, you must first sign up for Sick Call (See Sick Call Section) in order to be seen by medical staff. If it is after Sick Call hours, you must notify your Housing Unit Officer, who will contact the on-call medical staff member. Medical Co-Pay **DOES NOT** apply to ICE detainees.

A medical examination will be conducted by a member of the medical staff, within fourteen (14) days of your arrival.

The Divisions of Immigration Health Services (DIHS), in Washington D.C., must approve any offsite doctor visits, medical procedures, or surgeries, as well as all prescription medications. This facility will forward the necessary forms to DIHS and will provide you a copy of their decision.

Detainees may request to speak to a counselor at any time by making a request verbally to a Housing Unit Officer or by completing a *McHenry County Detainee Request Form*.

Detainees who indicate that they wish to obtain copies of their medical records will be provided with the appropriate form (I-813). In absence of the I-813, a written *McHenry County Detainee Request Form* may serve as authorization for the release of health information if it includes the following (and meets any other requirements of the facility health care provider):

1. Address of the facility which to release the information;
2. Name of the individual or institution that is to receive the information;
3. Detainee's full name, alien #, date of birth, and nationality;
4. Purpose or need for the information to be released;
5. Nature of the information to be released with inclusive dates of treatment;
6. Detainee's signature and date.

**Note:** For confidentiality reasons medical information will not be allowed on the detainee's person, it will be placed in their property.

## SICK CALL

Sick call at this facility is provided to all detainees from the time of admission to the time of release in order to provide continuous medical care. Medical Co-Pay **does not** apply to ICE detainees.

1. Sick call will be conducted five (5) days a week (Monday – Friday during waking hours) except for holidays.

2. If a detainee needs to see a Nurse, a *McHenry County Detainee Request Form* must be filled out and placed in the Medical mailbox in your housing area. The Housing Unit Officer will only contact medical staff for emergencies.

3. Medication is handed out two (2) times a day by the medical staff at 8:00 a.m. and 8:00 p.m. Detainees are to be ready to receive their medications by having a cup of water and standing in line at the section door when the nurse arrives at the section door.

4. If you delay the med pass or if it becomes necessary for medical staff to return to the unit because you were not ready to receive medication, you will be subject to disciplinary action.

5. If you are on lock down in your cell, for administrative/disciplinary reasons, you will be called out for your medications. Detainees are not allowed to touch the medication cart or place their cup on the cart.

6. Detainees have the right to refuse any medication, but details of the refusal will be documented. Refusal of medication three (3) days in a row will result in the medication being discontinued.

7. Dental treatment will be provided on an emergency basis during the first twelve (12) months of your incarceration. If incarcerated for a period of more than twelve (12) months, routine dental care may be requested by detainees, subject to approval by DIHS.

## MENTAL HEALTH

Do you recognize any of these signs of depression?

- Sadness
- Anger
- Depression
- Change in mood or behavior
- Helplessness
- Aggression
- Talking or thinking about Self-Harm
- Isolation
- Negative thinking
- Hopelessness
- Giving away personal belongings
- Anxiety
- Weight gain or loss

Separation from family, friends, and familiar surroundings would be hard for anyone. Some people may experience detention as emotionally stressful and painful. If you feel you need help or assistance or you recognize these signs in yourself or someone else, you should immediately talk to a staff member or the medical staff.

## SLEEPING AREA / SANITATION

The detainees in each housing unit will maintain their cell in a safe and sanitary condition. Each unit will be supplied with a bucket of water, mop, broom, soap, disinfectant, and other cleaning supplies on a daily basis. You are required to keep your bed and immediate area clean and neat. You are also required to make your bed daily before reporting for your work assignment or when you begin your daily routine. The hanging of sheets, towels, blankets, or clothing from the bunks, vent, or overhead lights is not permitted.

The Housing Unit Officer will inspect the housing units on a 24-hour basis. Daily activities will not begin until all have passed the daily inspection.

Personal effects, including hygiene items, are to be stored in your desk. Do not place items on windowsills, windows, bunks, under a mattress, etc. These items will be confiscated and removed from the area when left in unauthorized areas.


## PERSONAL HYGIENE

Each new arrival will be required to shower after being processed into the facility. All items discovered during the shower process will be identified as funds, valuables, other personal property, or contraband.

You will be living with other individuals, so personal hygiene is essential. You are expected to shower regularly and to keep your hair clean. Personal hygiene items for both male and female detainees, such as, soap, toothpaste, toothbrush and comb will be issued to you upon admission. If you should run out of an item they may be replenished through the commissary ordering process. Personal and hygienic items for female detainees will be available upon request to the Housing Unit Officer.

Disposable razors will be provided on a daily basis. Razors are passed out starting at 10:30 p.m. and picked up approximately thirty (30) minutes later. If you need a razor, you need to advise your Housing Unit Officer to add your name to the list when they make the list after the final lock down for the day. If you are scheduled for court and desire to shave before your court appearance, notify your Housing Unit Officer who will obtain approval from a supervisor. Disposable razors will not be used by more than one (1) detainee; this is for health and safety reasons meant to protect the detainees and staff.

# ACTIVITIES

## CORRESPONDENCE & MAIL

All detainees may receive and send mail at this facility. All mail addressed to you and the return address of the mail sent from you should be as follows:

Your name: _____ Your A-No.: _____

*Detainee Jail ID Number*
*McHenry County Jail*
*2200 N. Seminary Ave.*
*Woodstock, IL 60098*

1. All mail must be sent to the facility through the U.S. Postal Service and cannot be dropped off for detainees. Excluding weekends, holidays and emergency situations, incoming mail will be delivered to detainees no later than twenty-four (24) hours after it is received from the Post Office. Excluding weekends, holidays and emergency situations, out-going mail will be forwarded to the Post Office no later than twenty-four (24) hours after it is received from the detainee.

2. Family and friends may send emails to detainees which are printed out and delivered with the regular mail. More information on emailing letters (incoming only) may be obtained at www.icsletters.com.

3. There will be no incoming or out-going mail on the weekends and holidays.

4. All outgoing mail must have the detainee's name & A-number, Jail ID number, McHenry County Jail, and the facility's return address on the envelope.

5. There is no limit to the amount of mail that a detainee can send or receive, only the amount that the detainee is allowed to keep in their cell.

6. Envelopes with inappropriate and/or gang related drawings on the outside of the envelope will not be accepted for mailing.

7. All Special Correspondence must have the title and office of the sender or addressee clearly identified on the envelope, clearly indicating that the correspondence is special. The outgoing envelope must be sealed in the presence of a Housing Unit Officer. *("Special Correspondence" is written communications to or from private attorneys and other legal representatives: government attorneys; judges; courts; embassies and consulates; the President and Vice President of the United States; members of Congress; the Department of Justice; U.S. Public Health Service; administrators of grievance systems; and representatives of the news media.)* (News media correspondence must be clearly indicated as "special correspondence" in nature.) Outgoing special correspondence will not be opened, inspected, or read.

8. Incoming mail will be opened by Corrections Bureau staff and examined for contraband. Legal mail will be delivered to and opened in front of the detainee to whom it is addressed. (*If you do not accept the letter or permit the letter to be*

*inspected, in your presence, it will be returned to the sender. **Your letter will not be read, it will only be inspected for contraband**.*)

9. Letters and cards with ornamentation (musical, plastics, wood, metals, cloth, ribbon, cord, etc.), adhesives, paints, any foreign substances (paper altered/discolored, ink runny), photos larger than 4" x 6", Polaroid photos, pictures/photos depicting alcohol, drugs, gang affiliation, weapons (real or toys), nudity, or sexual content will not be allowed. Books, booklets/pamphlets, newspapers, magazines, periodicals, internet printed materials, or their reproductions are prohibited. Detainees may not receive blank paper, stamps, or envelopes in the mail (special legal envelopes will be allowed). If any of these items are received in the mail, the entire contents of the letter will be placed in your property and <u>no</u> part of the letter given to you until your release. You will be given a receipt for any confiscated or withheld item(s).

10. **Detainees that are *Pro Se* may receive internet material or newspaper articles that represent the conditions of your country to be used in your case. Any other articles are not allowed.** (All envelopes with articles or internet material must contain your "A" number)

11. **Correspondence from other detainees is prohibited unless pre-approved by both, the Jail Administration and the "Destination Agency".** This includes using a third party outside the facility to circulate mail back into the facility.

12. All out-going mail is to be turned in with the envelope unsealed so that it may be inspected for contraband. Legal mail must be sealed in front of a Housing Unit Officer so that it may be inspected for contraband before it is sealed. Out-going mail **must be handed to a Housing Unit Officer**, do not slide it under your cell door or the section door. **Mail found on the floor or stuck in a door frame will not be collected by the officers.**

13. Cigarettes and tobacco products are not allowed and will be returned to the sender. If there is no return address on the package, the cigarettes will be destroyed.

14. You will not be allowed to receive or send packages without advance arrangements, approved by the Administration or their designee. The postage for sending packages and oversized or overweight mail will be paid for by you. If you are indigent, special arrangements to ship your property may be approved on a case by case basis.

15. When you depart the facility, your incoming mail will be sent to your forwarding address. If you do not provide a forwarding address, your mail will be endorsed, "No Forwarding Address, Return to Sender." All such mail will be returned to the Post Office.

16. All detainees may receive writing implements, envelopes, and paper free of charge through the commissary ordering process.

17. Indigent detainees may mail free of charge, up to five (5) pieces of legal correspondence and three (3) general correspondences per week (one ounce or less).

18. Indigent detainees may send reasonable legal correspondence free of charge.

General mail may be inspected and/or read if the addressee is another detainee or if there is reason to believe the item might present a threat to the facility's secure or orderly operation, endanger the recipient or the public, or might facilitate criminal activity.

## MARRIAGE REQUESTS

All marriage requests from ICE detainees receive a case-by-case review by ICE. In order to submit a marriage request you need to do the following:

1. ICE must receive a letter submitted by you or your attorney stating that you are requesting to be married, that you are legally eligible to be married, and that you are mentally competent. Also include the name, address, and phone number of the person that you are requesting to marry.
2. You will also need to have a letter from the person that you are intending to marry affirming their intent to get married.

After you have obtained the letters stated above, you must fill out an ***ICE Detainee Request Form*** and your request will be faxed to ICE. If your request is approved, the detainee, legal representative, or other individual(s) acting on his/her behalf must make **<u>ALL</u>** arrangements for the marriage. Arrangements include, but are not limited to, taking a blood test, obtaining a marriage license, and retaining an official to perform the marriage ceremony. ICE personnel **<u>WILL NOT</u>** participate in making any marriage arrangements. However, someone from this facility will be in contact with you regarding arrangements to be married after written approval is received by this facility from ICE.

## PROGRAMS

1. There are various activities and programs that are available to all detainees in the McHenry County Adult Correctional Facility. The type and availability of programs are subject to change.
2. Any detainees conducting themselves in a disruptive manner will be returned to their cell.
3. If you are sent back to your cell for disrupting an activity, program, or violating any rules, you may be banned from attending the activity or program for the remainder of your stay in this facility.
4. Detainees will follow all rules and regulations of the facility while attending activities and programs and shall:

    a. Have no physical contact with staff, volunteers, or other detainees;
    b. Not flash/throw gang signs;
    c. Not bring anything with them to the activity/program except approved material related to the program being attended.
    d. Not talk unless it is part of the participation in the activity/program;
    e. Remain seated at all times.

# RECREATION ACTIVITIES

Each housing unit has a variety of board games and related activities available for detainees. In addition, televisions are available for viewing at various times throughout the day.

- TVs are operated by and at the discretion of the Housing Unit Officers.
- Televisions will be turned off during official counts, cleaning of housing areas, meals and when it will interfere with other facility operations.
- Volume of television shall be kept at a reasonable level so as to not disturb other detainees or other facility operations.

Gymnasiums are available to detainees with access to recreational programs and activities, under conditions of security and supervision that protect their safety and welfare.

All detainees will be provided at a minimum one (1) hour of indoor recreation per day, five (5) days per week. Any detainee wanting to use the indoor recreation area may request access through your Housing Unit Officer.

Outdoor recreation is not available at this facility. Detainees at this facility for a period of six (6) months or longer may request a review of their status for determination of transfer to a facility where outdoor recreation is available. An *ICE Detainee Request Form* will need to be filled out and given to your Housing Unit Officer. The Housing Unit Officer will direct your request to ICE.

# RELIGIOUS SERVICES

All detainees shall have access to religious resources, services, instruction, and counseling on a voluntary basis. All detainees shall be extended the freedom and opportunity for pursuing legitimate religious beliefs or practices within the constraints of security and safety considerations. A schedule of religious services will be posted in your housing area.

This facility provides religious services conducted by members of various religions. All clergy visits must be cleared through the Jail Chaplain's Office.

# TELEPHONE ACCESS

1. All phone calls are out-going only and can be made on a collect call basis, prepaid basis to a party, or with the use of debit time that can be purchased through the commissary.

2. No incoming calls can be made to any of the housing unit telephones.

3. The phones will disconnect after twenty (20) minutes and will give you a warning before disconnecting. After the twenty (20) minutes, if someone else is waiting to use

the phone, give him or her a turn, if no one is waiting to use the phone, you may make another call.

4. You are not allowed to use a credit card, call 800 or 900 numbers, pay phones, or three (3) way calling.

5. If the telephones are abused, telephone privileges may be restricted. If your privileges are restricted, you will be allowed one (1), five (5) minute telephone call per week in accordance with the Illinois County Jail Standards.

6. Consulate telephone or legal telephone calls will not be restricted; however you must complete a *McHenry County Detainee Request Form* if your telephone privileges have been restricted.

7. Detainees are not allowed to use any facility telephones without prior approval. Any requests for emergency phone calls should be placed on a *McHenry County Detainee Request Form* and given to your Housing Unit Officer who will forward the request to a supervisor for review.

8. Detainees are responsible for any telephone calls made with their Personal Identification Number (PIN). There is no credit or refunds given for misuse of your PIN.

9. Telephone calls are recorded and may be monitored. To have the listed **business** phone number for an attorney's office placed on "do not record" status, notify the Programs Office of the phone number by filling out an *Inmate Request Form*. Calls to a court, legal representative, Office of Inspector General, Civil Rights and Civil Liberties, and pro bono calls are not recorded and may only be monitored by court order.

10. Housing area telephones will be turned off during lockdown, maintenance work, and shakedown periods.

11. Housing area telephones will be **immediately** turned off during a disturbance or emergency.

12. Instructions for the Pro Bono telephone service provided by ICE to contact Consulates, ICE, Immigration Courts and Pro Bono attorneys are posted in your sections. You may also ask your Housing Officer for assistance using the system.

## VISITATION

Detainees are allowed one (1), thirty (30) minute visit per week on available visiting days. Detainees may have up to two (2) visitors per visit, but visitors must be seventeen (17) years of age or accompanied by a parent or legal guardian, and have a picture I.D. Proof of age may be required if there are questions regarding appropriate age.

Any disruptive conduct by either party will result in the termination of the visit and may have an adverse affect on future visits. If your visitor(s) bring children (16 years of age or under), they are expected to remain under the direct supervision of the adult visitor(s) so they will

not disturb others who are visiting. Visitors must be in appropriate and socially accepted attire.

| Visiting Hours: | **Females:** | Sunday | 9:00 a.m. – 11:00 a.m. |
|---|---|---|---|
| | | Thursday | 9:00 a.m. – 11:00 a.m. |
| | | | 12:00 p.m. – 1:30 p.m. |
| | | | 2:30 p.m. – 3:30 p.m. |
| | | | 6:00 p.m. – 9:00 p.m. |
| | | Saturday | 9:00 a.m. – 11:00 a.m. |

| Visiting Hours: | **Males:** | Sunday | 12:00 p.m. – 1:30 p.m. |
|---|---|---|---|
| | | | 2:30 p.m. – 3:30 p.m. |
| | | | 6:00 p.m. – 9:00 p.m. |
| | | Monday | 9:00 a.m. – 11:00 a.m. |
| | | | 12:00 p.m. – 1:30 p.m. |
| | | | 2:30 p.m. – 3:30 p.m. |
| | | | 6:00 p.m. – 9:00 p.m. |
| | | Tuesday | 9:00 a.m. – 11:00 a.m. |
| | | | 12:00 p.m. – 1:30 p.m. |
| | | | 2:30 p.m. – 3:30 p.m. |
| | | Wednesday | 9:00 a.m. – 11:00 a.m. |
| | | | 12:00 p.m. – 1:30 p.m. |
| | | | 2:30 p.m. – 3:30 p.m. |
| | | | 6:00 p.m. – 9:00 p.m. |
| | | Friday | 9:00 a.m. – 11:00 a.m. |
| | | | 12:00 p.m. – 1:30 p.m. |
| | | | 2:30 p.m. – 3:30 p.m. |
| | | | 6:00 p.m. – 9:00 p.m. |
| | | Saturday | 12:00 p.m. – 1:30 p.m. |
| | | | 2:30 p.m. – 3:30 p.m. |
| | | | 6:00 p.m. – 9:00 p.m. |

ICE Detention Standards state that Immediate Family members who are held at the McHenry County Correctional Facility may be allowed to visit with each other during normal visiting hours.

- Immediate Family will be Mother, Fathers, Stepparents, Foster Parents, Brother, Sister, Children and Spouses, including common-law spouses.
- ICE Detainees must request any Immediate Family visits, and provide sufficient proof of that immediate family relationship.  These requests should be submitted on an ***ICE Detainee Request Form.***

# VOLUNTARY WORK PROGRAM

Detainees who are physically and medically able to work will be, upon availability, provided the opportunity to participate in a Voluntary Work Program in the Kitchen or as a Laundry Worker. Your classification level, disciplinary record, and other factors will be taken into consideration. Detainees that participate in a work program will receive the necessary training, including safe work methods. All detainees will be required to sign a *Voluntary Work Program Agreement* confirming you received and understood the training for the assigned job. Detainees will receive compensation in the form of credit of $1.00 per day for working. To volunteer for the work program, complete a ***McHenry County Detainee Request Form*** and give this to your Housing Unit Officer. The Housing Unit Officer will direct this to the appropriate authority.

Criteria for participation in the Voluntary Work Program include:

- Classification Level 1
- Classification Level 2
- No chronic minor disciplinary issues
- No major disciplinary history
- Medically cleared
- No previous work program related disciplinary issues

Detainees that participate in the Voluntary Work Program are required to work according to an assigned work schedule. A detainee may be removed from a work program for causes such as:

- Unsatisfactory performance.
- Unexcused absences.
- Disruptive behavior, threats to security, etc.
- Infractions of a facility rule, regulation, or policy.
- Physical inability to perform the job.
- Health condition or illness.

To volunteer to work in the section a detainee will submit a ***McHenry County Detainee Request Form*** to your Housing Unit Officer. The Housing Unit Officer will make their recommendations to Classification.

# BARBER SERVICE

1. Detainees will have a monthly opportunity for a haircut free of charge.
2. For safety and sanitary reasons, the cutting of hair in the sections is prohibited. It is also prohibited to possess cut hair or clippings, either your own or others.
3. The following rules apply in the Barber Shop:

   - Detainees getting a haircut must have clean hair.

- No removal of any part of the uniform while in the Barber Shop.
- Detainees will receive a haircut only. No styling, facial haircuts, or trimming.
- Prior to the start of your haircut, you should advise the Barber of the desired length you want your hair. You will not be allowed to return to the Barber after your haircut is complete.

## COMMISSARY

Commissary is a privilege. Commissary orders may be placed Tuesday through Sunday night lockdown using the inmate/detainee telephone system. Commissary orders are typically delivered to housing units during the day on Tuesdays. Commissary delivery may be delayed due to holidays or emergency situations.

Detainees may order one (1) hygiene kit each week at no charge. Hygiene kits include:

- One (1) finger toothbrush
- One (1) container of toothpaste
- One (1) container of lotion
- One (1) container of shampoo
- One (1) bar of soap
- One (1) comb

Detainees may order one (1) write-out kit each week. Write-out kits include:

- Ten (10) sheets of yellow paper
- Eight (8) – stamped envelopes
- One (1) – golf pencil

Detainees considered indigent with less than $15.00 on their trust account will receive the write-out kit free of charge. Detainees with $15.00 or more on their trust account will only be charged the actual cost of the pre-stamped envelope.

Funds for commissary can be deposited at the kiosk in the jail lobby or online if the current commissary provider has a web site. There is an additional fee for making deposits using the kiosk or online. This fee will be charged to the person depositing funds in the kiosk. Funds may also be sent in the mail and **must** be in the form of a money order made payable to the **McHenry County Jail.** Money orders **must** have your **Name and Jail ID Number** written in the memo area. Cashier's Checks may be approved for deposit on an individual basis. The approval process may delay the posting of Cashier's Checks to an inmate's account by up to 20 days. If you need to release your commissary funds to someone outside of the facility, you will be allowed to release your funds one (1) time and the full balance of your account must be released.

