

OFFICE OF THE STATE'S ATTORNEY
McHENRY COUNTY
PATRICK D. KENNEALLY

December 13, 2023

To Whom It May Concern,

My name is Assistant State's Attorney Troy C. Owens and I represent McHenry County and the McHenry County Jail. Please see the attached First Amended Complaint at law, Case No. 22-CV-50115 and filed in the United States District Court for the Northern District of Illinois, Western Division. The First Amended Complaint names McHenry County, the McHenry County Sheriff's Office, employees Daniel Sedlock, David Sitkie, David Devane, Michael Clesceri, William Prim, and Keith Nygren ("McHenry County Defendants). Further, the First Amended Complaint alleges violations by the McHenry County Defendants for violations of the forced labor provisions in the federal Trafficking Victims Protections Act ("TVPA") cited at 18 U.S.C. §§1589, 1595, in that the McHenry County Defendants allegedly unlawfully forced civil immigrant detainees to perform janitorial labor during their stay at the McHenry County Detention Center.

Please let this correspondence serve as third notice of this litigation. Pursuant to contract between the McHenry County Defendants and the Federal Government, the McHenry County Defendants hereby demand that you agree to: (1) hold harmless, (2) indemnify, (3) assume the defense, and (4) pay any and all incurred and future legal expenses of the McHenry County Defendants, the McHenry County Jail, its employees and agents against all losses arising as a result of the claims alleged in the attached First Amended Complaint. Additionally, based upon the fact that all of the named defendants acted in compliance with all of the requirements of the contracts for the housing of immigration detainees, and that said contract requirements were in the exclusive control of the federal government, we demand indemnity for any loss, defense, and payment for legal costs.

A copy of the executed contract between McHenry County and the Federal Government is attached.

Please let us know your response within five business days.

Sincerely,

Troy Owens

**EXHIBIT E**