*Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, DC 20536



February 27, 2024

**SENT VIA CERTIFIED MAIL and E-MAIL**

Troy C. Owens
Office of the State's Attorney, McHenry County
McHenry County Government Center
2200 N. Seminary Ave.
Woodstock, IL 60098
TCOwens@mchenrycountyil.gov

Re: *Ruderman v. McHenry County*, No. 22-cv-50115 (N.D. Ill. filed Aug. 9, 2022)

Dear Attorney Owens:

We received your request on December 13, 2023, regarding the matter of *Ruderman v. McHenry County*, No. 22-cv-50115 (N.D. Ill. filed Aug. 9, 2022). Your letter demands that U.S. Immigration and Customs Enforcement (ICE) agree to:

> (1) hold harmless the McHenry County Defendants; (2) indemnify the McHenry County Defendants; (3) assume the defense; and (4) pay any and all incurred and future legal expenses of the McHenry County Defendants, the McHenry County Jail, its employees and agents against all losses arising as a result of the claims alleged in the Plaintiffs' First Amended Complaint.

We have reviewed the materials submitted as well as ICE's regional enforcement obligations and found no basis upon which to meet these demands.

Sincerely,

*[signature]*

Daniel A. Bible
Executive Associate Director
Enforcement and Removal Operations

**EXHIBIT F**

www.ice.gov