IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No. 22-CV-50115 |
| Plaintiffs, | ) ) | Judge Iain D. Johnston |
| v. | ) ) ) | Magistrate Judge Margaret J. Schneider |
| MCHENRY COUNTY, MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Per the Court's order dated July 3, 2024, directing the parties to file a joint status report by August 1, 2024, updating the Court on the status of fact discovery and proposed next steps (Dkt. No. 107), the parties respectfully submit the following:

1. Plaintiffs have now taken all the individual Defendants' depositions and the depositions of certain other witnesses disclosed by Defendants, who are (or were previously) employed by Defendant McHenry County Sheriff's Office. For their part, Defendants have taken the deposition of all the named Plaintiffs.

2. Though the close of fact discovery in this matter was scheduled for June 28, 2024, Defendants moved this court to extend the fact discovery cut off by 120 days to allow Defendants additional time to further investigate certain declarations that Plaintiffs produced and depose the declarants. (Dkt. No. 106.)

3. On July 3, 2024, this Court granted Defendants' motion in part and extended fact discovery by 90 days to September 26, 2024. (Dkt. No. 107.)

4. Though Defendants have not yet begun scheduling the depositions of the declarants discussed above, Plaintiffs plan to work cooperatively with Defendants to schedule them.

5. Plaintiffs intend to serve some limited additional written discovery upon Defendants.

6. In terms of next steps in this matter beyond fact discovery, Plaintiffs plan to disclose experts and file a motion for class certification.

7. On March 18, 2024, this Court granted Defendants leave to file their third-party complaint against the federal government and various individual federal actors, Dkt. No. 97, and Defendants filed that third-party complaint on March 20, 2024, Dkt. No. 99. Defendants intend to file a motion for leave to file an amended third-party complaint next week. Defendants believe that the third-party defendants will not have an objection to the same.

8. There is potential disagreement between the Parties whether there is service of the third-party complaint on the third-party defendants.

9. Plaintiffs have only just learned, on August 1, 2024, of Defendants' plans to amend the third-party complaint and do not yet know the substance of the proposed amendment. Plaintiffs are not aware of any service of the as-filed third-party complaint on the third-party defendants and assert that the 90-day period of service of Defendants' third-party complaint has lapsed, *see* Fed. R. Civ. P. 4(m), no attorney has appeared for any third-party defendant, and they are concerned that allowing additional amendments will delay this case toward disposition. For these reasons, Plaintiffs reserve the right to object to any such amendment.

10. No settlement discussions have taken place to date.

Dated: August 1, 2024

| | |
|---|---|
| */s/ Margaret E. Truesdale* | */s/ Troy C. Owens* |
| Margaret E. Truesdale | Troy C. Owens |
| Hughes Socol Piers Resnick & Dym, Ltd. | McHenry County State's Attorney's Office |
| 70 W. Madison St., Ste. 4000 | 2200 N. Seminary Ave |
| Chicago, IL 60602 | Woodstock IL 60098 |
| (312) 580-0100 | (815) 334-4159 |
| mtruesdale@hsplegal.com | tcowens@mchenrycountyil.gov |
| *One of the Attorneys for the Plaintiffs and the Proposed Class* | *One of the Attorneys for the Defendants* |