# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, JAHAT EVELYN, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | Docket No. 3:22-cv-50115 |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Judge Iain Johnston |
| MCHENRY COUNTY, McHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK, | ) ) ) ) ) ) | Magistrate Judge Margaret Schneider |
| Defendants. | ) ) | |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

NOW COME Defendants McHenry County, McHenry County Sheriff's Office, Bill Prim, Keith Nygren, Michael Clesceri, Daniel Sitkie, David Devane, and Daniel Sedlock (hereinafter referred to collectively as "Defendants"), by and through their attorneys Eric Seeleman and Andrew Hamilton and pursuant to Federal Rules of Civil Procedure Rules 26 and 34 and for their Responses to Plaintiff's First Request for Production of Documents, state as follows:

**REQUESTS TO PRODUCE**

**REQUEST NO. 1:** All grievances and/or other documents reflecting complaints made by civil immigration detainees at the McHenry County Detention Center that relate to Cleaning, for the time period April 14, 2012, to the present.

1

**RESPONSE**: Defendants are producing the attached documents marked and identified as MCC 000001-000012.

**REQUEST NO. 2**: All documents that relate in any way to discipline imposed on civil immigration detainees for Cleaning or refusing to engage in Cleaning at the McHenry County Detention Center, for the time period April 14, 2012, to the present, including but not limited to records of lock downs, segregation, and loss of privileges.

**RESPONSE**: Defendants are producing the attached documents marked and identified as MCC000013-000021, MCC000032-000054, and MCC000220-000228.

**REQUEST NO. 3**: For all civil immigration detainees held in the McHenry County Detention Center at any point from April 14, 2012, to February 28, 2022, documents that contain identifying information. For the purpose of this request, "identifying information" means any/all personal identifiers and contact information the McHenry County Detention Center collected and/or maintained about civil immigration detainees, i.e., their names; dates of birth; state or federal government identification numbers; IR numbers; jail ID numbers; last known residential and e-mail addresses; last known phone number; names, last known residential and e-mail addresses, and last known phone numbers for their family members or spouses; as well as any additional available contact information and standard booking data.

**RESPONSE**: Defendant objects to this request to the extent that it is neither relevant to the individual plaintiff's claims nor proportional to the needs of the case. The extent of personal and private information sought is excessive, intrusive, and an undue burden, all of which heavily outweigh the likely benefit at this stage of litigation, where Defendants' Motion to Dismiss remains pending and could terminate this case. Moreover, Defendants held plaintiffs pursuant to a contract with the United States Immigration and Customs Enforcement agency ("ICE"). This contract subjected Defendants to various rules, policies, and regulations pertaining to the detainment of plaintiffs. Prior to producing any of the requested information Defendants would need to obtain permission from ICE. Defendants' counsel has inquired with a legal representative of ICE to clarify Defendants' duties and obligations with respect to the requested information, but still awaits a response. The parties are in the initial stages of discovery and the answering Defendants reserve the right to amend and supplement its answers. Defendants are willing to meet and confer to discuss how this request could potentially be narrowed in scope and a protective order could be utilized, in consultation with ICE, to satisfy all

involved parties.

**REQUEST NO. 4**: All documents reflecting policies or practices pertaining to detainee Cleaning at the McHenry County Detention Center, for the time period April 14, 2012, to the present, including any applicable general orders.

**RESPONSE**: Defendants are producing the attached documents marked and identified as

MCC000013-000026 and MCC000055-000228.

**REQUEST NO. 5**: All documents reflecting policies or practices pertaining to detainee discipline at the McHenry County Detention Center, for the time period April 14, 2012, to the present, including any applicable general orders.

**RESPONSE**: Defendants are producing the attached documents marked and identified as

MCC000014-000016 and MCC000024-000026. Defendants are also producing the entire ICE

Detainee Handbook, which will be provided in a supplementary production within the next

week.

**REQUEST NO. 6**: All documents reflecting costs relating to Cleaning labor at the McHenry County Detention Center, for the time period April 14, 2012, to the present, including budget documents and contracts with third parties for Cleaning services.

**RESPONSE**: Defendants object to this request to the extent that it is not proportional to the needs of the case considering the potential impact of the pending motion to dismiss and the fact that this request imposes a great burden upon Defendants in reviewing myriad records from the last 10 years and discerning whether they somehow relate to the ambiguous term "cleaning labor" (only "cleaning" was defined in the Request). The request is also overly broad in that it seeks budgetary records that are completely unrelated to cleaning of the detention center. The request is also unduly burdensome to the extent that it requests documents that are published to the publicly available website of the McHenry County government. In the spirit of discovery and without waiving the objections raised herein; see attached documents marked and identified as MCC000027-000031. Underlying supporting documents have been withheld pursuant to the above objection.

3

Dated: October 14, 2022.

        Respectfully Submitted,

        DEFENDANTS McHENRY COUNTY, McHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK

        By: /s/ Eric Seeleman
           Assistant State's Attorney

Patrick Kenneally, McHenry County State's Attorney
Eric Seeleman (ARDC No. 6334936)
Andrew Hamilton (ARDC No. 6325652)
Assistant State's Attorneys
2200 North Seminary Avenue
Woodstock, Illinois 60098
(815) 334-4159 Telephone
(815) 337-0872 Facsimile
ETSeeleman@mchenrycountyil.gov

4

## **CERTIFICATE OF SERVICE**

The undersigned attorney, Eric Seeleman, hereby certifies that a copy of **Defendants' Response to Plaintiffs' First Request for Production of Documents** was served on

| | |
|---|---|
| Elizabeth N. Mazur, Esq.<br>Charles D. Wysong, Esq.<br>Margaret E. Truesdale, Esq.<br>    Hughes Socol Piers Resnick & Dym, Ltd.<br>    70 W. Madison Street, Suite 4000<br>    Chicago, Illinois 60602<br>    emazur@hsplegal.com<br>    cwysong@hsplegal.com<br>    mtruesdale@hsplegal.com | *Attorneys for the Plaintiffs and the Proposed Class* |
| Jay Kumar, Esq.<br>    Jay Kumar Law<br>    73 W. Monroe St., #100<br>    Chicago, IL 60603<br>    Jay@JayKumarLaw.com | *Attorneys for the Plaintiffs and the Proposed Class* |
| Raphael Janove, Esq.<br>Adam Pollock, Esq.<br>Agatha Cole, Esq.<br>    Pollock Cohen LLP<br>    60 Broad St., 24th Fl.<br>    New York, NY 10004<br>    Rafi@PollockCohen.com<br>    Adam@PollockCohen.com<br>    Agatha@PollockCohen.com | *Attorneys for the Plaintiffs and the Proposed Class* |
| Jacob Briskman, Esq.<br>A. Ross Cassingham, Esq.<br>    2054 N. California Ave.<br>    Chicago, IL 60647<br>    Jacob.Briskman@gmail.com<br>    A.Ross.Cassingham@gmail.com | *Attorneys for the Plaintiffs and the Proposed Class* |

by e-mail on October 14, 2022.

    /s/Eric Seeleman
    Assistant State's Attorney