# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, JAHAT EVELYN, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL on behalf of themselves and all other similarly situated, | ) ) ) ) ) | Case No. 22-CV-50115 |
| Plaintiffs, | ) ) | Judge Iain D. Johnston |
| v. | ) ) | Magistrate Judge Margaret J. Schneider |
| MCHENRY COUNTY MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK | ) ) ) ) ) | |
| Defendants. | ) | |

**MCHENRY COUNTY DEFENDANTS' FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COME the Defendants, COUNTY OF McHENRY, McHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE and DANIEL SEDLOCK, ("County Defendants"), by and through their attorney, Patrick D. Kenneally, McHenry County State's Attorney, and his duly appointed Assistant State's Attorneys, Troy C. Owens and Andrew Hamilton, and for their First Supplemental Response to Plaintiff's Request for Production of Documents pursuant to the Federal Rule of Civil Procedure No. 34, submits as follows:

**SUPPLEMENTAL RESPONSE:**

**Request for Production No. 1.** All grievances and/or other documents reflecting complaints made by civil immigration detainees at the McHenry County Detention Center that relate to cleaning for the time period April 14, 2012 to the present.

**Answer:**

**Please see the attached production stamped as MC001249-MC002116.**

**Request for Production No. 3**. For all civil immigration detainees held I the McHenry County Detention Center at any point from April 14, 2012, to February 28, 2022, documents that contain identifying information. For the purpose of this request, "identifying information" means any/all personal identifiers and contact information the McHenry County Detention Center collected and/or maintained about civil immigration detainees, i.e., their names; dates of birth; state or federal government identification numbers; IR numbers; jail ID numbers; last known residential and e-mail addresses; last known phone number; names, last known residential and e-mail addresses, and last known phone numbers for their family members or spouses; as well as any additional available contact information and standard booking data.

**Answer:**

**Responding defendants object to Request for Production No. 3 on the basis that the requests are overly broad and therefore burdensome and oppressive, and not reasonably calculated to lead to the discovery of admissible evidence at the time of trial. In the spirit of discovery and without waiving the objection raised herein, please see the attached production stamped as MC001249-MC002116.**

**Request for Production No. 6.** All documents reflecting costs relating to Cleaning labor at the McHenry County Detention Center, for the time period April 14, 2012 to the present including budget documents and contracts with third parties for Cleaning services.

**Answer:**

**Answering Defendants object to Request for Production No. 6 insofar as the information sought is irrelevant, immaterial, and not reasonably calculated to lead to the discovery of**

**admissible evidence at the time of trial. In the spirit of discovery and without waiving the objection raised herein, please see the attached production stamped as MC001249-MC002116.**

                                                  Respectfully submitted,

                                                  Defendants,

                                                  By: /s/ Andrew Hamilton
                                                        One of their attorneys

Patrick D. Kenneally McHenry County State's Attorney
Troy C. Owens (ARDC No. 6208293)
Andrew Hamilton (ARDC No. 6325652)
Assistant State's Attorneys
McHenry County Government Center
2200 North Seminary Avenue Woodstock, Illinois 60098
815·334·4159 (phone)
815·334·0872 (fax)
tcowens@mchenrycountyil.gov
aghamilton@mchenrycountyil.gov

## CERTIFICATE OF SERVICE

      The undersigned attorney, Andrew Hamilton, pursuant to 735 ILCS 5/1-109, hereby certifies that a copy of **McHenry County Defendants' First Supplemental Response to Plaintiff's First Request for Production of Documents** was served on:

| | |
|---|---|
| Charles Wysong<br>Elizabeth Mazur<br>Margaret E. Truesdale<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>70 W. Madison St., Ste. 4000<br>Chicago, IL  60602<br>cwysong@hsplegal.com<br>emazur@hsplegal.com<br>mtruesdale@hsplegal.com | Raphael Janove<br>Adam Pollock<br>Agatha Cole<br>Pollock Cohen LLP<br>60 Broad St., 24th Fl.<br>New York, NY  10004<br>Rafi@PollockCohen.com<br>Adam@PollockCohen.com<br>Agatha@PollockCohen.com |
| Jay Kumar<br>Jay Kumar Law<br>73 W. Monroe St., #100<br>Chicago, IL  60603<br>Jay@JayKumarLaw.com | Jacob S. Briskman<br>A. Ross Cassingham<br>2054 N. California Ave.<br>Chicago, IL  60647<br>Jacob.Briskman@gmail.com<br>A.Ross.Cassingham@gmail.com |

via email on April 6, 2023.

                                                /s/ Andrew Hamilton
                                                Assistant State's Attorney