# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, JAHAT EVELYN, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL on behalf of themselves and all other similarly situated, <br>  Plaintiffs, <br> v. <br> MCHENRY COUNTY MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK <br>  Defendants. | Case No. 22-CV-50115 <br><br> Judge Iain D. Johnston <br><br> Magistrate Judge Margaret J. Schneider |

**MCHENRY COUNTY DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COME the Defendants, COUNTY OF McHENRY, McHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE and DANIEL SEDLOCK, ("County Defendants"), by and through their attorney, Patrick D. Kenneally, McHenry County State's Attorney, and his duly appointed Assistant State's Attorneys, Troy C. Owens and Andrew Hamilton, and for their First Supplemental Response to Plaintiff's Request for Production of Documents pursuant to the Federal Rule of Civil Procedure No. 34, submits as follows:

**SUPPLEMENTAL RESPONSE:**

**Request for Production No. 3**. For all civil immigration detainees held I the McHenry County Detention Center at any point from April 14, 2012, to February 28, 2022, documents that contain identifying information. For the purpose of this request, "identifying information" means any/all

personal identifiers and contact information the McHenry County Detention Center collected and/or maintained about civil immigration detainees, i.e., their names; dates of birth; state or federal government identification numbers; IR numbers; jail ID numbers; last known residential and e-mail addresses; last known phone number; names, last known residential and e-mail addresses, and last known phone numbers for their family members or spouses; as well as any additional available contact information and standard booking data.

    Answer:

**Responding defendants object to Request for Production No. 3 on the basis that the requests are overly broad and therefore burdensome and oppressive, and not reasonably calculated to lead to the discovery of admissible evidence at the time of trial. In the spirit of discovery and without waiving the objection raised herein, please see the previously sent production stamped as MC001249-MC002116. Answering further, Defendants have not provided responsive discovery materials as it pertains to immigration detainees who are not named plaintiffs.**

**Request for Production No. 5.** All documents reflecting policies or practices pertaining to detainee discipline at the McHenry County Detention Center, for the time period April 14, 2012, to the present, including any applicable general orders.

    Answer:

**Please see the attached, stamped as MC002117-MC002157, MC002163-002450.**

**Request for Production No. 6.** All documents reflecting costs relating to cleaning labor at the McHenry County Detention Center, for the time period April 14, 2012 to the present including budget documents and contracts with third parties for Cleaning services.

**Answer:**

**Answering Defendants object to Request for Production No. 6 insofar as the information sought is irrelevant, immaterial, and not reasonably calculated to lead to the discovery of admissible evidence at the time of trial. In the spirit of discovery and without waiving the objection raised herein, please see the production attached and stamped as MC002158-MC02162**

**Answering further, Defendant is not withholding any documents responsive to this request.**

Respectfully submitted,

Defendants,

By: /s/ Troy Owens
    One of their attorneys

Patrick D. Kenneally McHenry County State's Attorney
Troy C. Owens (ARDC No. 6208293)
Andrew Hamilton (ARDC No. 6325652)
Assistant State's Attorneys
McHenry County Government Center
2200 North Seminary Avenue Woodstock, Illinois 60098
815·334·4159 (phone)
815·334·0872 (fax)
tcowens@mchenrycountyil.gov
aghamilton@mchenrycountyil.gov

3

## **CERTIFICATE OF SERVICE**

      The undersigned attorney, Andrew Hamilton, pursuant to 735 ILCS 5/1-109, hereby certifies that a copy of **McHenry County Defendants' Second Supplemental Response to Plaintiff's First Request for Production Of Documents** was served on:

Charles Wysong
Elizabeth Mazur
Margaret E. Truesdale
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Ste. 4000
Chicago, IL 60602
cwysong@hsplegal.com
emazur@hsplegal.com
mtruesdale@hsplegal.com

Jay Kumar
Jay Kumar Law
73 W. Monroe St., #100
Chicago, IL 60603
Jay@JayKumarLaw.com

Raphael Janove
Adam Pollock
Agatha Cole
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004
Rafi@PollockCohen.com
Adam@PollockCohen.com
Agatha@PollockCohen.com

Jacob S. Briskman
A. Ross Cassingham
2054 N. California Ave.
Chicago, IL 60647
Jacob.Briskman@gmail.com
A.Ross.Cassingham@gmail.com

via email on April 27, 2023.

                                            /s/ Andrew Hamilton
                                            Assistant State's Attorney