# EXHIBIT G

```
                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF ILLINOIS

                          WESTERN DIVISION

------------------------------------------------------------------



Aleksey Ruderman et al.,



          Plaintiffs,



vs.                                    Case Number: 32022CV50115



McHenry County et al.,



          Defendants.

------------------------------------------------------------------

                    Deposition of Michael Clesceri

                               Friday

                           March 1, 2024



                                -at-



                       Zoom Remote Deposition





                Transcribed By:  Laura C. Monteith
```

Exhibit 5

```
 1        A.   Sure.  We may contract -- like, for instance, if you
 2   have a cell that needs sanitation, we would bring in an outside
 3   company for that.
 4        Q.   Okay.
 5        A.   I believe we used Aftermath.  So we would use an
 6   outside contractor for that.  If we did annual cleanings or
 7   biannual cleanings, we would use outside contractors for that.
 8        Q.   Okay.
 9        A.   If they were just day-to-day jobs, those would be paid
10   jail workers, but those were sentenced inmates or inmates --
11   county inmates only.
12        Q.   Okay.  Okay.  So the -- if I understand correctly,
13   there were some kind of outside contractors that may be brought
14   in to do custodial services, and then -- but those were separate
15   from the janitorial staff that are sort of referenced in this
16   General Order; is that correct?
17        A.   Yes.
18        Q.   And the janitorial staff are those people who were
19   like -- like, employees of the sheriff's office?
20        A.   Yes.
21        Q.   Okay.  And if I understand correctly, the janitorial
22   staff wouldn't typically go into the restricted areas of the
23   jail unless something unusual happened or exceptional happened
24   that required them to be there?
25        A.   Correct.  And like I -- like I said, I don't recall
```

Exhibit 5