# EXHIBIT H

```
                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF ILLINOIS

                           WESTERN DIVISION

    ------------------------------------------------------------

    Aleksey Ruderman et al.,



              Plaintiffs,



         vs.                              Case Number 3:2022cv50115



    McHenry County et al.,



              Defendants.

    ------------------------------------------------------------

                       Deposition of William Prim

                              Wednesday

                          March 27th, 2024



                                -at-



                        Zoom Remote Deposition
```

Exhibit 5, LLC

```
 1   looking at, rog six.  We said -- as we said earlier,
 2   you said, "Defendants employed janitorial staff to
 3   clean the detention -- the McHenry County Detention
 4   Center, and a relevant list of janitorial staff is
 5   attached."  And then you say, "Further responding,
 6   without waiving the objection raised herein, the
 7   McHenry County Detention Center hired Aftermath
 8   Services, LLC for biohazard cleanup on an as-needed
 9   basis to clean certain bodily fluids."  Do you see
10   that?
11       A.   Yes.                                           1:23:43
12       Q.   Are you familiar then with Aftermath
13   Services, LLC?
14       A.   Yes.
15       Q.   What would be an example of a situation where
16   the Mchenry County Sheriff's Office would hire
17   Aftermath?
18       A.   Blood, where there was extensive amount of
19   blood, where there's a spill of blood, whether it was
20   from a blood draw or what have you.  It could be for
21   bodily fluids.  Unfortunately, that happens on a -- on
22   a somewhat regular basis inside a jail facility.  We
23   don't expect our -- our staff to have to clean up
24   biohazard materials.
25       Q.   If -- if we had -- if we wanted to find out
```

```
 1  how many times the McHenry County Sheriff's Office
 2  hired Aftermath in a given time period, do you know
 3  where we would look for that information?
 4       A.   I mean, that would be maintained in -- in the
 5  records of the -- of the office.
 6       Q.   Was that a contract or was it the -- the
 7  McHenry County Sheriff's Office itself that contracted
 8  with Aftermath, or was it the county that contracted
 9  with Aftermath?
10       A.   I -- I don't recall on that specific
11  contract.                                              1:25:23
12       Q.   Okay.  Then let's take a look at what we'll
13  mark Exhibit 54.  This, again, has the case caption for
14  this case, and then it says, "Defendant Bill Prim's
15  Answers to Plaintiffs' Second Set of Interrogatories."
16  Do you see that?
17       A.   Yes.
18       Q.   Do you recognize this document?
19       A.   Yes.
20       Q.   Do you recognize this as your responses to
21  Plaintiffs' -- your responses to Plaintiffs' second set
22  of interrogatories in this lawsuit?
23       A.   Yes.
24       Q.   Okay.  And then if we scroll down to page 4
25  of the document, is this your signature?
```