# EXHIBIT I

; for transferred and promotion insights)

| | Name | Hire Date | Separation Date | Beginning Hourly Wage | Ending/Current Hourly Wage | Note |
|---|---|---|---|---|---|---|
| 1 | | 4/19/1993 | 4/1/2016 | $ 7.14 | $ 19.11 | |
| 2 | | 8/23/1993 | 7/22/2016 | $ 7.14 | $ 19.11 | |
| 3 | | 1/3/2006 | 7/30/2015 | $ 11.85 | $ 17.17 | |
| 4 | | 11/23/2009 | | $ 12.61 | $ 25.33 | Promoted to Supervisor 8/23/10 = $17.60/hr (10% above $16/hr top out wage). Current Supervisor wage = $25.33 |
| 5 | | 8/30/2010 | | $ 12.99 | $ 21.95 | |
| 6 | | 9/22/2015 | | $ 15.05 | $ 20.27 | |
| 7 | | 6/6/2016 | 4/4/2019 | $ 15.31 | $ 17.17 | |
| 8 | | 10/11/2016 | 8/5/2017 | $ 15.31 | $ 15.66 | Transferred to Civil Process Clerk II |
| 9 | | 10/2/2017 | 5/25/2019 | $ 15.66 | $ 16.90 | Transferred to Corrections CO |
| 10 | | 6/3/2019 | | $ 16.37 | $ 19.33 | |
| 11 | | 6/17/2019 | 10/8/2022 | $ 16.37 | $ 18.29 | Transferred to Corrections Clerk II |

MCC003091