# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS WESTERN DIVISION

| | |
|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>MCHENRY COUNTY, MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK,<br><br>      Defendants. | Docket No. 3:22-cv-50115<br><br>Judge Iain Johnston<br><br>Mag. Judge Margaret Schneider |

## DEFENDANT MCHENRY COUNTY SHERIFF'S OFFICE ANSWERS TO PLAINTIFF CLARKE'S FIRST SET OF REQUESTS FOR ADMISSION

Defendant McHenry County Sheriff's Office, by their attorneys, Patrick D. Kenneally, McHenry County State's Attorney, and his Assistant State's Attorneys, Troy C. Owens and Andrew Hamilton, for their Answers to Plaintiff CLARKE's First Set of Requests for Admission states as follows:

 1. Admit that the document produced as MCC003091 identifies the number of janitorial staff at the McHenry County Detention Center during the Relevant Period, the dates of their employment, and their salaries and hourly wages.

**ANSWER: Defendant McHenry County Sheriff's Office, under the attestation of Sheriff Robb Tadelman, admits this Request.**

1

2. Admit that the detainees housed on behalf of ICE at the McHenry County Detention Center during the Relevant Period were civilly detained immigrants.

**ANSWER: Defendant McHenry County Sheriff's Office, under the attestation of Sheriff Robb Tadelman, admits this Request.**

3. Admit that the detainees housed on behalf of ICE at the McHenry County Detention Center during the Relevant Period were awaiting hearing on their immigration status or deportation which housed at the McHenry County Detention Center.

**ANSWER: Defendant McHenry County Sheriff's Office, under the attestation of Sheriff Robb Tadelman, admits this Request.**

4. Admit that the detainees housed on behalf of ICE at the McHenry County Detention Center during the Relevant Period were not serving a criminal sentence at the McHenry County Detention Center.

**ANSWER: Defendant McHenry County Sheriff's Office, under the attestation of Sheriff Robb Tadelman, admits this Request.**

5. Admit that the detainees housed on behalf of ICE at the McHenry County Detention Center during the Relevant Period were not awaiting trial on criminal charges at the McHenry County Detention Center.

**ANSWER: Defendant McHenry County Sheriff's Office, under the attestation of Sheriff Robb Tadelman, admits this Request.**

Respectfully submitted,

Defendant, McHenry County Sheriff's Office

By: /s/Andrew Hamilton
    Assistant State's Attorney

Patrick D. Kenneally
McHenry County State's Attorney
Andrew Hamilton (ARDC No. 6325652)
Troy C. Owens (ARDC No. 6208293)
Assistant State's Attorneys
McHenry County Government Center
2200 N. Seminary Avenue
Woodstock, IL 60098
Tel. (815) 334-4159
aghamilton@mchenrycountyil.gov
tcowens@mchenrycountyil.gov

3

## ATTESTATION

STATE OF ILLINOIS      )
                                  ) SS.
COUNTY OF McHENRY  )

On behalf of McHenry County Sheriff's Office, being first duly sworn on oath, deposes and states that he/she is a defendant in the above-captioned matter; that he/she has read the foregoing document, and the answers made herein are true, correct and complete to the best of his/her knowledge and belief.

_____
SIGNATURE

> OFFICIAL SEAL
> HOLEN J DEUTSCHLE
> NOTARY PUBLIC, STATE OF ILLINOIS
> My Commission Expires 1/4/25

SUBSCRIBED and SWORN to before me this
_13_ day of ___May___, 2024.

_____
NOTARY PUBLIC

4

## CERTIFICATE OF SERVICE

The undersigned attorney, Andrew Hamilton, pursuant to 735 ILCS 5/1-109, hereby certifies that a copy of **DEFENDANT MCHENRY COUNTY SHERIFF'S OFFICE ANSWERS TO PLAINTIFF CLARKE'S FIRST SET OF REQUESTS FOR ADMISSION** was served on:

Elizabeth Mazur
Margaret E. Truesdale
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Ste. 4000
Chicago, IL 60602
emazur@hsplegal.com
mtruesdale@hsplegal.com


via email on May 22, 2024.

                                                     /s/ Andrew Hamilton
                                                     Assistant State's Attorney