**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No. 22-CV-50115 |
| Plaintiffs, | ) ) | Judge Iain D. Johnston |
| v. | ) ) | Magistrate Judge Margaret J. Schneider |
| MCHENRY COUNTY, MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>NOTICE OF JAHAT EVELYN'S EMAIL ADDRESS</u>

Per the Court's orders dated October 17, 2024, and October 23, 2024 (ECF Nos. 137 and 139), directing Jahat Evelyn's former counsel to file Mr. Evelyn's e-mail address with the court, undersigned counsel respectfully submits the following:

1. Mr. Evelyn's last known email address is: <u>Jahatevelyn0@gmail.com</u>

2. Pursuant to this Court's October 23, 2024 order (ECF No. 139), undersigned counsel submits this filing in lieu of appearing in person at the status hearing set for October 28, 2024, at 9:30 a.m. in the above-referenced action.

3. Undersigned counsel did not receive an email CM/ECF notification of this Court's October 17, 2024 order (ECF No. 137) requesting that undersigned counsel file Mr. Evelyn's email address with the court by October 22, 2024.

4.  In an October 24, 2024 call to the Northern District of Illinois Western Division's intake line, undersigned counsel was informed that the CM/ECF system showed no record of any email notification of the October 17, 2024 order being sent to undersigned counsel.

5.  Following the undersigned counsel's call to the intake line, counsel received a CM/ECF notification for the October 17, 2024 order, as demonstrated by Exhibit A.

6.  Counsel shares this information to assure the Court that counsel takes the Court's orders seriously. Counsel did not comply with the October 17, 2024 order because she had not received a CM/ECF notification of the order.

Dated: October 24, 2024

*/s/ Margaret E. Truesdale*
Margaret E. Truesdale
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Ste. 4000
Chicago, IL 60602
(312) 580-0100
mtruesdale@hsplegal.com
*One of the Attorneys for the Plaintiffs and the Proposed Class*