UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ALEKSEY RUDERMAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| McHENRY COUNTY, *et al.*, | ) No. 22 C 50115 |
| Defendants/Third-Party Plaintiffs, | ) Judge Johnston<br>) Magistrate Judge Schneider |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Third-Party Defendant. | ) |

## UNITED STATES' MOTION TO DISMISS DEFENDANTS' AMENDED THIRD-PARTY COMPLAINT

Third-party defendant United States, by its attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, moves to dismiss defendants' amended third-party complaint without prejudice pursuant to Fed. R. Civ. P. 12(b)(6), because the claims contained therein are premature. A memorandum in support of this motion is filed with this motion.

Respectfully submitted,

MORRIS PASQUAL.
Acting United States Attorney

By: s/ Ifeanyi C. Mogbana
IFEANYI C. MOGBANA
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444
ifeanyi.mogbana@usdoj.gov