UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Western Division

Aleksey Ruderman, et al.
                                  Plaintiff,

v.                                                  Case No.: 3:22–cv–50115
                                                                        Honorable Iain D. Johnston

McHenry County, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2025:

       MINUTE entry before the Honorable Michael F. Iasparro: In−person status hearing held 7/31/2025. The parties update the Court on the status of discovery. Plaintiffs' motion to extend fact discovery [171] is unopposed and granted. For the reasons stated on the record, the fact discovery deadline is extended to 9/27/2025 solely for Plaintiffs to receive one remaining declaration and depose two McHenry County Sheriff's Office Rule 30(b)(6) witnesses and for the McHenry County Defendants/Third−Party Plaintiffs to depose the six ICE witnesses and one non−party witness from whom declarations have recently been obtained or will be obtained and that were disclosed in support of their sovereign immunity defense. The McHenry County Defendants/Third−Party Plaintiffs' oral motion to withdraw the appearance of attorney Thomas Cahill is granted. The Clerk is directed to terminate attorney Cahill's appearance. A telephonic status hearing is set for 9/23/2025 at 10:45 AM for an update on the completion of fact discovery. Public access is available via the following call−in number: (855) 244−8681, with access code 2310 278 3512 # #. Counsel for all parties are ordered to appear by using the call−in number above. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.