UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ALEKSEY RUDERMAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) No. 22 C 50115 |
| McHENRY COUNTY, *et al.*, | ) |
| | ) Judge Johnston |
| Defendants/Third-Party Plaintiffs, | ) Magistrate Judge Iasparro |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Third-Party Defendant. | ) |

**UNITED STATES' MOTION
FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER**

Third-party defendant United States, by its attorney, Andew S. Boutros, United States Attorney for the Northern District of Illinois, moves the court pursuant to 28 U.S.C. § 636 (b)(1)(A) and Fed. R. Civ. Pro. 72(a), to reconsider the magistrate judge's September 12, 2025, order, and enter a protective order preventing the deposition of six ICE employees until the County complies with DHS *Touhy*-regulation requirements. A memorandum in support is filed with this motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Ifeanyi C. Mogbana
    IFEANYI C. MOGBANA
    Assistant United States Attorney
    327 South Church Street, Suite 3300
    Rockford, Illinois 61101
    (815) 987-4444
    ifeanyi.mogbana@usdoj.gov