**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Western Division**

Aleksey Ruderman, et al.
Plaintiff,
v.
McHenry County, et al.
Defendant.

Case No.: 3:22−cv−50115
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

MINUTE entry before the Honorable Michael F. Iasparro: Telephonic hearing held 3/12/2026. The parties report that the deposition of Christopher McDaniels has been completed and that no additional discovery is required. Fact discovery is closed, and the McHenry County Defendants' motion to extend fact discovery [178] is denied as moot. As discussed on the record, any motion for class certification, including any Rule 26(a)(2)(B) retained expert disclosures for purposes of class certification, shall be filed on or before 5/29/2026. An in−person hearing is set for 6/2/2026 at 11:00 AM. Counsel for all parties are ordered to appear in Courtroom 3200 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.