# EXHIBIT

# 33

45 upper



THIRD MEZZANINE PLAN
1" = 30'-0"

0 15' 30' 60'

McHenry County Jail Expansion
McHenry County - Illinois
2200 N Seminary Ave, Woodstock, IL
January 12, 2005

JACOBS