# EXHIBIT

# 37

| | |
|---|---|
| **From:** | Frank Males |
| **To:** | Daniel Sitkie |
| **Subject:** | RE: Cleaning schedule |
| **Date:** | Saturday, January 26, 2013 2:28:52 PM |

This was implemented last week with the full support of my partners. Way ahead of you boss..

---

**From:** Daniel Sitkie
**Sent:** Thursday, January 24, 2013 4:47 PM
**To:** Frank Males
**Subject:** RE: Cleaning schedule

I AGREE AND YOU ARE NOW IN CHARGE. SET IT UP FOR AFTERNOON SHIFT------I WANT YOU TO EXPLAIN IT TO THE INMATES WITH A NOTICE AND PUT A DATE--- IN THE FUTURE--- WHEN IT STARTS ----- EXPLAIN TO THEM ON THE NOTICE THAT IF THEY REFUSE THEY WILL BE LOCKED DOWN FOR 3 DAYS AND THEN ASKED AGAIN THE NEXT DAY TO MAKE UP FOR THE DAY REFUSED AND THEY WILL GET ANOTHER 3 DAYS IF REFUSED AGAIN-----THAT THIS PROCEDURE WILL REPEAT IT SELF UNTIL THEY GET 3 WRITE UPS AT WHICH TIME THEY WILL BE GIVEN A MAJOR TICKET AND COULD RECEIVE ANTOHER 15 DAYS OF SEG TIME. THAT SHOULD SOLVE THE REFUSAL PROBLEMS. MAKE IT CLEAR AND EASY TO READ.

KEEP ME UPDATED ON THIS.

---

**From:** Frank Males
**Sent:** Wednesday, January 23, 2013 8:40 PM
**To:** Daniel Sitkie; Daniel Acevedo
**Subject:** Cleaning schedule

I would like to begin a cleaning schedule for the 2nd floor. I have already told the Block Ofc's in block 2 and 3 to make up a schedule. In light of recent events in 2-3 it seems that there are those detainees that think they are above this detail and it eventually causes all to refuse. This system seems to work on the 3rd floor and was in place in years past on the 2nd. I believe this is the fairest way to ensure that all detainees assist in their sanitation responsibilities. I just need your help in reminding the Ofc's to utilize this schedule and write up those that refuse.