**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL, on behalf of themselves and all others similarly situated, | ) | Case No. 22-CV-50115 |
| Plaintiffs, | ) | Judge Iain D. Johnston |
| v. | ) | Magistrate Judge Margaret J. Schneider |
| MCHENRY COUNTY, MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK, | ) | |
| Defendants/Third Party Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Third-Party Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 2, 2026, (Dkt. No. 205), the Parties respectfully submit the following:

1. Defendants deposed Plaintiffs' expert on July 15, 2026.

2. Defendants expect to disclose an expert for the purpose of class certification.

3. The Parties jointly propose the following schedule:

   a. September 8, 2026: Defendants to disclose any expert for the purpose of class certification.

   b. September 22, 2026: Parties to file a joint status report to report on (i) the date for the deposition of any Defense expert, (ii) whether Plaintiffs anticipate any rebuttal expert disclosure on class certification, (iii) proposed schedule for any further expert disclosure, and (iv) proposed schedule to brief the class certification motion.

c. September 29, 2026: Plaintiffs to complete deposition of any Defense expert on class certification.

Dated: July 24, 2026

*/s/ Charles D. Wysong*
Charles D. Wysong
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Ste. 4000
Chicago, IL 60602
(312) 580-0100
cwysong@hsplegal.com
*One of the Attorneys for the Plaintiffs and the Proposed Class*

*/s/ Troy C. Owens*
Troy C. Owens
McHenry County State's Attorney's Office
2200 N. Seminary Ave
Woodstock IL 60098
(815) 334-4159
tcowens@mchenrycountyil.gov
*One of the Attorneys for the Defendants*

*/s/ Ifeanyi Mogbana*
Ifeanyi Mogbana
United States Attorneys Office
327 South Church
Rockford, IL 61101
815-987-4444
ifeanyi.mogbana@usdoj.gov
*Attorney for the United States*