**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, JAHAT EVELYN, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL on behalf of themselves and all other similarly situated, Plaintiffs, | ) | Case No. 22-CV-50115 |
| | ) | Judge Iain D. Johnston |
| v. | ) | Magistrate Judge Michael F. Iasparro |
| MCHENRY COUNTY MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK Defendants. | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA Third-Party Defendant. | ) | |

**<u>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT REPORT</u>**

Defendants, through their attorneys, Assistant State's Attorney Troy C. Owens, of the McHenry County State's Attorney's Office, states as follows in support of their Motion for Extension of Time to Disclose Expert Report.

1. Plaintiffs have disclosed the expert writing and testimony of Lance Kaufman, Ph.D, who stated opinions in this litigation regarding the apportionment and assessment of aggregate damages among named and unnamed plaintiffs ("Kaufman's Report").
2. The Court previously gave Defendants until 9/8/2026 to disclose an expert report of their own in has respseronse to Kaufman's Report.
3. Defendants have consulted with an expert to rebut Kaufman's Report.
4. The expert that Defendants consulted has indicated that he needs additional time to complete his analysis and author a report.
5. Defendants request an extension of time until October 5, 2026 to disclose the above-referenced report.

WHEREFORE, Defendants request of this Honorable Court that it enter an order extending Defendants' time the to disclose a response to Kaufman's Report to 10/5/2026, together with any and all other relief that this Court deems just and proper.

Respectfully submitted,

*Troy C. Owens*

Randi Freese
McHenry County State's Attorney
Troy Owens (ARDC No. 6208293)
Andrew Hamilton (ARDC No. 6325652)
Assistant State's Attorney
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, IL 60098
815-334-4159 (phone)
815-334-0872 (fax)
tcowens@mchenrycountyil.gov
aghamilton@mchenrycountyil.gov

**CERTIFICATE OF SERVICE**

I, Troy C. Owens, an attorney, hereby certify that on September 8, 2026, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all parties.

/s/ Troy C. Owens