**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Aleksey Ruderman, et al.
Plaintiff,
v.
McHenry County, et al.
Defendant.

Case No.: 3:22−cv−50115
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2026:

MINUTE entry before the Honorable Michael F. Iasparro: Telephonic motion hearing held 9/17/2026 on Defendants' Motion for Extension of Time to Disclose Expert Report [208]. For the reasons stated on the record, Defendants' motion is unopposed and granted as follows: Defendants shall disclose any Rule 26(a)(2)(B) retained expert for purposes of class certification by 10/5/2026, and Defendants' retained experts shall be deposed by 10/30/2026. By 10/20/2026, the parties shall file a joint status report addressing: (1) the date for the deposition of any defense expert; (2) whether Plaintiffs anticipate any rebuttal expert disclosure for purposes of class certification and, if so, a proposed schedule for that expert disclosure; and (3) a proposed briefing schedule for Plaintiffs' Motion for Class Certification [202]. Upon review of the status report, the Court will, if necessary, set a further status hearing by minute entry. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.