**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| ALEKSEY RUDERMAN, JASON CLARKE, BASARU ASOLO, JAMES FORERO, and CHRIS POCKNELL, on behalf of themselves and all others similarly situated, | Case No. 22-CV-50115 |
| Plaintiffs, | Judge Iain D. Johnston |
| v. | Magistrate Judge Margaret J. Schneider |
| MCHENRY COUNTY, MCHENRY COUNTY SHERIFF'S OFFICE, BILL PRIM, KEITH NYGREN, MICHAEL CLESCERI, DANIEL SITKIE, DAVID DEVANE, and DANIEL SEDLOCK, | |
| Defendants/Third Party Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Third-Party Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 17, 2026, (Dkt. No. 210), the Parties respectfully submit the following:

1. Plaintiffs are scheduled to depose Defendants' expert on October 30, 2026.

2. Plaintiffs expect to make an expert rebuttal disclosure for class certification.

3. The Parties jointly propose the following schedule:

   a. November 18, 2026: Plaintiffs to make any expert rebuttal disclosure for the purpose of class certification.

   b. January 19, 2027: Defendants respond to the pending motion for class certification.

   c. February 19, 2027: Plaintiffs to reply on the motion for class certification

Dated: October 20, 2026

*/s/ Charles D. Wysong*

Charles D. Wysong
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Ste. 4000
Chicago, IL 60602
(312) 580-0100
cwysong@hsplegal.com
*One of the Attorneys for the Plaintiffs and the Proposed Class*

*/s/ Troy C. Owens*

Troy C. Owens
McHenry County State's Attorney's Office
2200 N. Seminary Ave
Woodstock IL 60098
(815) 334-4159
tcowens@mchenrycountyil.gov
*One of the Attorneys for the Defendants*

*/s/ Ifeanyi Mogbana*

Ifeanyi Mogbana
United States Attorneys Office
327 South Church
Rockford, IL 61101
815-987-4444
ifeanyi.mogbana@usdoj.gov
*Attorney for the United States*