**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Aleksey Ruderman, et al.
Plaintiff,
v.
McHenry County, et al.
Defendant.

Case No.: 3:22−cv−50115
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2026:

MINUTE entry before the Honorable Michael F. Iasparro: Pursuant to the parties' agreement, Plaintiffs shall disclose any Rule 26(a)(2)(B) rebuttal expert for purposes of class certification by 11/18/2026. In light of the parties' proposed briefing schedule on Plaintiffs' Motion for Class Certification [202] [203], the motion is stricken without prejudice and shall be refiled as is by 10/23/2026. Defendants' response to the motion for class certification shall be filed by 1/19/2027, and Plaintiffs' reply shall be filed by 2/19/2027. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.