# LIBRARY

The library at this facility contains standard library materials found in a school or community library. The needs, interests, and abilities of the majority of detainees are carefully considered and the library collection developed accordingly. You are permitted to check out books during library hours. The Recreation Specialist (when applicable), Detainee Librarian or staff member can assist you. It is important that you take care of the books and return them in a timely manner so other detainees have the opportunity to read and enjoy them. Law books are not allowed to be removed from the library.

# JUSTICE

## RIGHTS AND RESPONSIBILITIES

All detainees have the following rights:

1.  You have the right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment.

    *You have the responsibility to respect the rights of others.*

2.  You have the right to be informed of the rules, procedures, and schedules concerning the operation of the facility.

    *You have the responsibility to know and abide by them.*

3.  You have the right to freedom from discrimination based on race, religion, national origin, sex handicap, or political beliefs.

    *You have the responsibility to recognize and respect the rights of others in this regard.*

4.  You have the right to health care which includes nutritious meals, proper bedding and clothing, a laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles, and medical treatment.

    *It is your responsibility not to waste food, to maintain neat and clean living quarters, and to seek medical care as needed.*

5. You have the right to pursue a grievance in accordance with written procedures. (provided in the handbook)

   *You have the responsibility to follow all rules and regulations.*

6. You have the right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility.

7. You have the right to due process, including the prompt resolution of a disciplinary matter (in accordance to the rules, procedures, and sanctions provided in the handbook).

   *You have the responsibility to follow all rules and regulations.*

8. You have the right to have family members and friends visit you in keeping with the facility rules and schedules.
   *It is your responsibility to conduct yourself properly during visits.*

9. You have the right to unrestricted and confidential access to the courts by correspondence.

   *You have the responsibility to honestly and fairly present your petitions, questions, and problems to the court.*

10. You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States Government.

    *It is your responsibility to honestly and fairly obtain the services of an attorney.*

11. You have the right to have access to reading material for educational purposes and your own enjoyment.

    *It is your responsibility to seek and utilize such material for your personal benefit, without depriving others of the same benefit.*

12. You have the right to participate in the use of law library reference materials to assist you in resolving legal problems. You also have the right to receive help when it is available through a legal assistance program.
    *It is your responsibility to use those resources in keeping with the procedures and schedule prescribed, and to respect the rights of other detainees to the use of the material.*

13. You have the right to participate in a work program, as far as resources are available, and in keeping with your interests, needs and abilities.

*You have the responsibility to take advantage of activities which may help you live a successful and abiding life within the Facility and in the community. You will be expected to abide by the regulations governing the use of such activities.*


## GRIEVANCE PROCEDURE

No harassment, punishment, or disciplinary action will result to a detainee who seeks resolution of legitimate complaints in good faith. However, if you demonstrate a pattern of abuse of the grievance system, resulting in unnecessary burdens at the expense of legitimate complaints, such grievances will be returned unprocessed. Continued abuse may result in an adverse action initiated against you. A copy of your grievance will be maintained in your detention file for a period of three years.

All detainees in the McHenry County Jail shall have the following grievance rights

- The right to grieve any detainee-related administrative procedure.
- The right to receive a final written response to a filed grievance.
- The right to grieve facility program assignments, medical care, sanitation, food, clothing, personal property, legal matters including jail time, or sentence computation.
- The right to grieve against staff.

All detainees are encouraged to informally resolve the grievance orally through the Housing Unit Officer or any other staff member.

All detainees may bypass or terminate the informal grievance process, and proceed directly to the formal grievance at any time.

If and when a formal grievance is submitted, the Housing Unit Officer or any other staff member the detainee spoke to about the grievance and the suggested solution, that the Housing Unit Officer recommended, should be included on the grievance. All written grievances are to be placed on a *McHenry County Detainee Request Form*. A detainee shall be given the opportunity to obtain assistance from another detainee or facility staff in preparing a grievance. If a detainee so desires, the grievance will be placed in an envelope, sealed by the Housing Unit Officer that receives the grievance, and delivered it to the on-duty Sergeant.

The on-duty Sergeant will review all grievances that are given to him/her during their shift. They will make a reasonable attempt, within forty-eight (48) hours of receiving the grievance, to resolve the grievance prior to it being submitted to the next higher authority in the chain of command. The Sergeant's recommendations to resolve the grievance will accompany the grievance. The grievance will continue up the chain of command until a resolution, if any is found, or the appropriate authority resolves the situation. The facility staff shall have up to thirty (30) days from the date of receiving the grievance to attempt to resolve the grievance. The

detainee filing the grievance shall have the right to a written response upon the resolution of the grievance. Any extension of this thirty (30) day period will be in writing and at the discretion of the Jail Administrator. The Sheriff will be notified of any such extension and the possible remedies sought. The detainee has the right to appeal any resolution to a grievance directly to the Jail Administrator or his/her designee.

- Detainees wishing to file a grievance must do so within ten (10) calendar days of the event or incident being grieved.

- Each grievance must be in written form, of a specific nature.

- Each grievance should contain all pertinent facts concerning that grievance.

- Each grievance must contain specific remedies that the detainee is seeking.

- Each grievance must address only one issue.  Grievances containing multiple issues will be returned to the Detainee unprocessed.

- Group grievances and petitions will not be heard.

- Grievances submitted by Detainees to multiple individuals addressing the same issue will all be returned to the Detainee unprocessed.

- The reviewing grievance authority may or may not meet with the detainee filing the grievance before providing a response.

- Any detainee that is dissatisfied with the facility's response may appeal the findings to the Chief of Corrections.  The response from the Chief of Corrections or his designee is final.

McHenry County's policy prohibits staff from harassing, disciplining, punishing or otherwise retaliating against any detainee for filing a grievance.  A detainee may file a complaint about officer misconduct directly with the Justice Department by calling 1-800-323-8603 or by writing to:

> Department of Homeland Security
> Office of the Inspector General
> 245 Murray Drive, S.E., Building 410
> Washington, DC 20538

## LAW LIBRARY

Detainees are entitled to a minimum access of five (5) hours each week to Law Library reference material so that they can work on their legal case. Detainees may request additional time by filling out a *McHenry County Detainee Request Form* that provides justification for their need for additional time. This facility provides detainees with access to law materials using Lexis-Nexis, a Web-based research database that provides up-to-date access to legal materials in electronic format. This system replaces legal books and publications and the computers with this system are located in most housing units. If your housing unit does not have a computer, submit a *McHenry County Detainee Request Form* to the Housing Unit

Officer to request the use of a computer. The Lexis-Nexis program includes sections on Immigration Law, Immigration Case Law, and other programs such as a legal dictionary to assist detainees in understanding their case or to help them represent themselves before an Immigration Judge. Self-help material will be provided and made available to all detainees for their use for research or preparation of their defense.

- This facility has a section in the Library with legal books. Detainees may have access to the Legal Library by filling out a ***McHenry County Detainee Request Form*** and giving the request form to your Housing Unit Officer. The Housing Unit Officer will forward it to the on-duty Sergeant for scheduling of your Law Library time. **Detainees may not take legal and reference material/books out of the Library**.

- The Lexis-Nexis computers in the housing units are generally accessible during waking hours, except during any lockdown periods and meal times.

- The Law Library is generally accessible on Sundays from 8:00 p.m. to 10:00 p.m., Mondays, from 9:00 p.m. to 10:00 p.m., Wednesdays from 8:30 p.m. to 10:00 p.m., Saturdays from 1:00 p.m. to 3:00 p.m., and any additional time when staff are available to take detainees to the Law Library.

- A ***McHenry County Detainee Request Form*** should be used to request any legal material that is not available, damaged, or missing. Give the request form to an officer and they will direct it to the Programs Office.

- Detainees requesting to have legal documents notarized must fill out a ***McHenry County Detainee Request Form*** and state in the request the need to have a legal document notarized.

- Thumb drives are available for your use when working on your legal material on the computer. Thumb drives may be purchased through the Programs Office. Detainees may possess only one (1) thumb drive at a time. If you leave the facility, the thumb drive will be placed in your personal property so that you can take it with you when you leave.
  - The cost, style and size of thumb drives will vary depending on what is available. Details may be obtained by completing a **McHenry County Detainee Request Form** to the Programs Office.

## TYPEWRITER AND COMPUTERS

Typewriters and/or computers are available for use in the preparation of legal documents **ONLY**. The computers or typewriters **are not to be used** for personal correspondence. Other than legal forms, the legal software is copyrighted and cannot be downloaded or printed for personal use.

# ATTORNEY VISITS

1. There are no restrictions on times for legal visits for attorneys, but it is recommended they schedule a time for the visit with the Sergeants Office. Consideration will be given for attorneys to continue visiting with their clients during meal times if necessary, but attorneys may be delayed in visiting during lockdown periods or shift change.

2. All attorneys will be required to show proper identification in the form of a current/valid bar card. All attorneys must sign-in and sign-out at the Front Desk and are subject to search.

3. Officers or any employee of the facility are not allowed to give legal advice or recommend an attorney to detainees.

A list of *pro bono (free)* legal organizations will be available to all detainees in your housing areas. This list shall be updated quarterly. If you wish to see a representative or paralegal from that organization, it is your responsibility to contact them for an appointment.

# GROUP LEGAL PRESENTATIONS

At times, notifications will be posted to announce Group Legal Rights presentations. A sign-up sheet will be made available in each housing unit and you will be given the opportunity to attend.

# NOTARY, CERTIFIED MAIL, AND MISC. LEGAL MATTERS

If no family member, friend, or community organization is able to provide assistance, a detainee without legal representation may request assistance for a Notary, Certified Mail, etc.

# WRIT OF HABEAS CORPUS

If you have a court date for a non-ICE matter and a Writ of Habeas Corpus is going to be issued, you or your attorney need to notify the Detained Docket Officer assigned to your case about the court date and writ. Once ICE receives the writ, they will make arrangements for you to be taken to Broadview so that the agency that issued the writ can pick you up for court. If you are in ICE custody, McHenry County cannot transport you to another agency on a writ for court.

# ADMINISTRATION & MANAGEMENT

## LEGAL FILE

An Immigration legal record commonly called an "A" file is maintained by the Deportation Department for each individual. This "A" file contains your legal transactions and documentation pertaining to your case; including but not limited to identification cards, photos, passports, and immigration history.

## DETENTION FILE

A detention record is maintained for each individual. This detention record shall include no less than the following:

1.     Facility Disciplinary Action
2.     Behavior Reports
3.     Funds, Valuables, and Property Receipts
4.     Detainee's Written Request, Complaints, and Issues
5.     Immigration Responses to the Written Request, Complaints, and Issues
6.     Special Housing Unit Records

# OFICINA DEL SHERIFF DEL CONDADO DE McHENRY DIVISIÓN DE CORRECCIONALES

## MANUAL DEL DETENIDO DEL ICE




## NO ESCRIBA NI MARQUE EN ESTE MANUAL O SOBRE EL MISMO

Oficina del Sheriff del Condado de McHenry
2200 N. Seminary Avenue
Woodstock, IL 60098





# ¡RECOMPENSA!

Su información puede hacerle ganar hasta $1,000 mientras esté aquí. Si desea hablar con un investigador de la División de Investigaciones del Departamento del Sheriff del Condado de McHenry, puede comunicarse con ellos ahora llenando un formulario de solicitud, o haciendo una llamada telefónica gratuita desde cualquier teléfono de un detenido.

Siga las indicaciones del teléfono para hacer una llamada de "marcación rápida" y marque *311 para conectarse a la línea de información. Indique sobre qué tipo de delito tiene información, quién está cometiendo el delito y cualquier comentario sobre cómo obtuvo esta información. Además, necesitaríamos su nombre y número de identificación de reservación. Usted y su información permanecerán confidenciales. Un miembro de la División de Investigaciones se pondrá en contacto con usted.

# Contenido

INTRODUCCIÓN / MISIÓN / OBJETIVO ......................................................... 6

SEGURIDAD Y PROTECCIÓN ....................................................................... 6

    PROCEDIMIENTOS DE ENCIERRO ......................................................... 6

    SIMULACROS DE EVACUACIÓN ............................................................. 6

    POLÍTICA SOBRE EL CONSUMO DE TABACO ..................................... 7

    RECUENTO DE LOS DETENIDOS .......................................................... 7

    CONTRABANDO ........................................................................................ 7

    INSPECCIONES DE PERSONAS Y BIENES ........................................... 8

OPERACIONES EN EL ESTABLECIMIENTO ................................................ 9

    PERTENENCIAS DEL DETENIDO ........................................................... 9

    PROPIEDAD AUTORIZADA ...................................................................... 9

    INTERCAMBIO DE ROPA ...................................................................... 12

    CLASIFICACIÓN ...................................................................................... 12

    NO CONTACTO / LISTA DE PERSONAS A MANTENER SEPARADAS ............. 13

    CONDICIONES DE VIVIENDA ............................................................... 13

    UNIDADES DE GESTIÓN ESPECIALES ............................................... 14

    SENSIBILIZACIÓN SOBRE EL ABUSO SEXUAL ............................... 14

    COMUNICACIÓN ENTRE LOS DETENIDOS Y EL PERSONAL DE LA CÁRCEL Y EL ICE ................................................................................. 18

ORDEN .......................................................................................................... 19

    NORMAS Y REGLAMENTOS DE LA UNIDAD DE ALOJAMIENTO ................... 19

HORARIOS GENERALES DE TURNOS ...................................................... 22

    RESPONSABILIDADES BÁSICAS DE LOS DETENIDOS ..................... 23

    SISTEMA DE JEFE DE CELDAS ........................................................... 24

    POLÍTICA DISCIPLINARIA .................................................................... 24

    SANCIONES POR INFRACCIONES LEVES .......................................... 24

    INFRACCIONES MENORES ................................................................... 25

    SANCIONES POR INFRACCIONES GRAVES ...................................... 26

    INFRACCIONES GRAVES ...................................................................... 27

    PROCEDIMIENTO DE AUDIENCIA Y APELACIÓN ............................. 28

CUIDADOS ........................................................................................................................ 29

    COMIDAS ................................................................................................................ 29

    ATENCIÓN MÉDICA ............................................................................................ 30

    LLAMADA POR ENFERMEDAD ......................................................................... 32

    ENTREGA DE MEDICAMENTOS ....................................................................... 32

    SALUD MENTAL ................................................................................................... 33

    ADAPTACIÓN AL ENTORNO DE DETENCIÓN ............................................... 33

    ZONA DE DORMIR / SANEAMIENTO ............................................................... 37

    HIGIENE PERSONAL ........................................................................................... 38

ACTIVIDADES ................................................................................................................. 38

    CORRESPONDENCIA Y CORREO ..................................................................... 38

    SOLICITUDES DE MATRIMONIO ..................................................................... 41

    PROGRAMAS ........................................................................................................ 41

    ACTIVIDADES RECREATIVAS .......................................................................... 43

    OFICIOS RELIGIOSOS ......................................................................................... 44

    COMIDAS RELIGIOSAS ...................................................................................... 44

    ACCESO TELEFÓNICO ........................................................................................ 45

    VISITAS ................................................................................................................. 46

    PROGRAMA DE VOLUNTARIADO ................................................................... 49

    SERVICIO DE BARBERÍA ................................................................................... 50

    ECONOMATO ........................................................................................................ 50

    BIBLIOTECA ......................................................................................................... 51

JUSTICIA ......................................................................................................................... 51

    DERECHOS Y RESPONSABILIDADES ............................................................. 51

    PROCEDIMIENTO DE QUEJAS .......................................................................... 53

    BIBLIOTECA JURÍDICA ...................................................................................... 55

    FAXES .................................................................................................................... 56

    COMPUTADORAS ................................................................................................ 56

    VISITAS DE ABOGADOS .................................................................................... 57

    PRESENTACIONES LEGALES GRUPALES ...................................................... 57

    CARTAS DE  ESTADO .......................................................................................... 57

    NOTARIO, CORREO CERTIFICADO Y ASUNTOS LEGALES VARIOS .............. 58

    AUTO DE HÁBEAS CORPUS .............................................................................. 58

ADMINISTRACIÓN Y GESTIÓN.........................................................................58

    ARCHIVO DE INMIGRACIÓN.....................................................................58

    ARCHIVO DE DETENCIÓN .........................................................................58

# INTRODUCCIÓN / MISIÓN / OBJETIVO

El **Centro Correccional para Adultos del Condado de McHenry** *[McHenry County Adult Correctional Facility]* provee espacio de detención bajo contrato con el Departamento de Inmigración y Aduanas de los Estados Unidos. La misión de este centro es proporcionar un ambiente seguro, limpio e higiénico para los detenidos del ICE en espera de su audiencia administrativa, así como para salvaguardar la vida, salud y seguridad del público, el personal y los detenidos.

El propósito de este manual es explicar las reglas, regulaciones, políticas y procedimientos específicos que deben seguirse durante la custodia en esta institución. El manual también le ayudará a proporcionarle una visión general de los programas, normas y reglamentos y servicios de la Institución. Usted será responsable de sus acciones mientras esté bajo custodia en este centro. Por lo tanto, es responsabilidad de cada detenido familiarizarse con el contenido de este manual.

Una copia de este manual estará disponible para cada detenido y ciertas secciones están publicadas en el quiosco de cada unidad de vivienda. Todos los detenidos serán responsables del manual en su celda asignada. Deberá acusar recibo del manual mediante su firma. Si usted no puede leer, notifique a un miembro del personal que le proporcionará una versión en audio de este manual.

# SEGURIDAD Y PROTECCIÓN

## PROCEDIMIENTOS DE ENCIERRO

Los detenidos deberán encerrarse **inmediatamente** cuando un teniente, sargento u oficial se los ordene. En caso de que se produzca un altercado entre los detenidos, verbal o físico, todos los detenidos que no estén implicados se encerrarán inmediatamente cuando así lo ordene un agente de policía. Si no se encierra o es lento para responder a una orden de encierro, esto dará como resultado un mínimo de veintitrés (23) horas de encierro. También se ordenan encierros para las siguientes situaciones: emergencias médicas, condiciones climáticas severas o si es necesario realizar trabajos de reparación. Una vez que la situación esté bajo control, a todos los que no estén involucrados se les permitirá salir de su celda.

## SIMULACROS DE EVACUACIÓN

Según las leyes locales, estatales y federales, estamos obligados a realizar simulacros de evacuación en este establecimiento. Estos simulacros no están diseñados para molestarle, sino más bien para asegurarse de que usted sepa dónde se encuentran las salidas en caso de una emergencia real como: incendio, fuga de gas, desastre civil u otros peligros.

En el caso de un simulacro, emergencia en la instalación o una orden de evacuación, todos los detenidos saldrán de sus celdas cuando cualquier oficial se los ordene y se dirigirán al nivel inferior (sala de día) de su sección y esperarán instrucciones adicionales de los oficiales. **LOS DETENIDOS DEJARÁN TODOS SUS OBJETOS PERSONALES EN SUS CELDAS.**

Los detenidos seguirán todas las instrucciones de los oficiales. **NO SE** permite hablar entre los detenidos durante un simulacro o una emergencia real. **CUALQUIER DETENIDO QUE NO CUMPLA CON ESTAS DIRECTRICES O PERTURBE UNA ALARMA DE INCENDIO O UN SIMULACRO DE EVACUACIÓN, RECIBIRÁ UN ENCIERRO AUTOMÁTICO E INMEDIATO DE QUINCE (15) DÍAS.**

Además de la puerta principal por la que entró a la sección, hay otras dos (2) puertas, una (1) en la parte superior y una (1) en la base de las escaleras. Estas puertas sólo se utilizan en casos de emergencia. No cruce las líneas rojas en el piso junto a estas puertas hasta que un oficial se lo indique.

## POLÍTICA SOBRE EL CONSUMO DE TABACO

Está prohibido fumar en todas las áreas de la instalación, incluidas las unidades de alojamiento de los detenidos.

## RECUENTO DE LOS DETENIDOS

A fin de mantener la debida vigilancia de los detenidos en este centro, se realizan recuentos de los detenidos en diversas ocasiones.

Los recuentos oficiales se realizan a las 6:00 a. m., 2:00 p. m. y 10:00 p. m. Los recuentos adicionales no programados pueden realizarse en cualquier momento que se considere necesario.

Puede haber ocasiones en las que se realice un recuento con el personal de pie. Cuando se le instruya que se prepare para un recuento de personas en pie, se requiere que se ponga de pie en la puerta de su celda hasta que el conteo haya concluido.

Durante todos los recuentos, no se permite ningún movimiento ni hablar. Las interrupciones durante los recuentos darán lugar a que se inicie una acción disciplinaria.

## CONTRABANDO

Contrabando es cualquier artículo en su posesión o bajo su control que no haya sido emitido por la Institución Correccional para Adultos del Condado de McHenry, comprado del economato, o que tenga cantidades excesivas de bienes emitidos por el economato o el condado. Se consideran contrabando los artículos que han sido emitidos o comprados y que

han sido alterados desde su estado original o están siendo utilizados de manera no prevista originalmente.

- **Contrabando duro**: El contrabando duro incluye cualquier artículo que sea intrínsecamente peligroso como arma, herramienta de violencia o para la seguridad individual: un cuchillo, líquidos inflamables o explosivos, un arma de fuego, dinero, nudillos de bronce, narcóticos, chatarra metálica o elementos de cualquier tipo no autorizados específicamente para el detenido, cualquier artículo que pueda ayudar a escapar (cuerdas. planos y herramientas), teléfonos celulares, etc. Debido a que el contrabando duro representa una amenaza física inmediata en o para el establecimiento, un detenido que se encuentre en posesión de contrabando duro podría ser objeto de medidas disciplinarias o de enjuiciamiento penal.

- **Contrabando suave**: El contrabando suave comprende artículos "molestos" que violan la política en sí misma, pero no representan una amenaza directa e inmediata a la seguridad individual o causan un riesgo institucional significativo. No obstante, el contrabando suave tiene el potencial de crear condiciones peligrosas o insalubres en la instalación, tales como el exceso de papel que crea un peligro de incendio, alimentos que son estropeados o conservados más allá del punto de consumo seguro, etc. Artículos tales como equipo electrónico personal modificado, aguijones (para calentar el agua), propiedades adicionales, fichas de juego o marcadores, y pornografía serían considerados contrabando molesto. También se considera contrabando todo artículo que haya sido modificado o esté siendo utilizado para fines distintos de los previstos.

## INSPECCIONES DE PERSONAS Y BIENES

Usted será sometido a un registro al ser admitido en el establecimiento y cuando exista una causa razonable para creer que puede haber escondido contrabando en su persona. Los registros son requisitos de rutina cuando se ingresa a las unidades de vivienda o cuando se tiene contacto con alguien de fuera de la instalación. Los registros rutinarios no programados de la instalación, los detenidos y la propiedad se llevarán a cabo según se considere necesario. Hay ocasiones en las que se realizarán registros aleatorios al entrar o salir de un edificio o área.

Todos los registros se utilizan como medio para localizar contrabando y asegurar que existan condiciones sanitarias y de seguridad dentro de la instalación. Los registros no son de naturaleza punitiva.

- Para la seguridad de todos los detenidos y del personal, se llevarán a cabo inspecciones de las celdas y unidades de alojamiento.
- Los detenidos no tienen derecho a estar presentes durante las inspecciones.
- Los detenidos cooperarán durante estas inspecciones. De no ser así, se tomarán medidas disciplinarias.

# OPERACIONES EN EL ESTABLECIMIENTO

## PERTENENCIAS DEL DETENIDO

Antes de llegar a esta instalación, sus pertenencias fueron inventariadas. Cualquier artículo que no se le permitió tener fue sellado y almacenado hasta que usted sea liberado o transferido a otra instalación. Los documentos de identidad, tales como pasaportes, certificados de nacimiento, etc., serán inventariados y entregados al ICE.

Una vez selladas, las bolsas con las pertenencias no serán abiertas por el personal correccional. Los detenidos pueden solicitar que se retiren algunos artículos de sus pertenencias enviando un formulario de Solicitud del Detenido del ICE indicando qué artículos se necesitan. Una vez aprobada, se harán los arreglos necesarios con el personal del ICE para recuperar los objetos.

Si usted es liberado de nuestra custodia o transferido a otra institución, todas sus pertenencias en esta institución serán enviadas con usted. En el caso de que usted deje sus pertenencias en este establecimiento, serán enviados a la oficina de ICE en Broadview, Illinois, para que el personal de la institución pueda enviarlos a su nueva ubicación. Se extenderá un cheque por los fondos de su cuenta y se le dará información sobre cómo recibir un reembolso del tiempo de débito telefónico restante.

Para presentar un reclamo de propiedad perdida o dañada se debe llenar una solicitud utilizando el quiosco (bajo Propiedad). En el área de comentarios, escriba la información específica sobre cuándo se dio cuenta de que un artículo falta o está dañado. El Oficial de la Propiedad (si usted ya no está en nuestras instalaciones, puede hacerlo escribiendo a la atención del Oficial de la Propiedad en la cárcel). En el formulario de solicitud deberá incluirse la siguiente información:

1. Tipo de reclamación
2. Descripción completa de la propiedad
3. Cantidad de cada tipo de artículo
4. Nombre y número de identificación de la cárcel del condado McHenry
5. Fecha de llegada y salida del condado de McHenry

## PROPIEDAD AUTORIZADA

- Tras la admisión, a cada detenido se le entregará lo siguiente:

  o Ropa

    ▪ una (1) parte superior de uniforme
    ▪ un (1) pantalón de uniforme
    ▪ un (1) par de zapatos
    ▪ tres (3) camisetas

9

- tres (3) pares de pantalones cortos/calzoncillos
- tres (3) pares de calcetines
- tres (3) sostenes (mujeres detenidas)

  o Higiene

  - un (1) cepillo de dientes
  - un (1) tubo de pasta de dientes
  - una (1) barra de jabón
  - un (1) peine
  - un (1) bote de champú
  - una (1) taza

  o Ropa de cama

  - Dos (2) sábanas
  - Dos (2) manta
  - Una (1) toallita
  - Ona (1) toalla

- Además de este manual, cada detenido recibirá y firmará una copia del ***Manual Nacional de Detención del ICE.***

- Se proporcionará material de escritura y artículos de higiene adicionales como se indica en la sección del Economato de este manual.

- Mientras se encuentre en este centro, no se le permite conservar ningún objeto personal que no sea lo que se indica a continuación:

- Los artículos aprobados que los detenidos pueden tener en su poder son:

  o Cantidad de diez (10) fotos de un tamaño no mayor a 4 "X 6" (que no sean fotos Polaroid)
  o Cantidad de diez (10) cartas o tarjetas
  o Una (1) copia de sus documentos legales, con la excepción de copias duplicadas o envío por correo a los tribunales, abogados u otras entidades legales o gubernamentales.
  o Gafas recetadas o lentes de contacto recetados
  o Un (1) peine
  o Dos (2) de cada uno de los artículos de higiene vendidos en el Economato de la institución
  o Alimentos comprados en el Economato de la institución
  o Dentaduras postizas
  o Un (1) libro religioso de bolsillo de su religión especificada
  o Tres (3) otros libros, periódicos, revistas o publicaciones periódicas
  o Los artículos especializados pueden ser aprobados por el Jefe de la División Correccional o los Tenientes, y si es necesario, con la aprobación del ICE. Si

se le ha aprobado poseer un artículo para fines religiosos, el artículo sólo debe ser utilizado en su celda y en su servicio religioso o clase. Los artículos religiosos no están permitidos en la sala de día con otros detenidos y no deben perturbar el funcionamiento normal de las secciones.

- Ejemplos de artículos que los detenidos **no** pueden conservar en su poder:

    o Efectivo
    o Todos los títulos negociables
    o Joyería
    o Cualquier artículo de valor
    o Ropa personal y artículos de higiene personal. Los artículos de higiene están disponibles a través del economato.
    o Publicaciones prohibidas (consulte la sección Correo para obtener más información)
    o Drogas/medicamentos no recetados o autorizados por el personal médico del establecimiento

A los detenidos se les proporcionará el uniforme anaranjado básico, así como ropa interior y calzado. El uniforme del Trabajador Detenido consistirá en pantalones y parte superior caqui o pantalones de color azul marino y camiseta caqui según la asignación. Las pulseras deberán tener una apariencia distintiva para identificar al detenido según su nivel de seguridad.

- Pulseras de **color azul sólido**: detenidos de bajo nivel de custodia
- Pulseras de **color verde azulado sólido**: detenidos de nivel de custodia medio-bajo
- Pulseras de **color anaranjado sólido**: detenidos de nivel de custodia medio-alto
- Pulseras de **color rojo sólido**: detenidos de alto nivel de custodia
- Debido a que puede haber ocasiones en que se utilice la supervisión de género cruzado, los detenidos deben estar completamente vestidos en todo momento, excepto para ducharse. Los detenidos llevarán un uniforme completo que consiste en: camisa, pantalones, ropa interior, calcetines y zapatos.
- Los pantalones deberán llevarse puestos en un punto con el elástico en la cintura, por encima de las caderas para evitar que se vea el pliegue de los glúteos, a pesar de la longitud de la camisa. Las piernas del pantalón no se pueden arrastrar por el suelo y deben ser enrolladas.
- Los detenidos no deben caminar por las instalaciones con las manos dentro de la camisa o en la cintura del pantalón, independientemente de las condiciones climáticas.
- No se usará ninguna prenda de vestir de una manera que no esté normalmente prevista para ese artículo (usar una camisa como cinta para la cabeza o cubierta para la cabeza, etc.).

# INTERCAMBIO DE ROPA

El intercambio de ropa para hombres y mujeres detenidos se hará en una base de uno por uno de acuerdo con el horario fijado. Los detenidos recibirán un uniforme limpio; se cambiarán al uniforme limpio en sus celdas o en la ducha y luego entregarán el uniforme sucio.

A fin de garantizar un suministro adecuado de ropa para todos los detenidos, se prohíbe el acaparamiento de la ropa. A los detenidos NO se les permite lavar la ropa en su celda, a menos que sea autorizado por nuestra Unidad Médica.

Horario publicado para la lavandería (*sujeto a cambio*)

| | |
|---|---|
| **Lunes** | – Uniformes, toallas y toallitas |
| **Martes** | – Servicio de lavandería de ropa personal |
| **Miércoles** | – Sábanas y mantas - Vea a continuación el calendario específico para las mantas |
| **Jueves** | – Uniformes, toallas y toallitas |
| **Viernes** | – Servicio de lavandería de ropa personal |

| | |
|---|---|
| **1er Miércoles** | – Bloque 2 / Bloque 6 |
| **2do Miércoles** | – Bloque 3 |
| **3er Miércoles** | – Bloque 4 |
| **4to Miércoles** | – Bloque 5 |

# CLASIFICACIÓN

Antes de llegar a este centro, ICE les asignará un nivel de clasificación a todos los detenidos de ICE entrantes. Serán clasificados como de Baja Custodia, Media-Baja Custodia, Media-Alta Custodia, y Alta Custodia. Al finalizar el proceso de inscripción, los detenidos del ICE serán trasladados a una unidad de alojamiento.

Los detenidos de baja custodia son considerados como los que presentan el menor riesgo de seguridad e incluyen detenidos con antecedentes penales menores y delitos no violentos. Los detenidos de baja custodia pueden ser alojados con detenidos de mediana y baja custodia.

Los detenidos de media-baja custodia no tienen antecedentes de violencia, agresión o combatividad. Los detenidos de media-baja custodia pueden ser alojados con detenidos de baja o media a alta custodia.

Los detenidos de media-alta custodia tienen antecedentes documentados de violencia, agresión o combatividad. Los detenidos de media-alta custodia pueden ser alojados con detenidos de media-baja o alta custodia.

Se considera que los detenidos de alta custodia son de alto riesgo y requieren un alojamiento de mediana a máxima seguridad. Los detenidos de alta custodia siempre son supervisados y escoltados y no pueden ser mezclados con detenidos de baja o media-baja custodia.

Si un detenido no está de acuerdo con su nivel de clasificación, debe llenar un **Formulario de Solicitud de Detenido del ICE** y enviarlo al ICE para que se revise su nivel de clasificación. La División Correccional puede proporcionar información al ICE sobre el comportamiento del detenido desde su llegada a la institución. Esta información puede ser tomada en cuenta por el ICE al revisar el nivel de clasificación del detenido. Si el ICE autoriza un cambio en el nivel de clasificación del detenido, se pondrá en contacto con el centro y le informará al Sargento de Inscripción y a la Oficina de Clasificación.

## NO CONTACTO / LISTA DE PERSONAS A MANTENER SEPARADAS

Esta instalación cuenta con un sistema de no contacto o separación para ayudar a mantener un entorno seguro y protegido tanto para el detenido como para el personal. En función de la naturaleza del no contacto, al detenido se le asignará un estado NC1 o NC2. Mientras esté en estado NC1, puede haber limitaciones para su asignación de vivienda. Mientras se encuentre en el estado de NC2, el detenido no será elegible para asistir a la programación o participar en otras actividades donde exista la posibilidad de que pueda tener contacto con las personas de las debe mantenerse separado.

Los detenidos pueden escribir una solicitud de clasificación después de 90 días para pedir que se reconsidere su estatus de no contacto.

## CONDICIONES DE VIVIENDA

Se requiere que los detenidos mantengan sus áreas de alojamiento asignadas limpias en todo momento. Debe tender la cama inmediatamente después de despertarse y esta debe permanecer tendida hasta las 10:00 p. m. Aunque usted puede acostarse en la parte superior de su cama, no se le permite estar debajo de la manta antes de las 10:00 p. m. Mantenga el piso limpio y libre de pertenencias. Nada, excepto el contenedor con sus pertenencias (sólo se entrega a los alojados en el tercer piso) y los zapatos pueden ser colocados en el piso. Todos los bienes personales deben ser almacenados en el contenedor de pertenencias. Las toallas, toallitas, toallas de baño y/o artículos húmedos deben ser colgados en los ganchos para secarlos.

Deberá tender la cama de su celda de la siguiente manera:

- La sábana se colocará de manera que quede debajo (no atada) en la cabecera de la cama y a ambos lados.
- Si le han entregado dos (2) sábanas, use una para cubrir el colchón y la segunda como una sábana superior.
- La manta se coloca encima de la sábana y se mete a los pies de la cama y a ambos lados.

Es lo mejor para usted mantener una zona limpia y evitar muchos de los problemas asociados con las condiciones de vida insalubres. Los recipientes rojos de riesgo biológico se

proporcionarán en las secciones femeninas para artículos de higiene sanitaria. Los derrames de líquidos de riesgo biológico deben ser reportados a un Oficial de la Unidad de Vivienda inmediatamente.

# UNIDADES DE GESTIÓN ESPECIALES

La segregación es una forma de separación de la población general. Se utiliza cuando la presencia continua de un detenido o grupo de detenidos, en la población en general, representaría una amenaza grave para la seguridad de los detenidos (usted u otros), los bienes, el personal y/o la seguridad o el funcionamiento ordenado de la instalación. El Comité de Clasificación examina semanalmente a los detenidos en situación de segregación para determinar si es apropiado mantener la segregación.

**La segregación administrativa** es un alojamiento especial para los detenidos que:

- Tienen investigación o audiencia pendientes en relación con actos prohibidos.
- Están pendientes de transferencia o liberación dentro de veinticuatro (24) horas.
- Representan un riesgo de seguridad o tienen custodia protegida.

**Segregación disciplinaria** es un alojamiento especial para los detenidos que:

- Están cumpliendo una sanción impuesta por el Panel Disciplinario Institucional
- Son una perturbación para la población en general o requieren confinamientos físicos adicionales

**Segregación médica** es un alojamiento especial para los detenidos que:

- Requieren una observación más rigurosa por razones médicas o de salud mental

# SENSIBILIZACIÓN SOBRE EL ABUSO SEXUAL

Mientras esté detenido por el Departamento de Seguridad Nacional (DHS), Servicio de Inmigración y Control de Aduanas, Oficina de Cumplimiento y Remoción, usted tiene derecho a estar seguro y libre de acoso sexual y asalto sexual. Reporte todos los intentos de asaltos y las agresiones a su oficial de la unidad de alojamiento, a un supervisor, al Oficial a Cargo, directamente a la Oficina del Inspector General (OIG) del DHS o a la Oficina de Responsabilidad Profesional (OPR) del ICE, Centro Conjunto de Admisión.

**Definiciones**

**Abuso/asalto sexual de detenido a detenido**
Uno o más detenidos, por la fuerza, por coerción o intimidación, que realizan o intentan realizar actos sexuales como: contacto entre el pene y la vagina o el ano; contacto entre la boca y el pene, vagina o ano; penetración de la abertura anal o genital de otra persona con la mano, el dedo o cualquier objeto; tocar los genitales, ano, ingle, pecho, muslos o nalgas, ya

sea directamente o a través de la ropa, con la intención de abusar, humillar, acosar, degradar, excitar o gratificar el deseo sexual de cualquier persona; o el uso de amenazas, intimidación u otras acciones o comunicaciones por parte de uno o más detenidos con el fin de coaccionar o presionar a otro detenido para que participe en un acto sexual.

**Abuso/asalto sexual del personal al detenido**

Uno o más miembros del personal, voluntarios o personal contratado que realizan o intentan realizar actos sexuales como: contacto entre el pene y la vagina o el ano; contacto entre la boca y el pene, vagina o ano; penetración de la abertura anal o genital de otra persona con la mano, el dedo o cualquier objeto; contacto de los genitales, ano, ingle, pecho, muslos, nalgas o glúteos, ya sea directamente o a través de la ropa, excepto en el contexto de los registros y exámenes médicos apropiados; el uso de amenazas, intimidación, hostigamiento, lenguaje indecente, profano o abusivo, u otras acciones (incluyendo vigilancia visual innecesaria) o comunicaciones dirigidas a coaccionar o presionar a un detenido para que participe en un acto sexual; o repetidas declaraciones verbales o comentarios de naturaleza sexual a un detenido, incluyendo referencias degradantes al género, comentarios despectivos sobre el cuerpo o la ropa, lenguaje profano u obsceno o gestos. La conducta sexual de cualquier tipo entre el personal y los detenidos equivale a abuso sexual, independientemente de que exista o no consentimiento. El abuso o asalto sexual de los detenidos por parte del personal u otros detenidos es un uso inapropiado del poder y está prohibido por la Oficina del Sheriff del Condado de McHenry, la política del ICE y la ley.

**Actos prohibidos**

El abuso y la agresión sexual es un delito y esta institución tiene una política de cero tolerancia al abuso y la agresión sexual. El detenido o funcionario que cometa una agresión sexual será castigado administrativamente y podrá ser enjuiciado penalmente.

Un detenido que se involucre en tal comportamiento puede ser acusado de los siguientes actos prohibidos bajo la Política Disciplinaria del Detenido:

Menor 1: Uso de lenguaje abusivo u obsceno
Mayor 10: Hacer una propuesta sexual
Mayor 22: Exposición o lenguaje indecentes
Mayor 30: Participar en un acto sexual
Mayor 31: Asalto sexual

Los detenidos victimizados no deben ser objeto de medidas disciplinarias por denunciar el abuso sexual o por participar en actividades sexuales como resultado de la fuerza, la coerción, las amenazas o el temor a la fuerza. Además, también está prohibida la conducta sexual consentida entre los detenidos y está sujeta a sanciones administrativas y disciplinarias.

**La detención como un entorno seguro**

Mientras está detenido, nadie tiene el derecho de presionarlo para que participe en actos sexuales o en un comportamiento sexual no deseado, independientemente de su edad,

tamaño, raza u origen étnico. Sin importar su orientación sexual o identidad de género, usted tiene el derecho a estar a salvo de insinuaciones y actos sexuales no deseados.

**Confidencialidad**

La información relativa a la identidad de la víctima detenida que denuncie una agresión sexual y los hechos del propio informe se limitará a quienes tengan necesidad de conocerla para tomar decisiones relativas al bienestar de la víctima detenida y para fines policiales o de investigación.

**Evitar el asalto sexual**

La agresión sexual nunca es culpa de la víctima. Conocer las señales de advertencia y las banderas rojas puede ayudarle a mantenerse alerta y consciente:

1. Compórtese con confianza. Muchos atacantes eligen víctimas que parecen no luchar o que piensan que son emocionalmente débiles.
2. No acepte regalos o favores de otros. La mayoría de los regalos o favores vienen con exigencias o límites especiales que el donante espera que usted acepte.
3. No acepte una oferta de otro detenido para ser su protector.
4. Busque a un miembro del personal con quien se sienta cómodo hablando de sus miedos y preocupaciones. ¡Informe las preocupaciones!
5. No consuma drogas o alcohol; éstos pueden debilitar su capacidad para mantenerse alerta y emitir buenos juicios.
6. Sea claro, directo y firme. No tema decir "no" o "basta ya".
7. Elija a sus asociados de manera sensata. Busque a personas que estén involucradas en actividades positivas como programas educativos, oportunidades de trabajo o grupos de consejería. Participe en estas actividades.
8. Si sospecha que otro detenido está siendo abusado sexualmente, informe al respecto a un miembro del personal en quien confía o al DHS/OIG al 1-800-323-8603 o ICE/OPR, Centro Conjunto de Admisión al 1-877-246-8253.
9. Confíe en sus instintos. Sea consciente de las situaciones que le hacen sentirse incómodo. Si no se siente bien o seguro, deje la situación o busque ayuda. Si teme por su seguridad, informe sus preocupaciones al personal.

**Informe todas las agresiones**

Si usted se convierte en víctima de un asalto sexual, reporte el incidente inmediatamente a cualquier miembro del personal en quien confíe, incluyendo oficiales de alojamiento, oficiales de deportación, capellanes, personal médico o supervisores. Los miembros del personal mantienen la confidencialidad de la información reportada y sólo la comentan con los funcionarios apropiados según sea necesario. Si no se siente cómodo reportando el asalto al personal, tiene otras opciones:

1. Escriba una carta informando la mala conducta sexual al Oficial Encargado, al Subdirector de la Oficina de Campo, o al Director de la Oficina de Campo. Para asegurar la confidencialidad, utilice procedimientos especiales de correo.

2. Presente una queja de emergencia de detenido. Si considera que su queja es demasiado sensible para presentarla ante el Oficial Encargado, puede presentar su queja directamente al Director de la Oficina de Campo. Usted puede obtener los formularios a través del oficial de la unidad de vivienda, el personal de deportación o un supervisor de la instalación.

3. Llame a la Oficina de Responsabilidad Profesional del ICE, Centro Conjunto de Admisión, las 24 horas del día al 1-877-246-8253.

4. Escriba a la OIG, que investiga las acusaciones de mala conducta del personal. La dirección es: Oficina del Inspector General P.O. Box 27606 Washington, D.C. 20530.

5. Llame, sin costo alguno para usted, al DHS/OIG o al ICE/OPR, Centro Conjunto de Admisión. El número de teléfono del OIG se encuentra en su alojamiento. Sólo es posible sancionar o enjuiciar a las personas que abusan sexualmente de los detenidos o los asaltan si se denuncia el abuso.

También puede hacer una denuncia anónima a través de la Línea de Crisis llamando al #844 en cualquier teléfono del detenido o escribiendo a P. O. Box 1990 Woodstock, IL 60098. Estas llamadas y correspondencia no son grabadas o supervisadas por el personal del establecimiento.

**Pasos siguientes después de reportar un asalto sexual o intento de asalto sexual**

Se le ofrecerá protección inmediata contra el agresor y se le remitirá a un examen médico y una evaluación clínica. No tiene que nombrar al (los) detenido(s) o miembro del personal que lo agredió para que usted reciba asistencia, pero la información específica puede facilitar que el personal le ayude. Seguirá recibiendo protección contra el agresor, ya sea que haya identificado o no a su agresor o acepte testificar en su contra. Es importante que no se duche, lave, beba, cambie de ropa o use el baño hasta que se recojan las pruebas.

**El examen médico**

El personal médico lo examinará para detectar lesiones, las cuales pueden o no ser fácilmente evidentes para usted y recolectará evidencia física de la agresión. Se recomienda llevar consigo al examen médico la ropa y ropa interior que llevaba puesta en el momento de la agresión. Se comprobará la presencia de pruebas físicas que respalden su denuncia. Con su consentimiento, un profesional médico realizará un examen pélvico y/o rectal para obtener muestras o documentar la existencia de evidencias físicas como vello, fluidos corporales, desgarres o abrasiones que quedan después del asalto. Esta evidencia física es crítica para corroborar que la agresión sexual ocurrió y para identificar al agresor; el personal capacitado llevará a cabo el examen en privado y profesionalmente.

**Cómo entender el proceso de investigación**

Una vez que se reporta la infracción, la agencia apropiada de cumplimiento de la ley llevará a cabo una investigación. El propósito de la investigación es determinar la naturaleza y el alcance de la ofensa. Es posible que se le pida que dé una declaración durante la investigación. Si se presentan cargos criminales, es posible que se le pida que testifique durante el proceso penal. Todo detenido que alegue que ha sido agredido sexualmente recibirá protección inmediata y será remitido a un examen médico.

La credibilidad de una presunta víctima, sospechoso o testigo será evaluada de manera individual y no se determinará por el estatus de la persona, ya sea como detenido o como miembro del personal. Ninguna agencia le exigirá a un detenido que está denunciando abuso sexual que se someta a un examen de polígrafo u otro dispositivo para decir la verdad como condición para proceder con la investigación de tal denuncia.

**Consecuencias emocionales de los asaltos sexuales**

Es común que las víctimas de asalto sexual tengan sentimientos de vergüenza, enojo, culpa, pánico, depresión y temor durante varios meses o incluso años después del ataque. Otras reacciones comunes incluyen pérdida del apetito, náuseas o dolores estomacales, dolores de cabeza, pérdida de la memoria y/o problemas para concentrarse y cambios en los patrones de sueño. El personal médico y de salud mental de la institución y los capellanes ofrecen apoyo emocional. Además, muchos detenidos que están en alto riesgo de agredir sexualmente a otras personas a menudo han sido víctimas de abuso sexual ellos mismos. Los servicios de salud mental y la intervención también están a su disposición de modo que puedan controlar sus acciones y sanar del abuso que han sufrido. Los asaltos sexuales pueden ocurrirle a cualquier persona: cualquier género, edad, raza, grupo étnico, condición socioeconómica, y a cualquier persona con cualquier orientación sexual o discapacidad. El asalto sexual no se trata de sexo, sino de poder y control. Todos los informes son tomados en serio.

Su seguridad y la seguridad de los demás es la preocupación más importante. Para la seguridad de todos, todos los incidentes, amenazas o asaltos deben ser reportados. Reporte todos los intentos de asalto y asaltos al oficial de la unidad de vivienda, a un supervisor, al Oficial a Cargo, o directamente al DHS/OIG o ICE/OPR, Centro Conjunto de Admisión.

# COMUNICACIÓN ENTRE LOS DETENIDOS Y EL PERSONAL DE LA CÁRCEL Y EL ICE

En el área del alojamiento se publicarán los horarios en los que el personal del ICE estará disponible en el lugar. Los detenidos también pueden presentar preguntas, solicitudes o inquietudes por escrito al personal del ICE llenando un *Formulario de solicitud de detenido del ICE* y colocando el formulario en el buzón designado de solicitud de detenido del ICE ubicado en la unidad de alojamiento en cualquier momento. Estas solicitudes se enviarán por fax al ICE. Los formularios de solicitud pueden ser sellados.

Cualquier problema o pregunta que se refiera a la operación de la cárcel sólo se puede presentar electrónicamente a través del quiosco de su unidad de alojamiento o presentando un *Formulario de solicitud de detenido del condado de McHenry* que se puede entregar a un oficial de la unidad de alojamiento. Los formularios de solicitud por escrito pueden ser sellados en un sobre y el oficial de la unidad de alojamiento dirigirá su solicitud a la persona apropiada. Si necesita ayuda para llenar un formulario de solicitud, por favor notifique a su oficial de la unidad de alojamiento.

Si necesita ayuda para llenar un formulario de solicitud, por favor notifique al oficial de la unidad de alojamiento.

# ORDEN

## NORMAS Y REGLAMENTOS DE LA UNIDAD DE ALOJAMIENTO

- Los oficiales de la unidad de alojamiento en este centro controlan cuando se encienden o se apagan los televisores, el nivel de volumen y los programas que se ven.

- Los detenidos se dirigirán al personal por título, rango, o como oficiales y no sólo por nombre o apellido.

- Preséntese inmediatamente cuando lo llame un oficial de la unidad de alojamiento.

- No ingrese a ninguna celda excepto a la suya.

- Mantenga su celda limpia y ordenada.

- No pegue con cinta adhesiva, pegue o fije nada a las paredes, sobre las rejillas de ventilación, los accesorios de iluminación o coloque nada en el borde de la ventana.

- No se siente sobre su escritorio ni lo use para hacer ejercicio.

- No se incline hacia adelante o hacia atrás en las sillas.
- Las pulseras se deben llevar puestas en todo momento en la muñeca derecha con la foto y la información de identificación mirando hacia fuera y visible.

- Las secciones se bloquearán de 5:00 p. m. a 6:00 p. m. diariamente para que se puedan limpiar y fregar los pisos del salón de día. La responsabilidad de la limpieza de cada salón de día se rotará entre todos los detenidos alojados en la sección.

- Diariamente a las 9:00 a. m. se lleva a cabo una inspección de las celdas para la población general. En las Unidades de Gestión Especial, la inspección de las celdas se realiza durante el recuento vespertino. Su habitación debe estar limpia y ordenada; la ropa que no lleve puesta debe estar bien doblada y colocada en el recipiente debajo de la cama (cuando se proporcione) o en las áreas de almacenamiento del escritorio. Se vaciará la basura y todas las superficies duras de la celda deben estar limpias. La cama debe estar tendida con los bordes de la manta debajo del colchón. Las toallas y las toallitas deben estar en los ganchos provistos.

- No cubra la lámpara de la habitación. No coloque ningún artículo en las ventanas, paredes, techos o respiraderos.

- No se permite comida en su habitación, excepto la del economato. No se debe guardar nada de las tres (3) comidas diarias/favoritos frescos, o guardarlos en la celda o en el salón de día para su uso posterior. Esto incluye sal, pimienta, azúcar, jalea, fruta,

sándwiches, etc. Deje lo que no coma en la bandeja de comida y devuélvalo al carrito de comida. No ponga alimentos en la papelera de la sección.

- Usted debe recoger su propia bandeja a la hora de comer y devolverla al carrito de comida después de las comidas. Cuando devuelva la bandeja al carrito de comida, las cucharas deben estar separadas de las bandejas y colocarse por separado en el carrito o entregarse al operario de la sección.

- A menos que usted se encuentre encerrado, todas las comidas deben ser consumidas en las mesas de la sala de estar.

- No use el inodoro como cubo de basura. Utilice su cesta de basura y vacíela diariamente, en la gran cesta de basura de la sala de estar. No use su cesta de basura como silla, taburete o para levantar pesas.

- Los inodoros deben ser vaciados después de cada uso.

- No lave sus uniformes, ropa personal, camiseta, pantalones cortos o calcetines en su celda. Hay un horario de lavandería publicado en la sección. En el día de la lavandería personal, entregue todos los juegos de ropa personal y le devolveremos la ropa limpia. Cuando se reparten uniformes limpios o ropa personal limpia, no se le permitirá escoger. **Si están limpios y le quedan bien, son suyos.**

- No se permite ropa extra.  Cualquier cosa fuera de lo se le entregó  es contrabando, a menos que sea aprobada por la Unidad de Servicios Médicos.

- Deje el periódico en la sala de estar en todo momento. A fin de que todos puedan leer el periódico completo, no retire artículos, caricaturas, etc.

- Siempre debe estar completamente vestido (parte superior, camiseta, pantalones, calcetines y zapatos) cuando esté en la sala de estar. Las camisetas son obligatorias. No se meta la parte superior del uniforme dentro de los pantalones; no envuelva las piernas del pantalón alrededor de los tobillos. Si las piernas del pantalón son demasiado largas, enróllelas para que no toquen el suelo y no se tropiece con ellas. No las enrolle por los tobillos. No se arremangue las mangas del uniforme. Mantenga las manos fuera de los pantalones todo el tiempo. Mantenga los pantalones en la cintura. No camine sobre los talones de sus zapatos.

- Las camisetas, toallas, calcetines y peines no deben usarse como accesorios para la cabeza.

- Nada de la celda puede llevarse a la sala de estar para utilizarse como cojín, incluyendo ropa extra, toallas, mantas, colchones, etc.

- Los colchones permanecerán en la celda en todo momento. Los detenidos **no** se los llevarán cuando sean trasladados a un nuevo alojamiento.

- No se lleve las hojas de puntuación a su celda cuando juegue cartas o juegos de mesa. Serán consideradas como marcadores de juego y contrabando. Utilícelas y deséchelas en el cesto de basura del salón de estar.

- No se siente en la parte superior de las mesas en la sala de estar. Use los asientos suministrados.

- No ponga los pies en los muebles.

- No se quede merodeando en el mezzanine (segundo piso). Este debe utilizarse para salir y regresar a su celda solamente. No se deslice por los pasamanos, no se siente ni corra por las escaleras.

- No se incline sobre el barandal ni grite a otros de un nivel a otro.

- No tire objetos de un nivel a otro o a través de la sala de estar.

- No se permiten blasfemias, gritos fuertes o ruidos innecesarios.

- Usted puede ducharse cuando las puertas de la celda están abiertas. No se lave el cabello en el fregadero, use la ducha. Debe estar completamente vestido para entrar y salir de la ducha.

- No deje jabón, recipientes vacíos o basura en el área de la ducha.

- Las afeitadoras se reparten a partir de las 10:30 p. m. y se recogen aproximadamente treinta (30) minutos después. La hora de levantarse son las 6:30 a. m. cuando se abren las puertas de las celdas. Los suministros de limpieza estarán en la sección diariamente para que usted limpie la celda después del desayuno.

- Tanto los *Formularios de solicitud de detenido del Condado de McHenry* como los *Formularios de solicitud de detenido del ICE* están disponibles a través del Oficial de la Unidad de Alojamiento.

- Los intercomunicadores en las celdas y el intercomunicador en la sala de estar están disponibles para **EMERGENCIAS SOLAMENTE.** El uso que no sea de emergencia tendrá como resultado una acción disciplinaria.

- Debe respetar la autoridad del Oficial de la Unidad de Alojamiento. El Oficial de la Unidad de Alojamiento está a cargo de su unidad de alojamiento.

- No cruce las zonas rojas en el piso sin permiso del Oficial de la Unidad de Alojamiento. No se le permite estar a menos de tres (3) pies de la puerta de entrada a una sección sin permiso.

- No toque nada en el escritorio o alrededor del escritorio del Oficial de la Unidad de Alojamiento.

- No se permiten libros o artículos de economato en la sala de ejercicios. Usted puede quitarse la parte superior del uniforme y usar una camiseta solamente en la sala de ejercicios. No use ropa (por ejemplo, calcetines enrollados) como una pelota. Las violaciones de las normas de la sala de ejercicios pueden ocasionar una (1) o todas las siguientes situaciones: retiro de la sala de ejercicios, encierro en su celda y pérdida del privilegio de usar la sala de ejercicios hasta por tres (3) días.

**Es su responsabilidad leer y comprender el contenido del reglamento. Asegúrese de familiarizarse con las violaciones de reglas leves y graves y lo que sucede si las viola. Familiarícese con el procedimiento de reclamo. Si tiene alguna pregunta, pregúntele al Oficial de la Unidad de Alojamiento.**

# HORARIOS GENERALES DE TURNOS

## Horario del turno de día

| | |
|---|---|
| 6:30 a.m. – 7:00 a.m. | **Bandejas del desayuno –** *Todas las puertas cerradas* |
| 7:30 a.m. | **Duchas abiertas** |
| 8:00 a.m. – 9:00 a.m. | **Entrega de medicaciones** |
| | **Papel higiénico** |
| | **Llamado a la corte** |
| 9:00 a.m. – 11:00 a.m. | **Puertas de las celdas abiertas (2$^{do}$ piso)** |
| 9:00 a.m. | **Inicio de las inspecciones de las celdas -** *Todos deben salir de las celdas y estar en la sala de día durante la inspección de las celdas* |
| | **Televisores y teléfonos encendidos** |
| | **Bandejas del almuerzo -** *Todas las puertas cerradas* |
| 11:00 a.m. | |
| | **Televisores y teléfonos apagados** |
| 11:30 a.m. | **Duchas abiertas** |
| | **Televisores y teléfonos encendidos** |
| 12:00 p.m. – 2:00 p.m. | **Puertas de las celdas abiertas (2$^{do}$ piso)** |
| 12:00 – 1:00 p.m. | **Entrega de lavandería** |
| | **Regreso de la corte** |
| | **Entrega de medicación** *(para aquellos que estaban en la corte)* |
| 1:00 p.m. | **Entada o salida -** *Todas las puertas cerradas* |
| | **Duchas cerradas** |
| 1:55 p.m. | **Encierro para el cambio de turno** |

| 2:00 p.m. | Cambio de turno |

**Horario del turno de la tarde**

| 2:00 p.m. | Cambio de turno |
| 2:30 p.m. | Puertas de las celdas abiertas |
| | Televisores y teléfonos encendidos |
| | Duchas abiertas |
| 4:30 p.m. | Bandejas de la cena - *Todas las puertas cerradas* |
| | Televisores y teléfonos apagados |
| | Duchas cerradas |
| 5:00 p.m. – 6:00 p.m. | Encierro para para limpieza - *Todas las puertas cerradas (excepto limpiadores)* |
| 6:00 p.m. | Puertas de las celdas abiertas |
| | Televisores y teléfonos encendidos |
| | Duchas abiertas |
| 7:00 p.m. | Entrega de medicaciones |
| 9:55 p.m. | Encierro para el cambio de turno |
| | Televisores y teléfonos apagados |
| 10:00 p.m. | Cambio de turno |

**Horario del turno de medianoche**

| 10:00 p.m. | Cambio de turno |
| 10:30 p.m. | Entrega de afeitadoras – *Todos los bloques* |
| 11:00 p.m. | Recolección de afeitadoras – *Todos los bloques* |
| 6:00 a.m. | Cambio de turno |

*Todas las horas son aproximadas y están sujetas a cambios*

# RESPONSABILIDADES BÁSICAS DE LOS DETENIDOS

Es política del Sheriff del Condado de McHenry y del Servicio de Inmigración y Control de Aduanas tratar a los detenidos con dignidad y respeto, y que el centro de detención se mantenga seguro, protegido e higiénico. Se espera que el personal reciba su total cooperación mientras usted espera el procesamiento de su caso. En los términos más simples, se espera que:

- Siga y obedezca las reglas, leyes, políticas y procedimientos.
- Obedezca **todas** las órdenes **legales** dadas por los miembros del personal.
- Respete al personal y a los demás detenidos en todo momento.

- Respete la propiedad gubernamental y la propiedad de otros.
- Usted, su ropa y el área de la vivienda se mantengan limpios en todo momento.
- Obedezca **todas** las reglas, políticas y procedimientos de seguridad y saneamiento.

Si usted acata y cumple las pautas anteriores, no debe tener ningún problema mientras viva en este establecimiento a la espera del resultado de su audiencia.

## SISTEMA DE JEFE DE CELDAS

- Este establecimiento y el personal de la División Correccional no tolerarán ningún tipo de sistema de "jefes de celda". Esto incluye la práctica de "pandillar" las bandejas de comida de otros detenidos, el economato, o los actos de insinuaciones sexuales.

- Los infractores recibirán el máximo grado de sanciones disciplinarias, que pueden incluir la presentación de cargos criminales.

## POLÍTICA DISCIPLINARIA

En una instalación donde muchas personas viven juntas en un espacio relativamente pequeño, es de suma importancia mantener el orden y la disciplina. La disciplina y el orden no sólo benefician al personal, sino también a la seguridad y el bienestar de usted y de todos los demás detenidos. Aunque muchos problemas pueden resolverse informalmente a través del asesoramiento psicológico, de vez en cuando se deben imponer medidas disciplinarias

El Centro Correccional para Adultos del Condado de McHenry fomenta la solución informal de un problema disciplinario siempre que sea posible. Cualquier miembro del personal que tenga motivos para creer que un detenido ha cometido algún acto prohibido puede redactar un *INFORME DE INCIDENTE*. Los dos (2) niveles de gravedad para los actos prohibidos se clasifican como una violación leve o grave.

No se le impondrá a ningún detenido la negación de ropa, ropa de cama o artículos de higiene personal a menos que la Administración lo autorice para garantizar la seguridad del detenido o de la instalación. Las reglas del establecimiento estipulan que las acciones disciplinarias no deben ser caprichosas o represivas.

## SANCIONES POR INFRACCIONES LEVES

Si usted es acusado de una infracción menor, se le informará que la acción que usted realizó (o se olvidó de realizar) fue una infracción y qué tipo de infracción menor presuntamente cometió. Las acciones que puede tomar el Oficial de Bloques con la aprobación de un Supervisor de turno incluyen:

- Asesoramiento / Advertencias verbales
- Restricción en la celda por veintitrés (23) horas por día por hasta tres (3) días.
- Pérdida de uno (1) o más privilegios por hasta tres (3) días.
- Cambio en la asignación de trabajo o alojamiento.

# INFRACCIONES MENORES

Tres (3) o más infracciones menores en un período de treinta (30) días serán consideradas una infracción grave. Todas las sanciones dentro de la sección son revisadas y aprobadas por un Oficial de Mando para garantizar su equidad e imparcialidad. La siguiente es una lista parcial de infracciones menores:

1. El uso de lenguaje abusivo, lenguaje irrespetuoso o gestos irrespetuosos hacia el personal de la División Correccional, cualquier otro personal de la institución, visitantes o cualquier otra persona.
2. El incumplimiento de cualquier orden o regla.
3. No llevar puesta correctamente una pulsera en todo momento y en la muñeca derecha.
4. No realizar las tareas de limpieza rutinarias (limpieza de pisos, paredes, lavabos, inodoros, vaciar papeleras o hacer la cama.
5. Falta de higiene personal.
6. Intercambiar comida o actuar como jefe de granero.
7. Actividad de pandillas como exhibir, llevar puestas o usar insignias de pandillas.
8. No llevar puesto el uniforme correctamente en todo momento.
9. Uso no urgente de los intercomunicadores.
10. No recoger o devolver la bandeja de comida, jarra o cuchara.
11. Traficar, intentar traficar con cartas o notas (a través de notas internas que pasan o el correo), o intentar comunicarse verbalmente a través de las puertas de la sección o de la sala de estar.
12. Colocar materiales obstructivos en ventanas, luces de seguridad, puertas de la unidad de alojamiento, literas o monitores.
13. Estar de pie o merodear en el mezzanine de la unidad de alojamiento o del módulo.
14. No mantener las manos fuera del uniforme y visibles en todo momento.
15. No hacer la cama antes de la inspección diaria o bajar la cama antes de las 10:00 p. m.
16. Cruzar las líneas rojas en cualquier sección.
17. El uso de coberturas o bandas para la cabeza.
18. Colocarse lazos, adornos, lápices, peines, púas, u otros materiales y joyas caseras en el cabello.
19. Apuestas de cualquier tipo.
20. Posesión de ropa, ropa blanca o ropa de cama no autorizadas. Posesión de más artículos que la cantidad entregada
21. Hacer payasadas.
22. Sentarse en las mesas de la sala de estar, enfrente de las puertas de las celdas, o usar libros o cualquier artículo como almohadas en la sala de estar.
23. Golpear las puertas, paredes, ventanas o cualquier otro acto que genere ruidos fuertes y perturbe la paz.
24. Posesión de 'contrabando suave'.
25. Cualquier acto que interrumpa el funcionamiento ordenado de la instalación.
26. Entrar en la celda o unidad de alojamiento de otro detenido.

Lo anterior se considera informal y no requiere un formulario de *Aviso de Infracción de Reglas*. Sin embargo, el oficial que dicte la sanción emitirá un formulario de *Revisión/Notificación de Encierro Disciplinario* después de que un Supervisor de turno revise la sanción por infracción

menor. Se le pedirá que firme el formulario para reconocer que ha sido notificado de la razón del encierro. Al firmar este formulario no está admitiendo culpabilidad o que está de acuerdo con el encierro impuesto.

## SANCIONES POR INFRACCIONES GRAVES

- Procesamiento penal.
- Colocación en segregación administrativa hasta la audiencia.
- Segregación disciplinaria por hasta quince (15) días por incidente o acusación.
- Pérdida de actividades fuera del módulo o sección y de la compra de artículos de lujo en el economato.
- Pérdida de uno o más privilegios por un período no mayor de quince (15) días.
- Pérdida de visitas personales (sólo por violaciones que implican visitas).
- Cambio de asignación de trabajo y/o alojamiento.
- Restitución. Los costos que se cobrarán por la propiedad entregada por el Condado se enumeran a continuación (los precios indicados abajo están sujetos a cambios sin previo aviso). Los artículos no incluidos en la lista se cobrarán al costo de reposición.
- Si, mientras cumple una sanción disciplinaria en segregación, usted es dado de alta del establecimiento, será devuelto a la segregación disciplinaria si más tarde regresa al establecimiento. Su estado disciplinario será analizado en la próxima reunión del Comité de Clasificación para determinar la conveniencia de completar su sentencia disciplinaria en segregación.

| | | | |
|---|---|---|---|
| Manta –algodón | $22.00 | Sábanas | $9.00 |
| Manta – lana | $22.00 | Calcetines (Par) | $1.75 |
| Sostenes | $7.00 | Camisetas | $4.25 |
| Interiores/Bóxers | $3.00 | Camisetas (3X y más) | $9.00 |
| Interiores/Bóxers (3X y más) | $5.00 | Toallas | $6.00 |
| Calzado/Zapatos | $6.50 | Parte inferior del uniforme | $9.00 |
| Taza | $3.00 | Parte inferior del uniforme (3X y más) | $13.50 |
| Colchón – Azul | $125.00 | Parte superior del uniforme | $9.00 |
| Colchón – Verde | $70.00 | Parte superior del uniforme (3X y más) | $16.00 |
| Almohada | $5.00 | Toallita | $1.75 |
| Funda de almohada | $3.50 | Pulsera | $5.00 |

Libro de reglamentos          $4.00

# INFRACCIONES GRAVES

Si se comete una violación grave, se le entregará un *Formulario de Infracción de las Re*glas. Este informe será entregado a la Junta Disciplinaria, quien investigará los cargos y luego le permitirá presentarse ante la Junta y dirigirse a ella. La Junta también puede permitir que los testigos o personas con conocimientos pertinentes presten declaración y que se les hagan preguntas presentadas a la Junta por el detenido imputado. La Junta entonces decidirá qué sanciones imponer, si las hubiere. Luego se le informará por escrito de los resultados de las conclusiones de la Junta en un plazo de catorce (14) días. Las infracciones graves incluyen, pero no se limitan a lo siguiente:

1. Asesinato o intento de asesinato.
2. Incendio provocado o intento de incendio provocando un fuego en cualquier parte de esta instalación
3. Acción de la mafia.
4. Destruir o desfigurar cualquier propiedad del Condado.
5. Pelea o agresión.
6. Incumplimiento que ocasione la asistencia de un oficial y/o activación del Grupo de Operaciones Especiales (CERT, HNT, o CIU).
7. Incitar la llamada de un CODIGO.
8. Posesión o mal uso de medicamentos.
9. Posesión de 'contrabando duro'.
10. Hacer propuestas o amenazas sexuales a otra persona.
11. Incitar a un motín o participar en un motín.
12. Manipular o bloquear cualquier alarma, control de seguridad, dispositivo de bloqueo o puertas.
13. Manipular cualquier sistema de ventilación, plomería, eléctrico, recreativo o de comunicaciones.
14. Manipulación o pulsación continua del botón de "llamada" del intercomunicador.
15. Escapar o intentar escapar.
16. Interrupción de cualquier drenaje o inundación de cualquier área de la instalación.
17. Abuso de privilegios telefónicos, hostigamiento telefónico, uso de teléfonos para estafas o phishing, o cualquier actividad criminal.
18. Tatuajes o la posesión de materiales de tatuaje.
19. Robar a otro detenido, a un oficial o al propio centro correccional.
20. Hacer o dar declaraciones o testimonios falsos al personal.
21. Fumar o la posesión de cualquier producto/material de tabaco.
22. Exposición indecente o lenguaje indecente.
23. Estar en la celda/unidad de alojamiento de otro detenido durante el comienzo o en conjunto con la violación de otra norma, o realizar cualquier acto atroz.
24. Usar o poseer la identificación o número PIN de otro detenido
25. Infracciones habituales de delitos menores. Tres (3) infracciones leves dentro de un período de treinta (30) días.
26. Perturbar el funcionamiento ordenado de la instalación.

27. Poseer la dirección, número de teléfono personal o cualquier otra información personal de cualquier miembro del personal, independientemente de la fuente de esa información.
28. Contactar o intentar contactar por teléfono o por correspondencia a cualquier miembro del personal fuera de las instalaciones.
29. Amenazar con hacer daño a otra persona o provocar una confrontación.
30. Participar en un acto sexual.
31. Agresión sexual o acoso sexual.

# PROCEDIMIENTO DE AUDIENCIA Y APELACIÓN

Si se le acusa de una infracción grave, se le proporcionará lo siguiente durante el proceso de la audiencia disciplinaria:

1. Usted será notificado de los cargos contra usted y se iniciará una investigación dentro de las veinticuatro (24) horas siguientes al incidente o descubrimiento del supuesto incidente. Se le dará aviso por escrito de los cargos dentro de setenta y dos (72) horas del incidente o descubrimiento de la supuesta infracción.
2. La notificación por escrito indicará qué infracción grave presuntamente cometió con una breve descripción de lo ocurrido. Se le solicita que firme la notificación cuando se le entregue para reconocer que la recibió y que conoce el cargo. **Su firma no es una admisión de culpabilidad**.
3. Usted puede ser encerrado en su celda, colocado en Segregación en espera de la Audiencia Disciplinaria, o trasladado a una asignación de alojamiento diferente. Este procedimiento no puede ser apelado y es estrictamente a discreción del personal de guardia.
4. Se le programará una Audiencia Disciplinaria no más de siete (7) días a partir del incidente o del descubrimiento de la supuesta infracción a menos que no pueda o no esté disponible por cualquier razón para participar en el procedimiento disciplinario.
5. Se le pedirá que asista a la audiencia, pero tiene la opción de renunciar a su derecho de comparecer por escrito o de negarse a asistir. Si usted se niega, la audiencia se llevará a cabo según lo programado sin su presencia. Usted no tendrá ningún derecho a una apelación basada en cualquier acción disciplinaria en la cual usted no haya participado o se haya negado a asistir.
6. Usted puede presentar evidencia o testigos en su nombre y formular preguntas que desee que se hagan a los testigos. Sin embargo, se puede negar la comparecencia de los testigos si su testimonio es irrelevante o acumulativo o pone en peligro la seguridad de la instalación.
7. Usted puede solicitar que un miembro del personal, designado por la Junta Disciplinaria, le ayude o le sirva de intérprete durante el proceso de la audiencia.
8. Al final de la audiencia, la Junta revisará los hechos y el testimonio dado y emitirá un dictamen.
9. Las conclusiones serán presentadas al Administrador de la Cárcel o su designado para revisión de evidencia, hallazgos y cumplimiento del procedimiento.
10. Se le enviará una copia escrita de las conclusiones de la Junta Directiva. Demostrará la aprobación por parte del revisor y las fechas, si corresponde, de las sanciones

recomendadas por la Junta. Si la Junta determina que usted no cometió las supuestas transgresiones, toda referencia a los cargos será removida de su archivo.

11. Usted puede presentar una apelación sobre cualquier conclusión o sanción impuesta por la Junta Disciplinaria, a menos que se haya negado a asistir a la audiencia. La apelación debe presentarse por escrito en un *Formulario de Solicitud de Detenido del Condado de McHenry* al Administrador de la Cárcel u oficial designado dentro de los tres (3) días de haber sido notificado con las conclusiones de la junta disciplinaria. Su apelación será revisada y se tomará una decisión dentro de los cinco (5) días hábiles siguientes a la presentación de su apelación. ***Esa decisión es definitiva.***

# CUIDADOS

## COMIDAS

1. Se sirven tres (3) comidas por día, de las cuales al menos dos (2) son comidas calientes.

2. El menú se prepara para proporcionar una dieta balanceada y nutritiva para un mínimo de 1,800 a 2,000 calorías por día.

3. Se espera que todos los detenidos consuman sus comidas en las mesas de la sala de estar. Los detenidos que estén en estado de aislamiento comerán en sus celdas.

4. A los detenidos no se les permite intercambiar alimentos con otros detenidos. Si usted no come cualquier porción de su comida, debe ser devuelta cuando se recojan las bandejas o será considerada contrabando si se encuentra en su celda o en la sala de estar.

5. Horario aproximado en que se sirven las comidas: desayuno a las 6:30 a. m., almuerzo a las 11:00 a. m., y cena a las 4:30 p. m.

Todas las comidas son nutricionalmente balanceadas, aprobadas por dietistas, preparadas adecuadamente y servidas de manera atractiva en un ambiente sano, limpio y seguro. *Esta instalación no sirve ningún producto de cerdo*, pero pueden adquirirse a través del economato. Se le entregará un utensilio apropiado para comer. Los utensilios deben ser contabilizados al final de las comidas. Se prohíbe el uso de alimentos, es decir, la retención o variación del menú estándar como medida disciplinaria o recompensa. La Unidad de Servicios Alimenticios proporciona dietas especiales según sea necesario por razones médicas o de cumplimiento de la ley dietética religiosa al recibir una Tarjeta de Dieta Especial. Dirija su solicitud de "dieta especial" al Oficial de la Unidad de Alojamiento llenando "Medical" en el *Formulario de Solicitud de Detenido del Condado de McHenry* o usando el quiosco (bajo Solicitudes de Dieta). Todas las dietas especiales deben ser aprobadas por la oficina apropiada: médica, capellanía, administración de la cárcel, y también se puede incluir al ICE.

Los siguientes tres (3) tipos de comidas están disponibles para los detenidos que lo soliciten sin necesidad de una orden médica o permisos especiales:

- **Bandeja diaria regular:** usted no necesita hacer nada. Es la comida principal que se sirve diariamente en el establecimiento.
- **Comidas vegetarianas:** comidas 100% vegetales, sin carne ni productos de origen animal.
- **Comidas vegetarianas a base de lácteos y huevos:** contienen huevos, leche y queso.

Una vez que usted solicite uno de los tipos de comida mencionados anteriormente, ese es el tipo de comidas que se le servirán diariamente después de que su solicitud sea aprobada. **No se le permite alternar entre los diferentes tipos de comidas siempre que sienta la necesidad.** Se le permitirá un (1) cambio de las "bandejas diarias regulares" que se sirven cuando llegue por primera vez a la instalación. Una vez que usted cambia a ese tipo de comida entonces está reconociendo haber leído y entendido completamente lo anterior. También está confirmando que está bloqueado con su elección de comida hasta que salga del establecimiento.

**Comidas médicas:** estas comidas dietéticas especiales son ordenadas por el personal médico bajo la dirección del médico de la institución. El establecimiento no tiene control sobre estas dietas o comidas. Si usted no quiere la dieta o comida médica, entonces tendrá que notificar al personal médico y pasar por el consultorio y pedirle al médico que se la cambie.

**Solicitudes de dietas sin soya:** si el personal médico lo pone en una dieta sin soya, el establecimiento no tiene control sobre estas dietas o comidas. Si usted no quiere una dieta libre de soya, entonces tendrá que notificarle al personal médico y pasar por el consultorio y el médico para que se la cambien. Si usted solicita que se le coloque en una dieta libre de soya y se le aprueba, **entonces está reconociendo que entiende completamente que está bloqueado en su elección de comida hasta que salga de la instalación. Debido a que la soya se encuentra en la mayoría de los alimentos, los detenidos que siguen una dieta libre de soya no pueden ordenar ningún alimento al economato.**

# ATENCIÓN MÉDICA

A los detenidos del ICE **no** se les cobrará por ningún cuidado médico o medicamento recetado que reciban.

Los detenidos pueden negarse a cualquier visita al médico (dentista, optometrista, MD) el día de la cita, pero de todos modos tendrán que ir al departamento médico para firmar el formulario de rechazo.

El personal médico contratado proporciona atención médica en este centro. Si usted está enfermo o necesita atención médica, primero debe inscribirse en la Llamada por enfermedad (vea la sección de Llamada por enfermedad) para que el personal médico pueda atenderlo. Si es después de las horas de llamada por enfermedad, usted debe notificar al Oficial de la Unidad de Alojamiento, quien se pondrá en contacto con el miembro del personal médico de guardia. El copago médico **NO** se aplica a los detenidos del ICE.

Un miembro del personal médico le efectuará un examen médico dentro de los catorce (14) días de su llegada.

El tratamiento dental será proporcionado en caso de emergencia durante los primeros doce (12) meses de su detención. Si el detenido permanece recluido por un período de más de seis (6) meses, puede solicitar atención dental de rutina, sujeto a la aprobación del IHSC. El personal médico revisará anualmente la boca de todos los detenidos.

Los detenidos pueden solicitar hablar con un profesional de salud mental en cualquier momento, presentando una solicitud de llamada por enfermedad utilizando el quiosco (bajo Solicitudes Médicas). Las emergencias deben ser reportadas a un Oficial de la Unidad de Alojamiento.

El Cuerpo de Servicios de Salud del ICE (IHSC) debe aprobar cualquier consulta médica externa, visita dental, procedimiento médico o cirugía, así como todos los medicamentos recetados. Esta institución enviará los formularios necesarios al IHSC y le proporcionará a usted una copia de su decisión.

Los detenidos pueden solicitar hablar con un profesional de salud mental en cualquier momento haciendo una solicitud en forma verbal a un Oficial de la Unidad de Alojamiento o ingresando una solicitud usando el quiosco (bajo Solicitudes médicas).

El departamento médico sólo ordena dietas médicas para pacientes con enfermedades. Las dietas médicas vienen con restricciones en el economato que varían dependiendo de la dieta que esté consumiendo. Si está solicitando cualquier otro tipo de dieta, deberá presentar su solicitud utilizando el quiosco (bajo Solicitudes de dieta).

Copias de los expedientes médicos del detenido serán entregadas por el proveedor médico de la cárcel directamente al detenido o a su designado, sin costo alguno para el detenido una vez cada doce (12) meses, una vez que el proveedor médico reciba una autorización escrita del detenido. A los detenidos se les cobrará $0.25 por página por cualquier solicitud de expedientes médicos con menos de cada doce (12) meses de separación. Se puede solicitar una divulgación enviando la petición al personal médico de la cárcel usando el quiosco (bajo Solicitudes Médicas).

1. Dirección de la instalación que debe divulgar la información;
2. Nombre del individuo o institución que recibirá la información;
3. Nombre completo del detenido, número de extranjero, fecha de nacimiento y nacionalidad;
4. Propósito o necesidad de que la información sea divulgada;
5. Naturaleza de la información a ser divulgada con fechas inclusivas de tratamiento;
6. Firma del detenido y fecha.

**Nota:** Por razones de confidencialidad, se recomienda que el detenido no conserve información médica consigo, sino que la ponga en su propiedad. Si un detenido desea conservar su información médica en su celda, será responsable de la misma.

# LLAMADA POR ENFERMEDAD

En este centro, todos los detenidos tienen derecho a la llamada por enfermedad desde el momento de su ingreso hasta el momento de su puesta en libertad, a fin de proporcionar atención médica continua. El copago médico compartido **no** se aplica a los detenidos del ICE.

1. La llamada por enfermedad puede realizarse durante los siete (7) días de la semana (en horas de vigilia).

2. Si un detenido necesita ver a una enfermera por un problema que no sea de emergencia, debe llenar una solicitud y la debe ingresar usando el quiosco (bajo Solicitudes médicas).

3. Las solicitudes de llamadas por enfermedad enviadas en el quiosco sólo se tramitan en el turno de noche. Esto significa que si usted presenta una llamada por enfermedad a las 10:00 a. m. de hoy, no será atendido por la enfermera hasta el día siguiente en la llamada por enfermedad.

4. **Si tiene una emergencia médica o de salud mental, notifique al Oficial de la Unidad de Alojamiento quien se comunicará con el personal médico.**

5. Puede encontrar folletos médicos para fines educativos en el quiosco de su unidad de alojamiento.

# ENTREGA DE MEDICAMENTOS

1. Los medicamentos se entregan dos (2) veces al día por personal médico, a las 9:00 a. m. y a las 7:00 p.m.

2. Los detenidos deben estar listos para recibir sus medicamentos con una taza de agua y haciendo fila en la puerta de la sección cuando llegue la enfermera. Además, se le pedirá que beba toda el agua de la taza y la ponga boca abajo para que el oficial la inspeccione.

3. A los detenidos no se les permite tocar el carrito de medicamentos ni colocar la taza en él.

4. Si usted retrasa la entrega de medicamentos o si es necesario que el personal médico regrese a la unidad porque usted no estaba listo para recibir las medicinas, será objeto de una medida disciplinaria.

5. Si usted está encerrado en su celda, por razones administrativas o disciplinarias, se le llamará para que tome sus medicamentos.

6. Los detenidos tienen derecho a rechazar cualquier medicamento, pero se documentarán los detalles de la negativa. El rechazo de la medicación tres (3) días seguidos puede dar lugar a la suspensión de la medicación.

# SALUD MENTAL

¿Reconoce alguno de estos signos de depresión?

- Tristeza

- Enojo

- Depresión

- Cambio de estado de ánimo o comportamiento

- Desamparo

- Agresión

- Hablar o pensar sobre hacerse daño

- Aislamiento

- Pensamiento negativo

- Desesperanza

- Regalar efectos personales

- Ansiedad

- Aumento o pérdida de peso

La separación de la familia, los amigos y el entorno familiar es difícil para cualquiera. Algunas personas pueden experimentar la detención como emocionalmente estresante y dolorosa. Si usted siente que necesita ayuda o asistencia o reconoce estos signos en usted mismo o en otra persona, debe hablar inmediatamente con un miembro del personal o con el personal médico.

# ADAPTACIÓN AL ENTORNO DE DETENCIÓN

Ser detenido puede ser muy estresante. Se anima a todos los detenidos a utilizar los gimnasios para mejorar el bienestar y el mantenimiento, especialmente para aquellos que puedan sufrir una enfermedad crónica. Además del ejercicio con regularidad, hay una variedad de materiales educativos e informativos disponibles en este manual y por parte del personal médico para aquellos que enfrentan el SIDA/VIH, asma, diabetes, hipertensión y una variedad de otros temas relacionados con la salud. Póngase en contacto con cualquier miembro del personal médico para obtener más información.

SIDA/VIH - Síndrome de inmunodeficiencia adquirida / Virus de inmunodeficiencia humana (VIH)

El SIDA es una enfermedad que hace que el cuerpo pierda su protección natural contra la infección. Es causado por el virus de inmunodeficiencia humana. El virus, que se encuentra

en la sangre y otros fluidos corporales de individuos infectados, ataca ciertos glóbulos blancos que protegen al cuerpo contra enfermedades. Una prueba de anticuerpos contra el VIH, ya sea a partir de una muestra de sangre o de una muestra oral, puede determinar si su cuerpo se ha infectado con el virus.

Los servicios de consejería y pruebas están disponibles a través de la Cárcel del Condado de McHenry. Si usted está preocupado y desea una prueba de SIDA/VIH, puede llenar una *Solicitud de Servicio de Salud* y colocarla en el buzón de correo de Medical en su área de alojamiento.

Asma - Estilo de vida y remedios caseros

Aunque muchas personas con asma dependen de medicamentos para prevenir y aliviar los síntomas, usted puede hacer varias cosas por su cuenta para mantener la salud y disminuir la posibilidad de ataques de asma.

**Evite los factores desencadenantes**

Tomar medidas para reducir su exposición a cosas que desencadenan síntomas de asma es una parte clave del control del asma. Puede ser útil usar el aire acondicionado. El aire acondicionado reduce la cantidad de polen transportado por el aire de los árboles, pastos y malezas que encuentran su camino hacia el interior. El aire acondicionado también reduce la humedad interior y puede reducir su exposición a los ácaros del polvo. Si no tiene aire acondicionado, trate de mantener las ventanas cerradas durante la temporada de polen.

**Manténgase saludable**

Cuidarse y tratar otras afecciones relacionadas con el asma ayudará a mantener los síntomas bajo control. Por ejemplo:

- Haga ejercicio con regularidad. Tener asma no significa que usted tenga que ser menos activo. El tratamiento puede prevenir los ataques de asma y controlar los síntomas durante la actividad. El ejercicio constante puede fortalecer el corazón y los pulmones, lo cual ayuda a aliviar los síntomas del asma. Si usted hace ejercicio en temperaturas frías, use una máscara facial para calentar el aire que respira.
- Mantenga un peso saludable. Tener sobrepeso puede empeorar los síntomas del asma y lo pone en mayor riesgo de otros problemas de salud.

**Tratamientos y medicamentos**

La prevención y el control a largo plazo son fundamentales para detener los ataques de asma antes de que comiencen. El tratamiento por lo general implica aprender a reconocer los factores desencadenantes y tomar medidas para evitarlos, y hacer un seguimiento de su respiración para asegurarse de que sus medicamentos para el asma estén manteniendo los síntomas bajo control. En caso de un brote de asma, es posible que necesite usar un inhalador de alivio rápido, como albuterol.

**Medicamentos**

Los medicamentos adecuados para usted dependen de varias cosas, incluyendo su edad, sus síntomas, sus desencadenantes del asma y lo que parece funcionar mejor para mantener su asma bajo control. Los medicamentos preventivos de control a largo plazo reducen la inflamación de las vías respiratorias que lleva a los síntomas. Los inhaladores de alivio rápido (broncodilatadores) abren rápidamente las vías respiratorias inflamadas que limitan la respiración. En algunos casos, se necesitan medicamentos para la alergia.

**Fuente: Reimpreso del artículo de la MayoClinic.com "El ejercicio ayuda a aliviar el dolor y la rigidez de la artritis"** *["Exercise helps ease arthritis pain and stiffness"]*
**(http://www.mayoclinic.com/health/asthma/DS00021/DSECTION=lifestyle-and-home-remedies)**

**© Mayo Foundation for Medical Education and Research. Reservados todos los derechos.**

Hipertensión - Estilo de vida y remedios caseros

Los cambios en el estilo de vida pueden ayudarle a controlar y prevenir la hipertensión arterial, incluso si está tomando medicamentos para la presión arterial. Esto es lo que puede hacer:

- Coma alimentos saludables. Pruebe la dieta Enfoques dietéticos para detener la hipertensión (DASH, por sus siglas en inglés), que hace hincapié en frutas, verduras, granos integrales y alimentos lácteos bajos en grasa. Consuma suficiente potasio, que puede ayudar a prevenir y controlar la hipertensión arterial. Consuma menos grasa saturada y grasa total.
- Disminuya la sal en su dieta. Un nivel de sodio más bajo: 1,500 miligramos (mg) al día, es apropiado para personas de 51 años de edad o más, e individuos de cualquier edad que son afroamericanos o que tienen hipertensión, diabetes o enfermedad renal crónica. De lo contrario, las personas sanas pueden aspirar a 2,300 mg al día o menos. Si bien puede reducir la cantidad de sal que consume al eliminar el salero, también debe prestar atención a la cantidad de sal que se encuentra en los alimentos procesados que consume, como sopas enlatadas o cenas congeladas.
- Mantenga un peso saludable. Si usted tiene sobrepeso, perder hasta 5 libras (2.3 kilogramos) puede disminuir su presión arterial.
- Aumente la actividad física. La actividad física periódica puede ayudar a reducir su presión arterial y mantener su peso bajo control. Esfuércese por realizar al menos 30 minutos de actividad física al día.
- Limite el consumo de alcohol. Incluso si usted está saludable, el alcohol puede elevar su presión arterial. Si decide consumir alcohol, hágalo con moderación: hasta un trago al día para las mujeres y todas las personas mayores de 65 años, y dos tragos al día para los hombres.
- No fume. El tabaco lesiona las paredes de los vasos sanguíneos y acelera el proceso de endurecimiento de las arterias. Si usted fuma, pídale a su médico que le ayude a dejar de fumar.
- Controle el estrés. Reduzca el estrés tanto como sea posible. Practique técnicas de afrontamiento saludables, como relajación muscular y respiración profunda. Dormir lo suficiente también puede ayudar.
- Controle su presión arterial en casa. El monitoreo de la presión arterial en el hogar puede ayudarle a controlar más de cerca su presión arterial, mostrar si la medicación está funcionando e incluso alertar a usted y a su médico de posibles complicaciones. Si su presión arterial está bajo control, es posible que pueda hacer menos visitas al médico si controla su presión arterial en casa.
- Practique relajación o respiración lenta y profunda. Practique respiraciones profundas y lentas para ayudar a relajarse. Existen algunos dispositivos disponibles que pueden ayudar a guiar su respiración para la relajación; sin embargo, es cuestionable si estos dispositivos tienen un efecto significativo en la disminución de su presión arterial.

35

**Fuente: Reimpreso del artículo de la MayoClinic.com "El ejercicio ayuda a aliviar el dolor y la rigidez de la artritis" ["Exercise helps ease arthritis pain and stiffness"] (http://www.mayoclinic.com/health/high-blood-pressure/DS00100/DSECTION=lifestyle-and-home-remedies)**

© Mayo Foundation for Medical Education and Research. Reservados todos los derechos.

Manejo de la diabetes: cómo afecta el estilo de vida y la rutina diaria al azúcar en la sangre
Cuando se trata de manejar la diabetes, el control del azúcar en la sangre es a menudo el tema central. Después de todo, mantener su nivel de azúcar en la sangre dentro del rango deseado puede ayudarle a vivir una vida larga y saludable. ¿Pero sabe qué hace que su nivel de azúcar en la sangre aumente y disminuya? La lista es a veces sorprendente.

**Alimentos**
La alimentación saludable es la piedra angular de cualquier plan de control diabético. Pero no es sólo lo que usted come lo que afecta su nivel de azúcar en la sangre. Cuánto come y cuándo lo come también es importante.

Qué hacer:

- Mantenga un horario. Su nivel de azúcar en la sangre es más alto una o dos horas después de comer y luego comienza a bajar. Pero este patrón predecible puede funcionar a su favor. Usted puede ayudar a disminuir la cantidad de cambios en sus niveles de azúcar en la sangre si come a la misma hora todos los días, si come varias comidas pequeñas al día o si come refrigerios saludables a horas regulares entre comidas.
- Consuma la cantidad correcta de alimentos. Aprenda cuál es el tamaño de las porciones apropiado para cada tipo de alimento. Simplifique la planificación de las comidas anotando porciones para los alimentos que come con frecuencia. Use tazas de medir o una balanza para asegurar el tamaño adecuado de la porción.

**Ejercicio**
La actividad física es otra parte importante de su plan de manejo de la diabetes. Cuando hace ejercicio, sus músculos usan azúcar (glucosa) como energía. La actividad física habitual también mejora la respuesta de su cuerpo a la insulina. Estos factores trabajan juntos para reducir su nivel de azúcar en la sangre. Cuanto más extenuante sea su entrenamiento, más tiempo durará el efecto. Pero incluso las actividades livianas, como las tareas domésticas, la jardinería o estar de pie durante períodos prolongados, pueden reducir su nivel de azúcar en la sangre.

Qué hacer:

- Mantenga un horario de ejercicios. Hable con su médico acerca de la mejor hora del día para que hacer ejercicio de manera que la rutina de ejercicios esté coordinada con sus horarios de comidas y medicamentos.
- Conozca sus números. Hable con su médico acerca de los niveles de azúcar en la sangre que son apropiados para usted antes de comenzar a hacer ejercicio.
- Controle su nivel de azúcar en la sangre. Revise su nivel de azúcar en la sangre antes, durante y después del ejercicio, especialmente si toma insulina o medicamentos que disminuyen el azúcar en la sangre. Esté atento a las señales de advertencia de niveles

bajos de azúcar en la sangre, como sentirse tembloroso, débil, confundido, mareado, irritable, ansioso, cansado o hambriento.

- Manténgase hidratado. Beba mucha agua mientras hace ejercicio porque la deshidratación puede afectar los niveles de azúcar en la sangre.
- Prepárese. Siempre tome un pequeño refrigerio o una pastilla de glucosa durante el ejercicio en caso de que su nivel de azúcar en la sangre baje demasiado. Use un brazalete de identificación médica cuando esté haciendo ejercicio.

**Alcohol**

El hígado normalmente libera el azúcar almacenado para contrarrestar la disminución de los niveles de azúcar en la sangre. Pero si su hígado está ocupado metabolizando el alcohol, es posible que su nivel de azúcar en la sangre no reciba el estímulo que necesita. El alcohol puede provocar un nivel bajo de azúcar en la sangre poco después de beber y durante hasta ocho a doce horas más.

**Estrés**

Asuma el control. Una vez que sepa cómo el estrés afecta su nivel de azúcar en la sangre, luche contra él. Aprenda técnicas de relajación, priorice sus tareas y establezca límites. Siempre que sea posible, evite los factores estresantes comunes.

**Fuente: Reimpreso del artículo de la MayoClinic.com "El ejercicio ayuda a aliviar el dolor y la rigidez de la artritis"** *["Exercise helps ease arthritis pain and stiffness"]*
**(http://www.mayoclinic.com/health/diabetes-management/DA00005)**

**© Mayo Foundation for Medical Education and Research. Reservados todos los derechos.**

# ZONA DE DORMIR / SANEAMIENTO

Los detenidos en cada unidad de alojamiento deben mantener su celda en condiciones seguras e higiénicas. A cada unidad se le suministrará diariamente un cubo de agua, un trapeador, una escoba, jabón, desinfectante y otros artículos de limpieza. Se requiere que usted mantenga su cama y el área inmediata limpia y ordenada. También se requiere que usted haga su cama diariamente antes de reportarse para su asignación de trabajo o cuando comience su rutina diaria. No se permite colgar sábanas, toallas, mantas o ropa de las literas, venteo o luces de techo.

El Oficial de la Unidad de Alojamiento inspeccionará las unidades de alojamiento las 24 horas del día. Las actividades diarias no comenzarán hasta que todos hayan pasado la inspección diaria.

Los efectos personales, incluidos los artículos de higiene, se almacenarán en su escritorio. No coloque objetos en alféizares, ventanas, literas, debajo de un colchón, etc. Estos artículos serán confiscados y retirados del área cuando se dejen en áreas no autorizadas.

## HIGIENE PERSONAL

Se requerirá que cada recién llegado se duche después de ser procesado en la instalación. Todos los artículos descubiertos durante el proceso de la ducha serán identificados como fondos, objetos de valor, otros bienes personales o contrabando.

Usted vivirá con otras personas, por lo que la higiene personal es esencial. Se espera que se duche con regularidad y que mantenga el cabello limpio. Los artículos de higiene personal para hombres y mujeres detenidos, tales como: taza, jabón de champú, pasta de dientes, cepillo de dientes y peine le serán entregados en el momento de la admisión. Si se le acaba un artículo, puede ser repuesto a través del proceso de pedido del economato. Los artículos personales e higiénicos para mujeres detenidas estarán disponibles mediante solicitud al Oficial de la Unidad de Alojamiento.

Las afeitadoras de un solo uso se proporcionarán diariamente. Estas se reparten a partir de las 10:30 p. m. y se recogen aproximadamente treinta (30) minutos después. Si necesita una maquinilla de afeitar, debe avisarle a su Oficial de la Unidad de Alojamiento para que agregue su nombre a la lista cuando hagan la lista después del cierre definitivo del día. Si usted está programado para la corte y desea afeitarse antes de su comparecencia en la corte, notifique al Oficial de la Unidad de Alojamiento quien obtendrá la aprobación de un supervisor. Las maquinillas de afeitar desechables no se usarán más de una vez, o por más de un (1) detenido; esto es por razones de salud y seguridad con el fin de proteger a los detenidos y al personal.

# ACTIVIDADES

## CORRESPONDENCIA Y CORREO

Todos los detenidos pueden recibir y enviar correo en este centro. Todo el correo dirigido a usted y la dirección de devolución del correo enviado por usted debe ser como sigue:

**(Su nombre completo) # I.D. de la cárcel**
**McHenry County Jail**
**2200 N. Seminary Avenue**
**Woodstock, IL 60098**

Si un mensaje de correo no se envía como se muestra arriba, el Oficial de Correo intentará definir quién es el destinatario del mensaje. Si ese intento falla, el correo será destruido.

1. Todo el correo debe ser enviado a la institución a través del Servicio Postal de los Estados Unidos y éste no lo puede entregar directamente a los detenidos. Excluyendo fines de semana, días festivos y circunstancias apremiantes, el correo entrante se entregará a los detenidos a más tardar veinticuatro (24) horas después de que se reciba de la Oficina Postal. Excluyendo fines de semana, días feriados y circunstancias

apremiantes, el correo saliente se enviará a la Oficina Postal a más tardar veinticuatro (24) horas después de que se reciba del detenido.

2. No habrá correo entrante o saliente los fines de semana y días festivos.

3. Todo correo entrante debe tener una dirección de devolución válida escrita en él. Si el correo se recibe sin dirección de devolución, se considera correo no autorizado y se colocará en su propiedad y se le entregará cuando sea dado de alta de la instalación.

4. No hay límite a la cantidad de correo que un detenido puede enviar o recibir, sólo respecto a la cantidad que el detenido puede guardar en su celda.

5. A los detenidos no se les permite guardar sobres del correo entrante. **<u>TODOS</u>** los sobres serán recogidos por el Oficial de Correo y destruidos después de que su correo sea entregado.

6. Los sobres con cualquier dibujo en el exterior no serán aceptados para envío por correo y no se permitirá su recepción a través de la oficina de correos.

7. Los sobres de 9x12 y 10x14 **no pueden pesar más de 13 onzas o tener más de 8 sellos colocados.**

8. Toda la correspondencia especial debe llevar el título y la oficina del remitente o destinatario claramente identificados en el sobre, indicando claramente que la correspondencia es especial. El sobre saliente debe sellarse en presencia de un Oficial de la Unidad de Alojamiento. *("Correspondencia especial" son comunicaciones escritas dirigidas a abogados privados o provenientes de ellos y otros representantes legales: abogados del gobierno, jueces, tribunales, embajadas y consulados, el presidente y el vicepresidente de los Estados Unidos, miembros del congreso, el Departamento de Justicia, el Servicio de Salud Pública de los Estados Unidos, administradores de sistemas de reclamos y representantes de los medios de comunicación.)* (La correspondencia de los medios de comunicación debe indicarse claramente como de carácter "especial".) La correspondencia especial o los materiales legales que se envían a familiares o amigos no se consideran correspondencia especial y se tratarán como correo ordinario. La correspondencia especial saliente no se abrirá, inspeccionará ni leerá.

9. El correo dirigido al Centro de Crisis (P.O. Box 1990 Woodstock, IL 60098) será considerado correo privilegiado y no será inspeccionado cuando esté sellado y marcado de manera apropiada.

10. El correo entrante será abierto por el Oficial de Correo de la División Correccional y será examinado en busca de contrabando. El correo legal se entregará y se abrirá delante del detenido al que se dirija. (*Si usted no acepta la carta o no permite que la carta sea inspeccionada, en su presencia, será devuelta al remitente. **Su carta no será leída, sólo será inspeccionada en busca de contrabando.***) La correspondencia especial o los materiales legales recibidos de familiares o amigos no se consideran correspondencia especial y serán tratados como correo ordinario.

11. No se aceptarán las cartas y tarjetas con adornos (musicales. de plástico, madera, metal, tela, cinta, cordón, etc.), adhesivos, pinturas, lápices de colores, lápices de colores, crayones, cualquier sustancia extraña (papel alterado/decolorado, tinta goteando), brillo, perfume, lápiz labial, fotos de más de 4 "x 6" (a menos que estén

impresas en una hoja de papel estándar), fotos Polaroid, fotos/fotografías que representen alcohol, drogas, afiliación a pandillas, armas (reales o juguetes), desnudos, o contenido sexual. Los libros, folletos o volantes, periódicos, revistas o publicaciones periódicas deben venir directamente del editor y no pueden contener tapas duras, grapas o broches. Los detenidos no pueden recibir papel en blanco, sellos, o sobres en el correo (se permitirán los sobres legales especiales). Cualquier artículo considerado sospechoso por el Oficial de Correo será devuelto al remitente. **Si cualquiera de estos artículos son recibidos en el correo, la carta completa y el contenido será devuelto al remitente a menos que no haya una dirección de devolución.** El correo sin una dirección de devolución se colocará en su propiedad y no se le devolverá hasta su liberación. Se le notificará de cualquier artículo confiscado o retenido.

12. **No se permite la correspondencia de otros detenidos.** Esto incluye el uso de un tercero fuera de la instalación para hacer circular el correo de vuelta a la instalación. **Los miembros de la familia que también están encarcelados pueden solicitar correspondencia, pero deben ser aprobados previamente por la Administración Penitenciaria y la "Agencia de Destino".**

13. Los libros, folletos o volantes, periódicos, revistas o publicaciones periódicas deben venir directamente del editor y no pueden contener tapas duras, grapas o broches. Cualquiera de estos artículos que desee enviar, deben ser aprobados previamente por el Oficial de Correo. Si no obtiene la aprobación previa del título del artículo, se devolverá al remitente. Todos los libros, periódicos y revistas serán objeto de rechazo en cualquier momento sobre la base del contenido, incluso si han sido aprobados previamente. Los libros serán sellados con la leyenda McHenry County Jail al ser recibidos ya que se consideran como una donación. Una vez que usted haya tenido la oportunidad de leer el artículo, será donado a la biblioteca del Correccional para que otros tengan la oportunidad de leer el material. No se permitirán los libros, revistas o periódicos que representen alcohol, drogas, afiliación a pandillas, armas (reales o juguetes), desnudos o contenido sexual. Sólo se le permiten tres libros, revistas, periódicos y publicaciones periódicas en total en su celda a la vez, sin tener en cuenta si vienen del correo o de la biblioteca del correccional. Ningún libro o revista será colocado en su propiedad en ningún momento y por ninguna razón.

14. Todo el correo saliente debe ser entregado con el sobre sin sellar para que pueda ser inspeccionado en busca de contrabando. El correo legal debe sellarse frente a un Oficial de la Unidad de Alojamiento para que pueda ser inspeccionado a fin de detectar contrabando antes de que sea sellado. El correo saliente **m debe entregarse a un Oficial de la Unidad de Alojamiento.** No lo deslice bajo la puerta de su celda o la puerta de la sección. **El correo que se encuentre en el piso o atascado en el marco de una puerta no será recogido por los oficiales.**

15. Los cigarrillos y productos de tabaco no están permitidos y serán devueltos al remitente. Si no hay una dirección de devolución en el paquete, los cigarrillos serán destruidos.

16. No se le permitirá recibir o enviar paquetes sin arreglos previos, aprobados por la Administración o su designado. Usted pagará los gastos de envío de paquetes y correo

sobredimensionado o con exceso de peso. Si usted es indigente, puede que se aprueben arreglos especiales para enviar su propiedad caso por caso.

17. Después de que usted salga de la instalación, su correo entrante será marcado como: "El detenido ya no está aquí, regrese al remitente". Todo el correo será devuelto a la Oficina Postal. El correo que usted haya enviado y que sea devuelto a esta institución por cualquier razón después de que usted sea liberado será retenido por sesenta (60) días. Si el correo no es reclamado después de sesenta (60) días, será destruido.

18. No se le permitirá enviar cartas o recibir cartas de víctimas de delitos ni de nadie que tenga una Orden de Protección válida.

Todo el correo entrante y saliente no privilegiado está sujeto a controles por parte del personal penitenciario con el propósito de mantener la seguridad, buscar contrabando y/o descubrir un delito en curso. Cualquier correo que contenga declaraciones incriminatorias puede ser enviado a la Oficina del Fiscal del Estado y/o a los investigadores para su revisión.

## SOLICITUDES DE MATRIMONIO

Todas las solicitudes de matrimonio de los detenidos del ICE son revisadas caso por caso por el ICE. Para poder presentar una solicitud de matrimonio usted necesita hacer lo siguiente:

1. El ICE debe recibir una carta presentada por usted o su abogado indicando que está solicitando casarse, que es elegible legalmente para contraer matrimonio, y que es mentalmente competente. Incluya también el nombre, la dirección y el número de teléfono de la persona con la que quiere casarse.

2. También necesitará tener una carta de la persona con la que pretende casarse en la que afirme su intención de casarse.

Después de haber obtenido las cartas mencionadas anteriormente, debe llenar un *Formulario de Solicitud de Detenido del ICE* y su solicitud será enviada por fax al ICE. Si su solicitud es aprobada, el detenido, representante legal u otra persona que actúe en su nombre debe hacer **TODOS** los arreglos para el matrimonio. Los arreglos incluyen, pero no se limitan a, tomar una prueba de sangre, obtener una licencia de matrimonio y contratar a un funcionario para que lleve a cabo la ceremonia matrimonial. El personal del ICE **NO** participará en la preparación del matrimonio. Sin embargo, alguien de esta institución se pondrá en contacto con usted con respecto a los arreglos para casarse después de que esta institución reciba la aprobación por escrito del ICE.

## PROGRAMAS

1. Hay varias actividades y programas que están disponibles para todos los detenidos en el Centro Correccional para Adultos del Condado de McHenry. El tipo y la

disponibilidad de los programas están sujetos a cambios. A continuación se muestra un ejemplo de programa.

2. Los detenidos que se comporten de manera perturbadora serán devueltos a su celda.
3. Si lo envían de vuelta a su celda por perturbar una actividad, programa o infringir cualquier regla, es posible que se le prohíba asistir a la actividad o programa por el resto de su estadía en esta institución.
4. Los detenidos deben cumplir con todas las reglas y regulaciones de la institución mientras asisten a las actividades y programas y:

    a. No tendrán contacto físico con el personal, voluntarios u otros detenidos.
    b. No mostrarán ni lanzarán señales de pandillas.
    c. No llevarán nada a la actividad o programa, excepto el material aprobado relacionado con el programa al que asisten
    d. No hablarán a menos que esto sea parte de la participación en la actividad o programa.
    e. Permanecerán sentados en todo momento.

**DOMINGO**
| | |
|---|---|
| 9:00 a.m. – 10:30 a.m. | **Iglesia - Hombres** |
| 2:30 p.m. – 3:30 p.m. | **Iglesia – Mujeres** |
| 5:30 p.m. – 8:30 p.m. | **Padres de Malaquías** |

**LUNES**
| | |
|---|---|
| 8:00 a.m. – 11:00 a.m. | **Programa de orientación legal (LOP) para detenidos del ICE** |
| 12:00 p.m. – 2:00 p.m. | **Programa de orientación legal (LOP) para detenidos del ICE** |
| 5:00 p.m. | **Cortes de cabello     1er martes – Bloque 4-1** |
| | **2do martes – Bloques 4-2 más 2-5 trabajadores** |
| | **3er martes – Bloque 5** |
| | **4to martes – Bloques 2 y 3 (menos 2-5 trabajadores)** |
| 6:00 p.m. – 8:00 p.m. | **N.A. Hombres y mujeres** |

**MARTES**
| | |
|---|---|
| 7:30 a.m. – 11:00 a.m. | **Inglés como segundo idioma** |
| 12:00 p.m. – 1:45 p.m. | **Atención pastoral - Detenidos del ICE** |
| 2:30 p.m. – 3:45 p.m. | **Atención pastoral - Detenidos del ICE** |
| 5:00 p.m. | **Cortes de cabello     1st martes – Bloque 4-1** |
| | **2do martes – Bloques 4-2 más 2-5 trabajadores** |
| | **3er martes – Bloque 5** |
| | **4to martes – Bloques 2 y 3 (menos 2-5 trabajadores)** |
| 7:00 p.m. – 8:00 p.m. | **A.A. Mujeres** |

**MIÉRCOLES**
| | |
|---|---|
| 8:00 a.m. – 11:00 a.m. | **Programa de orientación legal (LOP) para detenidos del ICE** |
| 12:00 p.m. – 2:00 p.m. | **Programa de orientación legal (LOP) para detenidos del ICE** |
| 12:30 p.m. – 1:30 p.m. | **C.U.P. (Estudio de la Biblia)** |
| 6:00 p.m. – 9:30 p.m. | **Consejería religiosa para hombres (uno a uno)** |
| 7:00 p.m. – 8:30 p.m. | **Recuperación de la celebración cristiana femenina** |

         

| | |
|---|---|
| 7:30 a.m. – 11:00 a.m. | **Inglés como segundo idioma** |
| 12:30 p.m. – 1:30 p.m. | **Clase de Judaísmo** |
| 1:00 p.m. – 2:00 p.m. | **Servicio de confesión y comunión católica** |
| 5:00 p.m. – 9:00 p.m. | **Consejería religiosa para mujeres (una a una)** |
| 6:00 p.m. – 9:00 p.m. | **C.U.P. (Estudio de la Biblia) Hombres** |
| 8:00 p.m. – 9:00 p.m. | **A.A. Hombres** |

**VIERNES**

| | |
|---|---|
| 7:00 a.m. – 11:00 a.m. | **Educación básica para adultos** |
| 12:00 p.m. – 2:00 p.m. | **Educación básica para adultos** |
| 1:00 p.m. – 2:00 p.m. | **Servicio de oración musulmana Jumma** |
| 6:00 p.m. – 8:00 p.m. | **Sesión especial de A.A.** |

**SÁBADO**

| | |
|---|---|
| 3:00 p.m. – 4:00 p.m. | **Sesión de estudios musulmanes** |
| 6:00 p.m. – 7:00 p.m. | **Estudio de la Biblia para mujeres detenidas/internadas** |
| 7:30 p.m. – 9:00 p.m. | **Recuperación de la celebración cristiana masculina** |

# ACTIVIDADES RECREATIVAS

Los detenidos pueden disfrutar diariamente de actividades recreativas en condiciones de seguridad y supervisión que protejan su seguridad y bienestar. Las actividades recreativas se llevan a cabo en los gimnasios y en las salas de estar de las unidades de alojamiento desde aproximadamente las 7:00 a.m. hasta las 10:00 p.m. todos los días, excepto cuando la instalación está cerrada o cuando los gimnasios están siendo usados para programas.

Cada unidad de alojamiento tiene una variedad de juegos de mesa disponibles (que se reemplazan cada 3-4 meses) así como otras actividades relacionadas disponibles para los detenidos. Además, las televisiones están disponibles para la ver programas en varias horas a lo largo del día.

- Los televisores son operados por y a discreción de los Oficiales de la Unidad de Alojamiento.
- Los televisores se apagarán durante los conteos oficiales, la limpieza de las áreas de alojamiento, las comidas y cuando interfieran con otras operaciones de la instalación.
- El volumen de televisión se mantendrá a un nivel razonable para no perturbar a otros detenidos u otras operaciones de las instalaciones.

A todos los detenidos se les proporcionará un mínimo de una (1) hora de acceso al gimnasio por día, cinco (5) días a la semana. Cualquier detenido que desee usar el área del gimnasio puede solicitar acceso a través del oficial de la unidad de alojamiento.

La recreación al aire libre no está disponible en esta instalación. Los detenidos pueden solicitar el traslado a un centro en el que se disponga de actividades recreativas al aire libre si cumplen los siguientes requisitos:

1. El detenido ha permanecido detenido durante seis meses sin acceso regular a actividades recreativas al aire libre (por motivos distintos de las inclemencias del tiempo);
2. El detenido ha completado los procedimientos ante el Juez de Inmigración (JI), y el JI ha emitido una decisión concerniente a la deportabilidad o exclusión; y
3. Es probable que el detenido haya permanecido detenido durante un total de nueve meses antes de ser trasladado o puesto en libertad sin tener acceso regular a actividades recreativas al aire libre.

Será necesario llenar un *Formulario de Solicitud de Detenido del ICE* y entregarlo al Oficial de la Unidad de Alojamiento. El Oficial de la Unidad de Alojamiento dirigirá su solicitud al ICE.

## OFICIOS RELIGIOSOS

Todos los detenidos tendrán acceso a recursos religiosos, servicios, instrucción y consejería de forma voluntaria. Se ampliará a todos los detenidos la libertad y la oportunidad de practicar creencias o prácticas religiosas legítimas dentro de los límites de las consideraciones de seguridad y protección. Un horario de servicios religiosos será publicado en su área de alojamiento.

Esta institución ofrece servicios religiosos dirigidos por miembros de varias religiones. Todas las visitas al clero deben ser autorizadas a través de la Oficina del Capellán de la Cárcel.

## COMIDAS RELIGIOSAS

Los detenidos pueden solicitar la observación de una comida religiosa utilizando el quiosco o un formulario de *Solicitud de detenido del condado de McHenry* escrito. Su solicitud puede requerir que llene formularios adicionales y los devuelva para su revisión. Los formularios deben ser llenados completamente o su solicitud no será considerada.

La mayoría de las peticiones de comidas religiosas ya han sido atendidas por la administración en el pasado y pueden ser atendidas rápidamente. Sin embargo, puede haber ocasiones en las que necesite hablar con alguien para que se pueda reunir información adicional a fin de asegurar de que lo que está solicitando sea un requisito religioso real y no lo que percibe como un requisito.

Las siguientes son religiones que han tenido numerosas peticiones de comida en el pasado que la institución ha manejado con la ayuda de la comunidad religiosa. Por favor, lea la siguiente sección para obtener información sobre cómo esta instalación ya ha tratado muchas necesidades de dieta religiosa por los alimentos que se sirven diariamente. Si usted observa cualquiera de las religiones descritas, por favor siga las instrucciones proporcionadas si desea comidas asociadas con esa religión.

**Hindú/Budista:** Necesitará presentar una solicitud utilizando el quiosco (bajo Solicitudes de Dieta) o un *Formulario de Solicitud de Detenido del Condado de McHenry* por escrito para solicitar una comida vegetariana total o una comida vegetariana de productos lácteos y huevos que contenga huevo, leche y queso. Escoja el tipo de comida que prefiera y asegúrese de indicarlo en su solicitud.

**Judía:** Usted necesitará presentar una solicitud utilizando el quiosco (bajo Solicitudes de Dieta) o un *Formulario de Solicitud de Detenido del Condado de McHenry* por escrito para programar una reunión con el Rabino de la institución. Después de la reunión, el Rabino, y no la institución, determinará si usted recibe comidas kosher.

**Musulmana:** Las comidas que este establecimiento sirve diariamente son halal. El contratista del servicio de alimentos provee a este establecimiento con un plan alimenticio 100% libre de carne de cerdo y productos derivados.

Si usted no está siguiendo ninguna de estas religiones y tiene necesidades especiales de comidas religiosas, tendrá que presentar una solicitud utilizando el quiosco (bajo Solicitudes de Dieta) o un *Formulario de Solicitud de Detenido del Condado de McHenry* y declarar sus necesidades. Se le enviarán dos (2) formularios que deberá llenar completamente. Una vez que los formularios completos sean devueltos, serán revisados y se tomará una decisión para determinar si su solicitud es un requisito religioso válido.

## ACCESO TELEFÓNICO

1. Todas las llamadas telefónicas son sólo salientes y se pueden hacer por cobrar, prepago a una parte o con el uso del tiempo de débito que se puede comprar a través del economato.
2. No se pueden hacer llamadas entrantes a ninguno de los teléfonos de la unidad de vivienda.
3. Los teléfonos se desconectarán después de veinte (20) minutos y le darán una advertencia antes de desconectarse. Después de los veinte (20) minutos, si alguien más está esperando para usar el teléfono, dele un turno; si nadie está esperando para usar el teléfono, usted puede hacer otra llamada.
4. No se le permite usar una tarjeta de crédito, llamar a números 800 o 900, teléfonos públicos o llamadas de tres (3) vías.
5. Si se abusa de los teléfonos, es posible que se restrinjan los privilegios telefónicos. Si sus privilegios están restringidos, se le permitirá una (1) llamada telefónica de cinco (5) minutos por semana de acuerdo con las Normas de la Cárcel del Condado de Illinois.
6. Las llamadas telefónicas o legales del consulado no serán restringidas; sin embargo, usted debe presentar una solicitud para una llamada telefónica legal utilizando un quiosco con el *Formulario de Solicitud de Detenido del Condado de McHenry* si sus privilegios telefónicos han sido restringidos.
7. A los detenidos no se les permite usar ningún teléfono de la institución. Cualquier solicitud de llamadas telefónicas de emergencia debe ser llenada en un quiosco o colocada en el *Formulario de Solicitud de Detenido del Condado de McHenry* y

entregada al Oficial de la Unidad de Alojamiento quien reenviará la solicitud a un supervisor para su revisión.

8. Los detenidos son responsables de cualquier llamada telefónica realizada con su número de identificación personal (PIN). No hay crédito o reembolsos dados por el mal uso de su PIN.

9. Todos los detenidos deben participar en el sistema de registro de voz por teléfono para establecer un pin telefónico. Esto es necesario para hacer llamadas telefónicas y recuperar mensajes de voz.

10. Las llamadas telefónicas son grabadas y pueden ser monitoreadas. Para que el número telefónico de **negocios** de la oficina de un abogado se coloque en el estado "no grabe", notifique a la Oficina de Programas el número telefónico llenando un *Formulario de Solicitud de Detenido*. Las llamadas a un tribunal, representante legal, Oficina del Inspector General, Derechos Civiles y Libertades Civiles, y las llamadas pro bono no se graban y sólo pueden ser monitoreadas por orden judicial.

11. Los teléfonos generalmente estarán accesibles los 7 días de la semana aproximadamente a partir de las 9 a.m. después de la limpieza matutina hasta el cierre nocturno a las 10 p.m.

12. Los teléfonos del área del alojamiento se apagarán durante el encierro, el trabajo de mantenimiento, los períodos de suspensión y los períodos de comida.

13. Los teléfonos del área del alojamiento se apagarán **inmediatamente** durante una perturbación o emergencia.

14. No habrá créditos, llamadas gratuitas o reembolsos por llamadas telefónicas cuando se desconecten por cualquier razón.

15. Las instrucciones para el servicio telefónico Pro Bono proporcionado por el ICE para comunicarse con Consulados, ICE, Tribunales de Inmigración y abogados Pro Bono se encuentran en sus secciones. También puede pedir ayuda al oficial de alojamiento usando el sistema.

# VISITAS

Todas las visitas son registradas y pueden ser monitoreadas. Los abogados tendrán que ponerse en contacto con la compañía de visitación de video para establecer su cuenta para las visitas de privilegio. Las horas de visita están sujetas a cambios y pueden ser canceladas en caso de mal tiempo o emergencia. No habrá ninguna visita durante las horas de comida y los tiempos de encierro incluyendo: mantenimiento, necesidades del establecimiento, disturbios, emergencias o cualquier otra causa que este establecimiento considere necesaria para terminar una visita.

Los Estándares de Detención del ICE establecen que a los miembros de la Familia Inmediata que están retenidos en el Centro Correccional del Condado de McHenry se les puede permitir que se visiten entre sí durante las horas normales de visita. La familia inmediata será madre, padres, padrastros, padres adoptivos, padres de crianza, hermanos, hermanas, hijos y cónyuges, incluyendo esposas de hecho. Los detenidos del ICE deben solicitar cualquier visita de familiares inmediatos y proporcionar pruebas suficientes de esa relación familiar inmediata. Estas solicitudes deben presentarse en un formulario de solicitud de detenido del ICE.

Cualquier conducta perturbadora por cualquiera de las partes durante cualquier tipo de visita o mensajería de video ocasionará la terminación de la visita y puede tener un efecto adverso en futuras visitas.

**Instrucciones para las visitas en video**

1. Todas las visitas deben ser pre-programadas por el visitante.
2. Las visitas también están limitadas por la disponibilidad del quiosco de visitas y los horarios y necesidades diarias del centro.
3. Deberá iniciar sesión en el quiosco de visitas a la hora de la visita programada.

**Visitas de video en el sitio y fuera del sitio**

Tanto las visitas en el sitio como fuera del sitio están disponibles a cambio de una tarifa. El establecimiento no emite reembolsos por las visitas. Su visitante tendrá que ponerse en contacto con la compañía de visitas de vídeo si necesita obtener un reembolso por cualquier razón. La visita de video en el sitio está restringida a dos (2) visitantes por visita. Los visitantes en el sitio deben tener como mínimo diecisiete (17) años de edad o estar acompañados por un adulto con una identificación válida. Puede requerirse prueba de edad si hay preguntas con respecto a la edad apropiada.  Si su visitante trae niños (16 años de edad o menos), se espera que permanezcan bajo la supervisión directa del visitante adulto para que no molesten a otros visitantes. Los visitantes deben llevar vestuario adecuado y socialmente aceptado.

Horario de visita para las horas fuera del sitio y en el sitio:

| Domingo-Sábado | 9:00 a.m. – 11:00 a.m. |
|---|---|
| | 12:00 p.m. – 1:30 p.m. |
| | 2:30 p.m. – 3:30 p.m. |
| | 6:00 p.m. – 9:30 p.m. |

Ubicación de visitas:

McHenry County Correctional Facility
2200 N. Seminary Avenue
Woodstock, IL 60098
(815) 338-2144

Se puede llegar a nuestras instalaciones utilizando los siguientes medios de transporte:

<u>Bus PACE – (800) 671-6717</u>

Horas de servicio:     Lunes-Viernes 6:00 a.m. - 7:00 p.m., Sábado 9:00 a.m. - 5:00 p.m.

Tarifas:     Los pasajeros pagarán la tarifa básica por las primeras cinco millas más $0.25 por cada milla adicional.



<u>Tren METRA – (312) 322-6777</u>



# PROGRAMA DE VOLUNTARIADO

Los detenidos que estén física y médicamente capacitados para trabajar tendrán, según disponibilidad, la oportunidad de participar en un Programa de Trabajo Voluntario como ser un trabajador de cocina, lavandería o del bloque. Su nivel de clasificación, expediente disciplinario y otros factores serán tomados en consideración. Los detenidos que participen en un programa de trabajo recibirán la capacitación necesaria, incluidos los métodos de trabajo seguros. Se requerirá que todos los detenidos firmen un *Acuerdo del Programa de Trabajo Voluntario* confirmando que recibieron y entendieron la capacitación para el trabajo asignado. Los detenidos recibirán un crédito de $3.00 a su cuenta de economato por cada día trabajado. Para ofrecerse como voluntario para el programa de trabajo, complete un ***Formulario de Solicitud de Detenido del Condado de McHenry*** y entrégueselo al Oficial de la Unidad de Alojamiento. El Oficial de la Unidad de Alojamiento dirigirá esto a la autoridad competente.

Los criterios para la participación en el Programa de Trabajo Voluntario incluyen:

- Clasificación de baja custodia
- Clasificación de custodia media-baja
- Sin problemas disciplinarios menores crónicos
- Sin grandes antecedentes disciplinarios
- Autorizado médicamente
- Ningún asunto disciplinario relacionado con el programa de trabajo anterior

Los detenidos que participan en el Programa de Trabajo Voluntario deben trabajar de acuerdo con un horario de trabajo asignado. Un detenido puede ser retirado de un programa de trabajo por causas tales como:

- Desempeño insatisfactorio
- Ausencias injustificadas
- Comportamiento perturbador, amenazas a la seguridad, etc.
- Infracciones de una regla, regulación o política de la instalación
- Incapacidad física para realizar el trabajo
- Condición de salud o enfermedad

Para ofrecerse como voluntario para trabajar en la sección, un detenido deberá presentar un ***Formulario de Solicitud de Detenido del Condado de McHenry*** al Oficial de la Unidad de Alojamiento. El Oficial de la Unidad de Alojamiento hará sus recomendaciones a la Clasificación.

Por motivos de seguridad y protección, los detenidos que se ofrezcan a trabajar en las áreas de Lavandería/Cocina deben someterse voluntariamente al registro de sus camisetas y bóxers. Estas búsquedas con palmaditas se llevarán a cabo en las áreas del gimnasio adyacentes a la unidad de vivienda y serán realizadas por un miembro del personal del mismo sexo.

# SERVICIO DE BARBERÍA

1. Los detenidos tendrán una oportunidad mensual de realizarse un corte de pelo y/o un corte facial de barba o bigote sin costo alguno.

2. Por razones sanitarias y de seguridad, está prohibido el corte de cabello en las secciones. También está prohibido poseer cabello cortado o recortes, ya sea el suyo propio u otros.

3. Las siguientes reglas se aplican en la barbería:

   - A los detenidos que se corten el pelo o se les haga un corte facial deben tener el pelo limpio.
   - No se permite quitarse ninguna parte del uniforme mientras esté en la peluquería.
   - Los detenidos sólo recibirán un corte de pelo y/o recorte facial. No se permite ningún estilo o diseño de ningún tipo.
   - Antes del comienzo de su corte de pelo y / o recorte facial, usted debe informar al peluquero de la longitud que quiere para su cabello. No se le permitirá regresar al peluquero después de completar su servicio.
   - Ningún peluquero o esteticista atenderá a ningún detenido cuando la piel de la cara, el cuello o el cuero cabelludo del detenido esté inflamada, descamada, con pus o en erupción, a menos que el servicio de dicho detenido se realice de conformidad con la autorización específica del Oficial Médico Jefe.
   - Ninguna persona será atendida si está infestada de piojos.

# ECONOMATO

El economato es un privilegio. Los pedidos de economato se pueden hacer una vez a la semana y completar antes del domingo por la noche utilizando el quiosco de su área de alojamiento. Primero debe leer el manual en el kiosco antes de poder hacer pedidos al economato. Utilice el quiosco para comprobar su saldo, formularios de acceso, manual y otras funciones. Los pedidos de economato se entregan a las unidades de alojamiento durante el día los martes, miércoles y días festivos. Los detenidos pueden pedir un (1) kit de higiene y un (1) kit de escritura cada semana.

Los kits de higiene incluyen:
Un (1) cepillo de dientes
Un (1) tubo de dentífrico
Una (1) pastilla de jabón
Un (1) peine

Los kits de escritura incluyen:
Diez (10) hojas de papel amarillo
Ocho (8) sobres estampillados
Un (1) portaminas de golf

Los detenidos son considerados indigentes con $0 a $14.99 en su cuenta de economato por los últimos treinta (30) días y recibirán el kit de escritura gratis. Los detenidos indigentes pueden pedir zapatos de ducha una vez cada treinta (30) días. A los detenidos con $15.00 o más en su cuenta de economato se les cobrará por el kit de escritura, vea la lista de precios publicada en el economato.

Los fondos para el economato se pueden depositar en el quiosco del vestíbulo de la cárcel, en línea en www.accesscorrections.com, o por teléfono al 1-866-345-1884. Hay un cargo adicional por hacer depósitos usando el quiosco, en línea o por teléfono. Este honorario será cargado a la persona que deposita los fondos. Los fondos también pueden ser enviados por correo y **deben** estar en la forma de un giro postal a nombre de la **Cárcel del Condado de McHenry**. Los giros postales **deben** tener su **nombre y número de identificación de la cárcel escritos en el campo de memo**. Los cheques de caja pueden ser aprobados para depósito de forma individual. El proceso de aprobación puede demorar hasta 20 días el envío de Cheques de Cajero a la cuenta del detenido. Si usted necesita liberar sus fondos del economato a alguien fuera de la institución, se le permitirá liberar sus fondos una (1) vez y el saldo total de su cuenta debe ser liberado.

El economato que sea entregado después de que el detenido haya sido puesto en libertad será retenido por treinta (30) días. Si no ha sido recogido dentro de treinta (30) días, será destruido.

## BIBLIOTECA

La librería de este centro contiene materiales de biblioteca estándar que se encuentran en una biblioteca de escuela o de la comunidad. Las horas de biblioteca son aproximadamente de 7:00 a.m. a 10:00 p.m. todos los días, excepto durante las horas en que la instalación está cerrada. Las necesidades, intereses y habilidades de la mayoría de los detenidos son cuidadosamente considerados y la colección de la biblioteca se desarrolló en consecuencia. Se le permite sacar libros durante el horario de la biblioteca. El Especialista en Recreación (cuando corresponda), el Bibliotecario del Detenido o un miembro del personal pueden ayudarle. Es importante que usted se encargue de los libros y los devuelva a tiempo para que otros detenidos tengan la oportunidad de leerlos y disfrutarlos. Usted puede solicitar ciertos títulos religiosos en un idioma específico (distinto al inglés si está en su idioma nativo) mediante una solicitud escrita al personal del Programa usando el quiosco.

# JUSTICIA

## DERECHOS Y RESPONSABILIDADES

Todos los detenidos tienen los siguientes derechos:

1. **Usted tiene derecho a la protección contra el abuso personal, el castigo corporal, el uso innecesario o excesivo de la fuerza, las lesiones personales, las enfermedades, los daños materiales y el acoso.**

*Usted tiene la responsabilidad de respetar los derechos de los demás.*

2. **Usted tiene el derecho de ser informado de las reglas, procedimientos y horarios concernientes al funcionamiento de la instalación.**

   *Usted tiene la responsabilidad de conocerlos y cumplirlos.*

3. **Usted tiene derecho a estar libre de discriminación por motivos de raza, religión, origen nacional, discapacidad sexual o creencias políticas.**

   *Usted tiene la responsabilidad de reconocer y respetar los derechos de los demás a este respecto.*

4. **Usted tiene derecho a recibir atención médica que incluya comidas nutritivas, ropa de cama y ropa de vestir apropiada, un horario de lavandería para la limpieza de la misma, una oportunidad de ducharse regularmente, ventilación adecuada para el calor y el aire fresco, un período regular de ejercicio físico, artículos de baño y tratamiento médico.**

   *Es su responsabilidad no desperdiciar alimentos, mantener una vivienda limpia y ordenada y buscar atención médica cuando sea necesario.*

5. **Usted tiene derecho a presentar una queja de acuerdo con los procedimientos escritos. (proporcionados en el manual)**

   *Usted tiene la responsabilidad de seguir todas las reglas y regulaciones.*

6. **Usted tiene derecho a mantener correspondencia con personas u organizaciones, en consonancia con la seguridad y el funcionamiento ordenado de la instalación.**

7. **Usted tiene derecho al debido proceso legal, incluyendo la pronta resolución de un asunto disciplinario de acuerdo con las reglas, procedimientos y sanciones provistas en el manual.**

   *Usted tiene la responsabilidad de seguir todas las reglas y regulaciones.*

8. **Usted tiene derecho a que sus familiares y amigos lo visiten de acuerdo con las reglas y horarios de la institución.**

   *Es su responsabilidad comportarse correctamente durante las visitas.*

9. **Usted tiene derecho a un acceso ilimitado y confidencial a los tribunales por correspondencia.**

   *Usted tiene la responsabilidad de presentar honesta y justamente sus peticiones, preguntas y problemas a un tribunal.*

10. **Usted tiene derecho a recibir asesoramiento legal de un abogado de su elección mediante entrevistas y correspondencia sin costo alguno para el Gobierno de los Estados Unidos.**

    *Es su responsabilidad obtener honesta y justamente los servicios de un abogado.*

11. **Usted tiene el derecho de tener acceso a material de lectura para propósitos educativos y su propio disfrute.**

    *Es su responsabilidad buscar y utilizar tal material para su beneficio personal, sin privar a otros del mismo beneficio.*

12. **Usted tiene derecho a participar en el uso de materiales de referencia de la biblioteca legal para ayudarle a resolver los problemas legales. Usted también tiene derecho a recibir ayuda cuando esté disponible a través de un programa de asistencia legal.**

    *Es su responsabilidad utilizar esos recursos de conformidad con los procedimientos y el calendario prescritos, y respetar los derechos de otros detenidos al uso del material.*

13. **Usted tiene derecho a participar en un programa de trabajo, en la medida en que haya recursos disponibles y de acuerdo con sus intereses, necesidades y habilidades.**

    *Usted tiene la responsabilidad de aprovechar las actividades que pueden ayudarle a vivir una vida exitosa y duradera dentro de la Institución y en la comunidad. Se espera que usted cumpla con las regulaciones que rigen el uso de dichas actividades.*

## PROCEDIMIENTO DE QUEJAS

No se impondrá ningún tipo de acoso, sanción o acción disciplinaria al detenido que pretenda resolver de buena fe las quejas legítimas. Sin embargo, si usted demuestra un patrón de abuso del sistema de reclamos, ocasionando cargas innecesarias a expensas de quejas legítimas, tales reclamos serán devueltos sin procesar. El abuso continuado puede dar lugar a que se inicie una acción adversa contra usted. Una copia de su queja será guardada en su expediente de detención por un período de tres (3) años.

Todos los detenidos en la Cárcel del Condado de McHenry tendrán los siguientes derechos para presentar quejas:

- El derecho a reclamar cualquier procedimiento administrativo relacionado con el detenido.
- El derecho a recibir una respuesta final por escrito a una queja presentada.

- El derecho a reclamar por las asignaciones del programa de la institución, atención médica, saneamiento, comida, ropa, propiedad personal.
- El derecho a reclamar contra el personal.

Los formularios de reclamos pueden obtenerse del Oficial de la Unidad de Alojamiento. Se debe intentar resolver las quejas informalmente hablando con un Oficial de la Unidad de Alojamiento. Si usted no puede resolver informalmente la queja, en el formulario describa de manera breve las circunstancias que rodean la queja y cómo le gustaría que se resolviera el asunto, luego devuélvalo al oficial de la sección. Si usted está reclamando por la conducta de un miembro del personal, puede solicitar que la queja se entregue directamente a un supervisor. También puede solicitar presentar su queja en un sobre sellado que se le entregará cuando lo solicite. (Las quejas presentadas directamente a un supervisor o en un sobre sellado deben contener una explicación de por qué se eludió la cadena de mando). El oficial que recibe el formulario de queja firmará y le dará una copia del formulario y le enviará el original a un supervisor que intentará resolver el asunto antes de entregar el formulario al Coordinador de Quejas Formales. El Coordinador de Quejas Formales registrará la queja y enviará una copia a la persona apropiada para que investigue y responda a su preocupación.

Usted recibirá una respuesta por escrito dentro de los treinta (30) días de haber presentado la queja. Si la queja involucra un asunto médico, usted recibirá una respuesta dentro de cinco (5) días hábiles. Usted puede apelar la decisión del coordinador de reclamos presentando una apelación al Jefe de Correccionales dentro de los cinco (5) días calendario siguientes a la recepción de la respuesta inicial. Usted recibirá una respuesta a su apelación dentro de catorce (14) días hábiles y esa decisión es definitiva. Cualquier otra apelación presentada en la misma queja será devuelta sin procesar. Los detenidos del ICE que no estén satisfechos con la respuesta de la institución a su queja pueden comunicarse directamente con la Oficina del Inspector General utilizando los procedimientos que se describen a continuación.

Usted puede solicitar asistencia para preparar su queja a otro detenido en su unidad de alojamiento, al oficial de la sección u otro miembro del personal del establecimiento, a miembros de la familia, representantes legales o voluntarios del programa.

- Recuerde, usted está obligado a seguir todas las instrucciones legales dadas por el Sheriff y sus agentes o personal.
- Una queja debe indicar que **usted** fue afectado personalmente por una acción u omisión de un establecimiento o del personal.
- Las quejas colectivas están prohibidas.
- Los reclamos deben ser llenados completamente, legibles, comprensibles y presentados de manera cortés.
- Una queja **DEBE** incluir cualquier reparación solicitada. Los reclamos presentados sin ninguna reparación solicitada serán devueltos como "notados" y sin procesar.
- Una queja no contendrá lenguaje inapropiado, beligerante, asqueroso o abusivo.
- Sólo se autoriza una queja por formulario de reclamo.

- La queja debe presentarse dentro de los cinco (5) días calendario siguientes al evento en el que se basa la reclamación.

- Al apelar una decisión de queja, la apelación también debe incluir una copia de la queja que está siendo apelada.

- Si no cumple con estos procedimientos de reclamos se producirá un retraso en el procesamiento de su reclamo y éste podrá ser devuelto sin procesar o desestimado.

- Si su queja es devuelta porque fue llenada incorrectamente, usted tendrá cinco (5) días calendario para corregirla y volver a presentarla, si lo desea.

La política del Condado de McHenry prohíbe al personal acosar, disciplinar, castigar o tomar represalias contra cualquier detenido por presentar una queja. Un detenido puede presentar una queja sobre la mala conducta de un oficial directamente ante el Departamento de Seguridad Nacional, Oficina del Inspector General, llamando al 1-800-323-8603 o escribiendo a:

> Department of Homeland Security
> Office of the Inspector General
> 245 Murray Drive, S.E., Building 410
> Washington, DC 20538

## BIBLIOTECA JURÍDICA

Los detenidos tienen derecho a un acceso mínimo de cinco (5) horas semanales al material de referencia de la Biblioteca Jurídica para que puedan trabajar en su caso legal. Los detenidos pueden solicitar tiempo adicional llenando un *Formulario de Solicitud de Detenido del Condado de McHenry* en el que se justifique su necesidad de tiempo adicional. Este centro proporciona a los detenidos acceso a materiales jurídicos utilizando Lexis-Nexis, una base de datos de investigación basada en la Web que brinda acceso actualizado a materiales jurídicos en formato electrónico. Este sistema sustituye a los libros y publicaciones legales y las computadoras con este sistema están ubicadas en la mayoría de las unidades de alojamiento. Si su unidad de alojamiento no tiene una computadora, presente un *Formulario de Solicitud de Detenido del Condado de McHenry* al Oficial de la Unidad de Alojamiento para solicitar el uso de una computadora. El programa Lexis-Nexis incluye secciones sobre la Ley de Inmigración, Ley de Casos de Inmigración y otros programas como diccionario legal para ayudar a los detenidos a entender su caso o para ayudarles a representarse ante un Juez de Inmigración. Se proporcionará material de autoayuda y se pondrá a disposición de todos los detenidos para su uso en la investigación o preparación de su defensa.

- El material de la biblioteca jurídica es accesible los siete (7) días de la semana, aproximadamente desde las 7:00 a. m. hasta el cierre nocturno a las 10:00 p. m. No está disponible cuando la instalación está encerrada.

- Las computadoras Lexis-Nexis en las unidades de alojamiento son generalmente accesibles durante las horas de vigilia, excepto durante los períodos de encierro y las comidas.

55

- Un ***Formulario de Solicitud de Detenido del Condado de McHenry*** debe utilizarse para solicitar cualquier material legal que no esté disponible, esté dañado o perdido. Entregue el formulario de solicitud a un oficial y él lo dirigirá a la Oficina de Programas.

- Los detenidos que soliciten la notarización de documentos legales deben llenar un ***Formulario de Solicitud de Detenido del Condado de McHenry*** y señalar en la solicitud la necesidad de tener un documento legal notarizado.

- Las unidades de disco del pulgar están disponibles para su uso cuando trabaje en su material legal en la computadora. Las unidades de disco de pulgar se pueden comprar a través de la Oficina de Programas por $9.00 cada una. Los detenidos pueden poseer solamente una (1) unidad de memoria USB a la vez. Si usted abandona el establecimiento, la unidad de memoria USB se colocará en su propiedad personal para que pueda llevársela con usted cuando se vaya.

  o El costo, el estilo y el tamaño de las unidades de disco duro variarán dependiendo de lo que esté disponible. Los detalles pueden obtenerse enviando una solicitud a la Oficina de Programas utilizando el quiosco.

## FAXES

**Los detenidos sólo pueden recibir faxes entrantes de abogados y enviar faxes salientes a abogados. Los faxes recibidos de cualquier persona que no sea un abogado, como familiares o amigos, no se entregarán a los detenidos.** Los detenidos pueden solicitar enviar documentos por fax a su abogado llenando un ***Formulario de Solicitud de Detenido del Condado de McHenry***, incluyendo el número de fax y el nombre del abogado, luego entregándolo al Oficial de la Unidad de Alojamiento quien hará un esfuerzo para enviárselo por fax. Una vez que su fax se haya completado exitosamente, usted recibirá el papeleo original del oficial y le dirá si el fax fue completado. A los detenidos no se les permite tener la hoja de confirmación de notificación por fax.

Se hará todo lo posible para completar su fax si el papeleo legal necesita llegar a un juez o abogado para el tribunal al siguiente día hábil. Si usted tiene una **cantidad razonable de tiempo para completar el papeleo legal y enviarlo a un juez o abogado, se le pedirá que lo envíe por correo.**

## COMPUTADORAS

Las computadoras están disponibles para el uso en la preparación de documentos legales **SOLAMENTE**. Las computadoras **no deben utilizarse** para la correspondencia personal. Aparte de las formas legales, el software legal está protegido por derechos de autor y no se puede descargar o imprimir para uso personal.

# VISITAS DE ABOGADOS

1. No hay restricciones en los horarios de visitas legales para abogados, pero se recomienda que programe un horario para la visita con la Oficina de Sargentos. Se dará consideración para que los abogados continúen visitando a sus clientes durante las comidas si es necesario, pero los abogados pueden demorarse en las visitas durante los períodos de encierro o cambio de turno.

2. A todos los abogados se les pedirá que muestren una identificación apropiada en la forma de una tarjeta de barra actual/válida. Todos los abogados deben firmar el ingreso y la salida en el mostrador de recepción y están sujetos a registro.

3. Los funcionarios o cualquier empleado del establecimiento no están autorizados a dar asesoramiento jurídico ni a recomendar un abogado a los detenidos.

Una lista de organizaciones legales *pro bono* (gratuitas) estará disponible para todos los detenidos en sus áreas de alojamiento. Esta lista se actualizará trimestralmente. Si desea ver a un representante o asistente legal de esa organización, es su responsabilidad ponerse en contacto con ellos para una cita.

# PRESENTACIONES LEGALES GRUPALES

A veces, se publicarán notificaciones para anunciar las presentaciones de los Derechos Legales del Grupo. Una hoja de inscripción estará disponible en cada unidad de alojamiento y se le dará la oportunidad de asistir.

# CARTAS DE ESTADO

Después de haber estado en la institución por un mínimo de treinta (30) días, el detenido puede solicitar una carta sobre su estado en nuestra institución desde su llegada. El "Estado" en este caso se refiere a antecedentes disciplinarios (o falta de ellos), programas a los que ha asistido, estado del trabajador y comportamiento. Las cartas de estado pueden ser solicitadas completando un formulario de Solicitud de Detenido del Condado de McHenry a un Teniente de turno. La solicitud debe contener toda la información pertinente como su estatus de trabajador, programas a los que ha asistido, etc. Una vez que usted haya recibido una carta de estado, no es elegible para recibir otra carta hasta que hayan transcurrido noventa (90) días desde la fecha de la carta de estado que ya recibió. Las cartas de estado se limitan a las siguientes situaciones:

- Audiencia sobre el estado del tribunal
- Audición de reducción de fianza
- Audiencia de inmigración

## NOTARIO, CORREO CERTIFICADO Y ASUNTOS LEGALES VARIOS

Si ningún miembro de la familia, amigo u organización comunitaria es capaz de proveer asistencia, un detenido sin representación legal puede solicitar asistencia para un notario, correo certificado, etc.

## AUTO DE HÁBEAS CORPUS

Si usted tiene una cita en el tribunal para un asunto que no es de ICE y se va a emitir un Auto de Hábeas Corpus, usted o su abogado necesitan notificar al Oficial de Expediente de Detenido asignado a su caso sobre la fecha y la orden judicial. Una vez que ICE reciba la orden, ellos harán los arreglos para que usted sea llevado a la oficina del ICE en Broadview Illinois para que la agencia que emitió la orden pueda recogerlo para el tribunal. Debido a que usted está bajo custodia del ICE, el Condado de McHenry no puede trasladarlo a otra agencia mediante una orden judicial.

# ADMINISTRACIÓN Y GESTIÓN

## ARCHIVO DE INMIGRACIÓN

Su expediente de inmigración (archivo A) se mantiene en la Oficina de Aplicación de ICE y Operaciones de Remoción en Chicago. Su expediente A contiene documentos relacionados con inmigración incluyendo pero no limitado a documentos de identificación, fotos, pasaportes, y papeles del Tribunal de Inmigración (EOIR).

## ARCHIVO DE DETENCIÓN

La Cárcel del Condado de McHenry mantiene un expediente de detención para cada detenido del ICE. Este archivo incluye lo siguiente:

1. Huellas digitales
2. Hoja de clasificación
3. Inventario de la propiedad
4. Recibo de economato
5. Recibo del manual

Además, la Cárcel del Condado de McHenry mantiene copias electrónicas de lo siguiente:

1. Acción disciplinaria del centro
2. Informes de comportamiento
3. Solicitud, quejas y asuntos escritos del detenido
4. Registros especiales de la unidad de alojamiento